USA-74-24B
(Rev. 05/01)

# CRIMINAL DOCKET

No. **4:20-cr-455**

**HOUSTON DIVISION**

USAO Number: 2020R10425

Magistrate Number:

United States Courts
Southern District of Texas
FILED

Filed *September 17, 2020*

Judge: **Hanen**

**CRIMINAL INDICTMENT**

David J. Bradley, Clerk of Court

**ATTORNEYS:**

**UNITED STATES of AMERICA**

vs.

**RYAN K. PATRICK, USA**   (713) 567-9000

S. Mark McIntyre and Carolyn Ferko, AUSAs   (713) 567-9000

ZHENGDONG CHENG

| | Appt'd | Private |
|---|---|---|
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |

**CHARGE:**
(TOTAL)
(COUNTS:)
( 17 )

Ct. 1: Conspiracy [18 USC § 371]

Cts. 2-8: Wire Fraud [18 USC § 1343]

Cts. 9-17: False Statements [18 USC § 1001]

**PENALTY:**
Ct. 1: Not more than 5 years imprisonment and/or $250,000 fine or twice the gross gain or loss; 3 years SRT; $100 SA.
Cts. 2-8: Up to 20 years imprisonment and/or $250,000 fine or twice the gross gain or loss; 3 years SRT; $100 SA.
Cts. 9-17: Up to 5 years imprisonment and/or $250,000 fine or twice the gross gain or loss; 3 years SRT; $100 SA.

☑ In Jail
☐ On Bond
☐ No Arrest

NAME & ADDRESS
of Surety:

**PROCEEDINGS:**