UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § § § § | CAUSE NO. 4:20-cr-455 |
| ZHENGDONG CHENG | | |

### SPEEDY TRIAL WAIVER

Defendant, Zhengdong Cheng, acknowledges that he has a right to a speedy trial and that this right has been guaranteed to him by the Sixth Amendment to the United States Constitution and the Speedy Trial Act, 18 U.S.C. § 3161. However, Defendant freely waives his right to a speedy trial and requests that any trial delay be excluded from computation under the Speedy Trial Act. Defendant specifically requests that the Court find that the ends of justice served by granting the continuance outweigh the interest of the public and the defendant in a speedy trial.

Respectfully submitted,
HILDER & ASSOCIATES, P.C.

_____
Philip H. Hilder
State Bar No. 09620050
Q. Tate Williams
State Bar No. 24013760
819 Lovett Blvd.
Houston, Texas 77006-3905
Telephone (713) 655-9111
Facsimile (713) 655-9112

ATTORNEYS FOR DEFENDANT

Approved:

_____
Zhengdong Cheng