1                    IN THE UNITED STATES DISTRICT COURT
                       SOUTHERN DISTRICT OF TEXAS
2                            HOUSTON DIVISION

3    _____
                                     )
4    UNITED STATES OF AMERICA        )
                                     ) CRIMINAL ACTION NO.
5    VS.                             ) 4:20-MJ-1511
                                     )
6    ZHENGDONG CHENG                 ) 4:55 P.M.
     _____)
7

8            PRELIMINARY EXAMINATION AND DETENTION HEARING
                  BEFORE THE HONORABLE ANDREW M. EDISON
9                          AUGUST 26, 2020

10   APPEARANCES: (All parties appeared via video conference.)

11   **FOR PLAINTIFF:**
     MR. STEPHEN MARK MCINTYRE
12   MS. CAROLYN FERKO
     Assistant United States Attorneys
13   1000 Louisiana, Suite 2300
     Houston, Texas  77002
14   (713)567-9572

15   **FOR DEFENDANT:**
     MR. PHILIP G. GALLAGHER
16   Federal Public Defender
     440 Louisiana, Suite 1350
17   Houston, Texas  77002
     (713)718-4600

18
     **COURT INTERPRETER:**
19   MS. TIANLU REDMON

20   **COURT REPORTER:**
     Heather Alcaraz, FCRR, RMR
21   Official Court Reporter
     515 Rusk, Suite 8004
22   Houston, Texas  77002
     (713)250-5584

23


24
     Proceedings recorded by mechanical stenography, transcript
25   produced by computer.

# I N D E X

### PRELIMINARY EXAMINATION AND DETENTION HEARING

AUGUST 26, 2020                                                      PAGE

Closing Arguments by Mr. McIntyre                                     54

Closing Arguments by Mr. Gallagher                                   57

Rebuttal Arguments by Mr. McIntyre                                   60

Rebuttal Arguments by Mr. Gallagher                                  61

Ruling of the Court                                                  63

GOVERNMENT'S WITNESS:

**DANIEL SNOW**
Direct Examination by Mr. McIntyre....................    6
Cross-Examination by Mr. Gallagher....................   44

## COURT'S EXHIBITS

| NO. | OFFRD | ADMTD | W/DRAW |
|-----|-------|-------|--------|
| 1   |       | 53    |        |
| 2   |       | 53    |        |

```
 1                          PROCEEDINGS

 2   _____

 3        (The following proceeding was held via video conference.)

 4                             *  *  *

 5   THE COURT:  Okay.  We are on the record now in case

 6   4:20-MJ-1511, United States versus Zhengdong Cheng.

 7        Could I have introductions of counsel, please,

 8   starting with the government?

 9   MR. MCINTYRE:  Mark McIntyre and Carolyn Ferko for the

10   United States, Your Honor.

11   THE COURT:  Hello.

12        And for the defendant?

13   MR. GALLAGHER:  Philip Gallagher for Dr. Cheng.

14   THE COURT:  And, Dr. Cheng, I see you there on the

15   video.  We have the interpreter, who should be translating

16   everything to English simultaneously.  As soon as I say

17   something, you should be able to hear the translation, and,

18   likewise, any time you say something, the translator will then

19   interpret it to me.

20        So if you have any problem or any questions during

21   this hearing, please just let the interpreter know, and she will

22   make sure to stop.  If you have -- if there is any problem with

23   communicating, raise your hand, and I will make sure that --

24   that we stop the proceedings, okay, sir?

25   THE DEFENDANT:  I can't hear the English right now.
```

Timestamps (left margin):
16:55:24 (line 5), 16:55:33 (line 7), 16:55:38 (line 9), 16:55:42 (line 11), 16:55:44 (line 12), 16:55:45 (line 13), 16:55:48 (line 14), 16:56:05 (line 20), 16:56:35 (line 25)

1    Is it possible that I can hear the English, or should I be

2    hearing the English?

16:56:44  3          THE COURT:  I'm not sure I understand.

16:56:47  4          MR. GALLAGHER:  May I jump in, Your Honor?

16:56:48  5          THE COURT:  Please.

16:56:50  6          MR. GALLAGHER:  Generally, it's easier, with

7    translation, if he just hears from the translator so it's not

8    confusing hearing different speech at the same time.  So as long

9    as the translator's interpreting everything said by everybody,

10   that's all he needs to hear.

16:57:16 11          THE DEFENDANT:  Okay.  That's good.

16:57:19 12          THE COURT:  Okay.  Before we go any further -- well, I

13   think we're here today for a probable cause and a detention

14   hearing.  Am I correct on that, Counsel?

16:57:28 15          MR. GALLAGHER:  Yes, Your Honor.

16:57:29 16          MR. MCINTYRE:  Yes, Your Honor.

16:57:29 17          THE COURT:  Okay.  Before we go any further, I just

18   want to make sure I have the consent, the agreement of all

19   parties to proceed on the video format.  Obviously, we would all

20   like to be in the courthouse together proceeding, but given the

21   COVID-19 pandemic, which has wreaked havoc on society, we're

22   trying to be safe and, therefore -- or trying to conduct these

23   proceedings on video.

16:57:49 24          So I'm going to ask both the government and the

25   defendant:  Are you agreeable to waive any right you would have

1    to participate in today's proceedings and only today's

2    proceedings in the courtroom and, instead, proceed on video?

3            Mr. Gallagher, for the defendant?

4            **MR. GALLAGHER:**  Yes, we consent to that.

5            **THE COURT:**  From the government?

6            **MR. MCINTYRE:**  Yes, Your Honor.

7            **THE COURT:**  Okay.  Are we ready to proceed with the

8    probable cause and detention hearing?

9            **MR. GALLAGHER:**  Yes, Your Honor.

10           **MR. MCINTYRE:**  The government is ready, Your Honor.  I

11   just wanted to make sure you could hear me okay.  I'm having --

12   I can hear you, but it's kind of low.  But I wanted to make sure

13   you could hear me.

14           **THE COURT:**  I can hear you loud and clear.

15           **MR. MCINTYRE:**  Okay.

16           **THE COURT:**  By the way, if anyone -- during the course

17   of this, if anyone has any problem hearing, just raise your

18   hand.  I'm watching it, and I want to make sure, obviously, that

19   there's full communication.  We had a detention hearing

20   yesterday out at Joe Corley that halfway through, we lost the

21   defendant.  So I will make sure I -- I see all the boxes, and

22   we'll make sure everyone's on.

23           Okay.  Well, let's have the government proceed,

24   please.

25           **MR. MCINTYRE:**  Yes, Your Honor.  The government would

*Mr. McIntyre Direct of Daniel Snow*

1  call FBI Special Agent Daniel Snow.

16:58:58  2          THE COURT:  Agent Snow, would you raise your right

3  hand, sir.

16:59:02  4      *(Witness sworn.)*

16:59:07  5          THE COURT:  Okay.  Please proceed.

16:59:08  6              **DANIEL SNOW, DULY SWORN, TESTIFIED:**

16:59:08  7                      **DIRECT EXAMINATION**

8  BY MR. MCINTYRE:

16:59:09  9  Q    Could you state your name for the record, please?

16:59:13  10  A    Yes.  Daniel Snow.

16:59:15  11  Q    And, Mr. Snow, where are you employed?

16:59:19  12  A    I'm employed with the Federal Bureau of Investigation.

16:59:22  13  Q    And what is your job title?

16:59:25  14  A    I am a special agent.

16:59:27  15  Q    And how long have you been an FBI special agent?

16:59:31  16  A    Just short of 17 years.

16:59:33  17  Q    And prior to becoming a special agent for the FBI, did you

18  have any other law enforcement experience?

16:59:41  19  A    I did.  I spent nine and a half years with the Houston

20  Police Department.

16:59:45  21  Q    Okay.  And have you familiarized yourself with the facts in

22  the complaint that charge the defendant with fraud and false

23  statements regarding a NASA grant?

17:00:01  24  A    I have.

17:00:01  25  Q    And before we get started on that, can you tell me a little

*Mr. McIntyre Direct of Daniel Snow*

1  bit about Mr. Cheng?  Where was he or where is he employed?

17:00:10  2  **A**   He was employed as a full possessor at Texas A&M University

3  since 2004.

17:00:17  4  **Q**   And was he working in a particular department at Texas A&M?

17:00:21  5  **A**   Yeah.  He was a professor in the chemical engineering

6  department.

17:00:27  7  **Q**   And do you know where Mr. Cheng was -- the defendant was

8  born?

17:00:34  9  **A**   I know he was born in China.  I believe Houdan, China.

17:00:39 10  **Q**   And during the time period -- well, can you tell the Court

11  what the time period for the NASA grant was, when it was awarded

12  and -- and how long it was in effect?

17:00:52 13  **A**   Yeah.  The NASA grant was awarded on September 13th of 20-

14  -- September, yeah, 13th of 2013, and it went through

15  August 31st of 2020, this year.

17:01:07 16     Originally, it was 2018.  It was extended to this year.

17:01:12 17  **Q**   Now, during the time period of this grant and also during

18  the time period that the defendant was employed at Texas A&M

19  University, did he have other employment?

17:01:25 20  **A**   Yes, he did.

17:01:26 21  **Q**   And specifically, did he have other employment in China?

17:01:31 22  **A**   Yes, he did.

17:01:32 23  **Q**   And is one of the places that he was employed Guangdong

24  University?

17:01:41 25  **A**   Yes.

*Mr. McIntyre Direct of Daniel Snow*

17:01:42  1   **Q**   And can you tell me what positions he held at Guangdong

2   University and for what time period?

17:01:50  3   **A**   Yeah.  From at least 2012, possibly 2011, Dr. Cheng was the

4   director of Soft Matter Institute at Guangdong University of

5   Technology.  He was also employed, from September 2012 to August

6   of 2014, as a province chair professor.

17:02:08  7        And, further, he was employed as a special hire Hundred

8   Talent professor from September of 2011 to the present.

17:02:20  9   **Q**   Guangdong University of Technology, who -- what entity

10   established that university?

17:02:26 11   **A**   Guangdong University of Technology was established by the

12   People's Republic of China Ministry of Education in

13   approximately 1995.

17:02:35 14   **Q**   And who runs and manages Guangdong University of Technology?

17:02:40 15   **A**   The People's Republic of China's Ministry of Education.

17:02:44 16        **THE COURT:**  Before we go any further, I just want to

17   make sure:  We do have the court reporter on, don't we?

17:02:49 18        **THE REPORTER:**  Yes, Your Honor.  I'm here.

17:02:51 19        **THE COURT:**  Okay.  You can hear everything?

17:02:54 20        **THE REPORTER:**  Yes, Your Honor.  Yes, Your Honor.

17:02:55 21        **THE COURT:**  Okay.  Perfect.

17:02:56 22        Mr. McIntyre, please proceed.

17:02:59 23        **MR. MCINTYRE:**  Okay.  I can speak louder, too, if

24   there's a problem.

17:03:02 25        **THE COURT:**  No, you're good.  I just wanted to make

*Mr. McIntyre Direct of Daniel Snow*

1  sure we had the court reporter on.  I can't see the court

2  reporter on the video.  So...

17:03:09  3  **BY MR. MCINTYRE:**

17:03:10  4  **Q**   So in addition to this employment that you described at

5  Guangdong University of Technology, did the defendant, during

6  the time of the NASA grant and his employment at Texas A&M

7  University, participate in Chinese talent programs?

17:03:26  8  **A**   Yes, he did.  One of his positions at Guangdong University

9  was a special hire as a Hundred Talents Program professor.

17:03:34  10  **Q**   Can you tell the Court what -- or give a description of

11  these Chinese talent programs?

17:03:39  12  **A**   Yeah.  Talent programs were established by the Chinese

13  government to recruit individuals with access or knowledge to

14  foreign technology or intellectual property.  The talent

15  programs allowed the Chinese government to create significant

16  financial incentives to foreign individuals that were talented

17  in the areas of technology and international -- intellectual

18  property, and they were able to transfer that technology to

19  China.

17:04:09  20  **Q**   Now, you stated he was a participant in the Hundred Talent

21  Program; is that correct?

17:04:16  22  **A**   That is correct.

17:04:18  23  **Q**   And was he a participant in any other Chinese talent

24  programs?

17:04:23  25  **A**   There was a River Talent Program that he was associated with

*Mr. McIntyre Direct of Daniel Snow*

1   at Southern University of Technology.

17:04:31   2   **Q**   And where is Southern University of Technology located?

17:04:34   3   **A**   It is in China.

17:04:37   4   **Q**   And did he apply for any other Chinese talent programs?

17:04:43   5   **A**   He did apply to the Thousand Talents Program, which is a

6   higher program, at the University of Science and Technology of

7   China.

17:04:53   8   **Q**   And do you know approximately the time period that he

9   applied to the Thousand Talents Program?

17:04:58   10   **A**   I believe it was in 2014.

17:05:03   11   **Q**   Now, in addition to the participation in the Chinese talent

12   programs, the employment at Guangdong University of Technology,

13   did the defendant, during the time of the grant and his

14   employment at Texas A&M, form or have (indiscernible) --

17:05:22   15   **THE REPORTER:**  I'm sorry.  It cut out.  What was the

16   -- what was the end of the question?

17:05:22   17   "His employment at Texas A&M" --

17:05:22   18   **MR. MCINTYRE:**  What?

17:05:22   19   **THE REPORTER:**  There was phone --

17:05:37   20   **THE COURT:**  Could you ask that question again,

21   Mr. McIntyre?  The court reporter didn't understand it.

17:05:42   22   **MR. MCINTYRE:**  Well, sometimes that's hard to do.  Let

23   me see.  Was I -- was it about the Thousand Talents Program?  Is

24   that the question?

17:05:46   25   **THE REPORTER:**  The question --

*Mr. McIntyre Direct of Daniel Snow*

**A**   I believe you were asking about the formation of a

corporation.

**BY MR. MCINTYRE:**

**Q**   Okay.  Well, I'll go back.

     Did -- did he apply -- the defendant apply, at any time,

for a Thousand Talents Program in China?

**A**   Yes, he did, to the University of Science and Technology of

China.

**Q**   Okay.  And during the time period that he was employed at

Texas A&M and during the time period that he was working on the

NASA grant, in addition to employment at Guangdong University of

Technology, the participation in the Chinese talent programs,

did he form any Chinese companies during that same time period?

**A**   Yes.  Dr. Cheng, along with others, formed the Foshan City

Ge Wei Technology Company, Ltd.

**Q**   And what year was that company formed?

**A**   In 2014.

**Q**   And where was Foshan City Ge Wei Technology Company located?

**A**   In China.

**Q**   And what was the purpose or business interest of Foshan City

Ge Wei Technology Company to your understanding?

**A**   It was an enterprise -- it was an enterprise affiliated with

Guangdong University of Technology.  It was dedicated to the

design, fabrication and application of microfluidic chips, which

have application in energy, biotechnology, the food industry,

*Mr. McIntyre Direct of Daniel Snow*

1    lots of applications.

17:07:22  2   Q    And to the best of your knowledge, is he still an owner in

3    that company?

17:07:28  4   A    Yes.  As of January 19th, we know he was still an owner.

17:07:36  5   Q    Now, during this same time period that we're discussing when

6    he was employed at Texas A&M, and also during the time period of

7    the grant, did he work at any other Chinese universities besides

8    Guangdong University of Technology?

17:07:48  9   A    Yes.  Between December of 2017 and August of 2018, he worked

10    for the Southern University of Science and Technology in China.

17:08:02  11   Q    And what was his position at Southern University of Science

12    and Technology?

17:08:09  13   A    He -- he was a professor there.

17:08:13  14   Q    And was he compensated for being a professor during that --

15    at Southern University of Science and Technology?

17:08:21  16   A    Yes, he was.  His -- he received approximately 50,000

17    renminbi, which in U.S. dollars is about $7,200.

17:08:32  18   Q    And was that per month or for the time period of the

19    contract or for what time period?

17:08:38  20   A    That was for three months.

17:08:42  21   Q    Okay.  And what was the time period that he was a visiting

22    professor at Southern University of Science and Technology?

17:08:54  23   A    Yeah.  From December of 2017 through August of 2018.

17:09:01  24   Q    Now, in relation to the NASA grant, did Mr. -- did the

25    defendant participate with Texas A&M in a NASA research grant?

*Mr. McIntyre Direct of Daniel Snow*

17:09:15  1   **A**   Yes, he did.

17:09:17  2   **Q**   And what time period did he start the application process

3   for a NASA grant?

17:09:23  4   **A**   The application was in 2013.

17:09:27  5   **Q**   And what was the defendant's role in the research team that

6   was seeking to obtain the NASA grant?

17:09:37  7   **A**   He was the principal investigator, which meant he would have

8   been the lead researcher.

17:09:43  9   **Q**   And the grant that the defendant applied for, what was the

10   title of that grant, if you know?

17:09:50 11   **A**   The title was "Research Opportunities in Complex Fluids and

12   Macromolecular Biophysics, Liquid Crystals of Nanoplates."

17:10:03 13   **Q**   And you had previously stated that the period of performance

14   for that grant was from 2013 to 2020; is that correct?

17:10:11 15   **A**   Yeah.  To be more specific, from September 1st of 2013 till,

16   originally, August 31st of 2018.  The grant was then extended to

17   August 31st of this year, 2020.

17:10:25 18   **Q**   And what was the monetary amount associated with the grant?

17:10:30 19   **A**   The -- the grant total was approximately $747,000.

17:10:37 20   **Q**   And what time period -- what month and what year was the

21   grant submitted to NASA, the grant being --

17:10:43 22   **A**   The application -- yeah.  The submission was in April of

23   2013.

17:10:49 24   **Q**   Now, were there restrictions on obtaining the NASA grant

25   that related to China?

*Mr. McIntyre Direct of Daniel Snow*

17:10:56 1 **A**    Yes.  The -- 14 CFR 1260 places NASA on funding restrictions

2 from anybody working -- funding anything working with China, in

3 collaboration, coordination with any Chinese company or -- or

4 any way with China.

17:11:19 5 **Q**    Okay.  And this prohibition of participating, collaborating

6 or coordinating with any Chinese entity included Chinese

7 universities; is that correct?

17:11:30 8 **A**    It did.  Chinese universities are considered incorporated

9 under the laws of China.

17:11:37 10 **Q**    And so the grant proposal was submitted in April of 2013; is

11 that correct?

17:11:42 12 **A**    That is correct.

17:11:45 13 **Q**    And was that proposal that was sent to NASA approved by the

14 defendant?

17:11:52 15 **A**    It was.

17:11:54 16        **MR. GALLAGHER:**  Sorry.  Mr. McIntyre, I don't mean to

17 interrupt.  The judge is not appearing.  I just want to make

18 sure we still have him.

17:12:02 19        **MR. MCINTYRE:**  Okay.

17:12:02 20        **THE COURT:**  I'm here.  I don't know why I can't see

21 anyone.  Okay.  Can you see me now?

17:12:06 22        **MR. GALLAGHER:**  Yes.  Sorry.

17:12:08 23        **THE COURT:**  No, no.  Thank you.  I can hear everything

24 that was going on.  For some reason, I just lost the picture.

25 So proceed.

*Mr. McIntyre Direct of Daniel Snow*

17:12:16 1          **MR. MCINTYRE:**  Okay.  Yes.  Keep going where I was?

17:12:23 2  **BY MR. MCINTYRE:**

17:12:23 3  **Q**   So you had previously stated that the defendant approved the

4  proposal to get the NASA grant; is that correct?

17:12:32 5  **A**   That is correct.

17:12:33 6  **Q**   And do you know the approximate time period that he approved

7  the grant before it was submitted?

17:12:39 8  **A**   It was approximately six days before Texas A&M submitted the

9  grant.

17:12:44 10  **Q**   And what did the grant proposal say about international

11  collaboration and, specifically, collaboration or coordination

12  with China?

17:12:54 13  **A**   Yeah.  It (indiscernible) --

17:12:58 14          **THE REPORTER:**  I'm sorry.  Could you please repeat?

17:12:59 15          **MR. MCINTYRE:**  I'm sorry?

17:13:08 16          **THE REPORTER:**  There was interference --

17:13:08 17          **THE COURT:**  Let's repeat the question.

17:13:08 18          **THE REPORTER:**  Yeah.  I have the question, just the

19  answer, please.

17:13:11 20          **THE WITNESS:**  I don't remember the question.

17:13:11 21          **THE REPORTER:**  Okay.

17:13:11 22          **THE COURT:**  Repeat the question, please.

17:13:12 23  **BY MR. MCINTYRE:**

17:13:12 24  **Q**   The question was:  What did the proposal -- what did it say

25  about international collaboration or coordination specifically

**Mr. McIntyre Direct of Daniel Snow**

1  as it relates to China?

2  **A**   Yeah.  The -- the proposal clearly said no international

3  collaboration or partnerships were allowed.

4  **Q**   And as part of -- as part of that grant proposal, was the

5  defendant -- as a principal investigator, did he include a

6  résumé in that proposal application?

7  **A**   He did.  He includes his résumé that did not include any

8  employment or affiliation with Chinese companies or

9  universities.

10  **Q**   Now, let me take you to August of 2013.  Was there e-mail

11  communications between NASA and the Texas A&M proposal

12  administrator regarding the grant?

13  **A**   Yes.  That communication occurred with the NASA procurement

14  official and the Texas A&M proposal administrator.

15  **Q**   Okay.  And can you tell me the substance of those e-mail

16  communications between NASA and the Texas A&M proposal

17  administrator?

18  **A**   Yeah.  The NASA procurement official had, in the e-mail,

19  sent a form that was titled "Assurance of Compliance - China

20  Funding Restrictions."  That form had to be completed before the

21  NASA grant officer would sign -- sign the grant.

22  **Q**   And this form laid out the NASA/China funding restrictions

23  that we've previously discussed; is that correct?

24  **A**   That's right.  It tracked the language of 14 CFR 1260.

25  **Q**   Okay.  And then was there a follow-up e-mail on August 29th

*Mr. McIntyre Direct of Daniel Snow*

1    of 2013 between the defendant, the Texas A&M proposal

2    administrator and NASA regarding this assurance of compliance on

3    China funding restrictions?

17:15:26  4    **A**    Yeah.  On August 29th, the A&M proposal administrator

5    replied to NASA and copied Dr. Cheng and -- with the signed

6    forms, and it was signed by the Texas A&M director of contracts

7    and grants.

17:15:45  8    **Q**    And during that e-mail chain, was there a response from the

9    defendant regarding --

17:15:51  10   **A**    Yeah.

17:15:51  11   **Q**    -- Chinese restrictions?

17:15:53  12   **A**    Yeah.  Dr. Cheng e-mailed directly the NASA procurement

13   official.  He inquired about -- that he would be hiring graduate

14   students for the research and wanted -- and thought it was

15   possible that they could be Chinese students, and he wanted to

16   be clear if that was allowed.

17:16:15  17   **Q**    So he was making what he called a disclosure; is that

18   correct, sir?

17:16:19  19   **A**    Yes.

17:16:20  20   **Q**    Okay.  And so let me take you to September 19th of 2013.

21   Did NASA award the research grant to the team -- research team

22   at A&M headed by the defendant?

17:16:37  23   **A**    Yeah, they did.  On September 19th of 2013, they awarded the

24   grant, and the grant did include the 14 CFR 1260 restrictions.

17:16:47  25   **Q**    The China funding restrictions; is that correct?

*Mr. McIntyre Direct of Daniel Snow*

17:16:50  1   **A**   That is correct.

17:16:52  2   **Q**   And let me take you to just a few days after that, on

3   September 30th of 2013.  Did Texas A&M have an annual financial

4   disclosure requirement for its employees?

17:17:07  5   **A**   They do.

17:17:09  6   **Q**   And part of what they asked, does it relate to reporting

7   external employment positions, including research activities,

8   and if they're going to seek those external employment

9   positions, to request permission from Texas A&M?

17:17:24 10  **A**   That is correct.  They do that to prevent conflicts of

11  interest.

17:17:28 12  **Q**   And on September 30th of 2013, did the defendant fill out

13  and file that financial disclosure with Texas A&M?

17:17:38 14  **A**   Yes.  Dr. Cheng certified and submitted his financial

15  disclosure to A&M --

17:17:42 16      *(Video conference signal lost; court reporter logged back*

17      *in.)*

17:17:42 18          **THE REPORTER:**  Your Honor, this is the reporter.  I

19  lost connection.  The last question I heard was, "And on

20  September 30th of 2013, did the defendant fill out and file that

21  financial disclosure with Texas A&M?"

17:19:18 22          **THE COURT:**  I think you got to go back.  I'll leave it

23  up to counsel to decide what you want to do, but any connection

24  with the -- Mr. Gallagher?

17:19:26 25          **MR. GALLAGHER:**  I will have no objection if the

*Mr. McIntyre Direct of Daniel Snow*

1    witness just wants to summarize or restate his answers regarding

2    Dr. Cheng's view of the financial disclosure requirement that

3    Mr. McIntyre asked him about, and what was -- I think it was the

4    contents of that, and then whether or not it was acknowledgment

5    that he read them.  I think those were the contents that the

6    court reporter missed.  So that doesn't need to proceed by

7    question and answer.

17:19:53  8           **MR. MCINTYRE:**  So I think he wants -- I think where

9    she dropped off was on September 30th.  So you can tell me about

10   the financial disclosure -- (video interference) -- of 2013.

17:20:05 11           **THE COURT:**  Hold on.  Hold on.  Someone just left.

12   Did we lose the court reporter again?

17:20:08 13           **THE REPORTER:**  No, Your Honor, I'm here.

17:20:09 14           **THE COURT:**  Okay.

17:20:13 15   **A**   All right.  So on September 30th of 2013, Dr. Cheng did

16   certify and submit an annual financial disclosure to Texas A&M

17   University -- (video interference) -- any Chinese university --

17:20:21 18           **THE COURT:**  Hold on.  Hold on.  I don't know -- we

19   have people -- I don't know.  We have people -- people are

20   leaving and coming on Jabber.  So every time it happens, I got

21   to ask if that's the court reporter.

17:20:33 22           **THE REPORTER:**  I'm here, Your Honor.

17:20:35 23           **THE COURT:**  Okay.  Thank you.

17:20:38 24   **A**   Okay.  I'll repeat that part.

17:20:39 25        On September 30th, 2013, Dr. Cheng certified and submitted

*Mr. McIntyre Direct of Daniel Snow*

1  an annual financial disclosure to Texas A&M University.  He did

2  not list any Chinese external employment or research activities.

17:20:51 3  Thereafter, in July of 2015, Dr. Cheng affirmed to a Texas

4  A&M compliance officer, as part of the ad- -- grant

5  administration, that he had read the language regarding the NASA

6  funding restrictions, and he would not share his research or

7  technology or equipment with anyone affiliated with China or a

8  Chinese company.

17:21:23 9  **BY MR. MCINTYRE:**

17:21:24 10  **Q**   Okay.  Let's move to the time period of 2012 to 2018, and I

11  want to talk to you about publications either authored or

12  credited to the defendant.

17:21:34 13  During that time period, how many research papers authored

14  or credited to the defendant associated him with the Guangdong

15  Provincial Key Laboratory on Functional Soft and Dense Matter in

16  Guangdong University?

17:21:51 17  **A**   Yeah.  Approximately 13.

17:21:54 18  **Q**   And how many research papers during that time period,

19  authored or credited to the defendant, listed him as affiliated

20  with both Guangdong University of Technology and Texas A&M

21  University?

17:22:07 22  **A**   Eight of those publications listed him as affiliated with

23  both universities.

17:22:13 24  **Q**   And how many research papers authored or credited to the

25  defendant acknowledged financial support from the National

*Mr. McIntyre Direct of Daniel Snow*

1    Science Foundation of China?

17:22:24 2    **A**    Fourteen.

17:22:28 3    **Q**    And were there any reasonable -- (video interference) --

4    authored or credited to the defendant that --

17:22:32 5            **THE COURT:**  Hold on.  Is the court reporter on?

17:22:34 6            **THE REPORTER:**  I'm here, Your Honor.

17:22:35 7            **THE COURT:**  Okay.  Who just joined on Jabber?

17:22:38 8        *(No response.)*

17:22:38 9        *(Video interference.)*

17:22:47 10           **THE COURT:**  Does anybody have any idea what's

11    happening here?  I mean, we keep having people coming and going.

17:22:52 12           **MR. MCINTYRE:**  I have no idea.

17:22:53 13           **MS. FERKO:**  Your Honor, this is Carolyn Ferko with the

14    U.S. Attorney's Office.  I can see, in the corner, it just says,

15    "Jabber Guest Has Joined," and then it says, "Jabber Guest Has

16    Left."

17:23:04 17           **THE COURT:**  That's what I see as well.  I'm just

18    trying to -- I'm just trying to figure out who it is.

17:23:09 19           **MS. FERKO:**  Okay.  But it doesn't specify anybody.

17:23:12 20           **THE COURT:**  Okay.  Please proceed.

17:23:16 21           **MR. GALLAGHER:**  Sorry.  Mr. McIntyre, I'm sorry.  I

22    just want to confirm something.  I apologize.

17:23:19 23           Can I just ask the interpreter:  Mr. -- or Dr. Cheng

24    was just waving his hand.  Is he still hearing everything fine?

17:23:25 25           **THE INTERPRETER:**  This is the interpreter speaking.

*Mr. McIntyre Direct of Daniel Snow*

1    Dr. Cheng just thought you guys were talking about people

2    leaving his physical room, not the Jabber room.

17:23:46  3         **THE COURT:**  No.  No worries.  Thank you very much.

17:23:48  4         Okay.  Proceed.

17:23:52  5    **BY MR. MCINTYRE:**

17:23:52  6    **Q**   Okay.  During this time period, were there -- were there

7    research papers that acknowledged there was financial support,

8    both National Science Foundation of China and NASA, that were

9    authored or credited to the defendant?

17:24:10 10   **A**   Yes.  Two publications listed support from the National

11   Science Foundation of China and the NASA grant specifically.

17:24:19 12   **Q**   And during the time period of A&M employment and the NASA

13   grant, did the defendant attempt to obtain any patents in China?

17:24:28 14   **A**   Yes.  He had two Chinese patents as a result of his work

15   with Guangdong University of Technology.  They were filed in

16   2016 and 2017.

17:24:38 17   **Q**   And in regards to the 2016 patent, what did that involve,

18   and who was involved in obtaining that patent?

17:24:45 19   **A**   Dr. Cheng was listed as the inventor on the Guangdong

20   University patent.  It was filed on June 15th of 2016, and it

21   was related to microfluidic chip devices and microfluidic

22   channel structures.

17:25:04 23   **Q**   And those patent rights of which the defendant was the

24   inventor, who ended up, ultimately, with having those

25   transferred -- those rights transferred to?

*Mr. McIntyre Direct of Daniel Snow*

17:25:15  1    A    Yeah.  In July of 2017, those rights were transferred to

2    include both Guangdong University of Technology and Ge Wei, Ltd.

17:25:27  3    Q    Which is the company that the defendant has an ownership

4    interest in; is that correct?

17:25:31  5    A    That is correct.

17:25:33  6    Q    And during the course of the investigation, were the agents

7    able to obtain an employment contract between Guangdong

8    University of Technology and the defendant?

17:25:44  9    A    Yes, they were.

17:25:47 10    Q    And can you tell me the term of employment that this

11    contract had in mind?

17:26:06 12        Do you know what the term of --

17:26:10 13    A    Refer to my notes.

17:26:11 14        No, I'm not sure of the actual term on the Guangdong

15    contract.

17:26:17 16    Q    Okay.  And pursuant to that contract, was he paid, or do you

17    recall?

17:26:24 18    A    Yes, he was paid.

17:26:26 19        Oh, I do -- the contract was September 2011 through August

20    of 2014.

17:26:33 21    Q    Okay.  And how much was he paid by Guangdong University of

22    Technology during that time period?

17:26:40 23    A    Approximately $60,000 U.S.

17:26:46 24    Q    And what were some of the work objectives included in the

25    employment contract between Guangdong University and the

*Mr. McIntyre Direct of Daniel Snow*

1   defendant?

17:26:55 2   **A**   His work objectives were to establish the Soft Matter

3   Institute and to recruit top-notch foreign talent regarding

4   technology.

17:27:13 5   **Q**   Now, from 2012 to 2020, was the defendant required to file

6   these financial disclosure statements each year?

17:27:30 7   **A**   He was.

17:27:31 8   **Q**   And did he file those financial disclosure statements?

17:27:35 9   **A**   Yes.  Dr. Cheng did file the disclosure statements, and they

10   did not include any external employment or research activities.

17:27:44 11   **Q**   And that is even though those questions were specifically

12   asked; is that correct?

17:27:50 13   **A**   Yes, that is correct.

17:27:52 14   **Q**   And was A&M contacted about what they would have done if the

15   defendant had correctly disclosed, in his financial disclosure,

16   his employment, talent program, and other business in China?

17:28:10 17   **A**   Yes.  A&M was asked that, and they would have had to notify

18   NASA, which would have resulted in them not obtaining the grant.

17:28:21 19   **Q**   And NASA was also asked, if that information was relayed to

20   them, what they would do; is that correct?

17:28:27 21   **A**   Yes.  They would not have -- they would have pulled the

22   grant at that time.

17:28:34 23   **Q**   Now, in 2016, did the defendant apply for a particular

24   position at Texas A&M University?

17:28:46 25   **A**   Yes.  He -- at the time he was an associate professor, and

*Mr. McIntyre Direct of Daniel Snow*

1  he was applying for a full professorship, and he submitted an

2  application to Texas A&M in March of 2016.

17:28:59 3  **Q**   And along with that application, did he submit a curriculum

4  vitae and a declaration stating that everything in the

5  curriculum vitae was correct?

17:29:10 6  **A**   He did.

17:29:11 7  **Q**   And did he disclose any of the Chinese associations that

8  we've talked about before with Guangdong University of

9  Technology, other institutions, Ge Wei, or the Chinese talent

10  programs?

17:29:24 11  **A**   He did not disclose any Chinese associates or affiliations.

17:29:30 12  **Q**   Okay.  I'm going to take you all the way up to June 22nd of

13  2020, which is approximately two months ago.

17:29:36 14     As part of the defendant's employment, did the college and

15  engineering --

17:29:45 16          **MR. GALLAGHER:**  Hold up.  The interpreter has her hand

17  up.

17:29:48 18          **THE COURT:**  Hold on.

17:29:49 19          **THE INTERPRETER:**  Sorry.  This is the interpreter

20  speaking.  Could someone -- I think someone's making a lot of

21  background noise, maybe moving things around.  Could anybody

22  who's not talking just mute their microphone?

17:29:57 23          Thank you so much.

17:30:08 24  **BY MR. MCINTYRE:**

17:30:08 25  **Q**   Okay.  On June 22nd of 2020, just a couple of months ago,

*Mr. McIntyre Direct of Daniel Snow*

1    was the defendant asked to or required to file a disclosure with

2    Texas A&M regarding the College of Engineering?

17:30:24  3    A   Yes.   The College of Engineering did request that.

17:30:28  4    Q   Okay.   And I'm going to go through some of the questions

5    that were asked and responses in that Texas A&M College of

6    Engineering disclosure, if you could.

17:30:42  7        Can you -- was there a question and, if so, can you read it

8    about conducting external consulting or other employment?

17:30:49  9    A   Yes.   The question asked:   (Reading) Did you conduct any

10   external consulting or other employment activities outside your

11   position?

17:30:59 12        He answered no.

17:31:03 13    Q   And in regard to -- was he asked regarding whether he had

14   had any position, role, distinction in another foreign or

15   domestic entity, for example, adjunct, visiting, guest,

16   honorable chair, et cetera?

17:31:20 17    A   Yes.   He answered no.

17:31:22 18    Q   He answered no to that question, also?

17:31:24 19    A   Yes.

17:31:29 20    Q   Was he asked a question about whether he conducted research

21   under any external award or subaward not managed by Texas A&M

22   University?

17:31:40 23    A   Yes, he was, and he answered no.

17:31:44 24    Q   Was he asked about whether he had listed any affiliation

25   other than Texas A&M University on publications?

*Mr. McIntyre Direct of Daniel Snow*

17:31:51  1   **A**   Yes, and he answered no.

17:31:53  2   **Q**   And was he asked about whether he had participated in any

3   foreign talent program?

17:31:58  4   **A**   Yes, and he answered no.

17:32:06  5   **Q**   Now, in regards to his knowledge about the China

6   restrictions, was there an e-mail correspondence in April of

7   2015 (inaudible) --

17:32:17  8           **THE REPORTER:**  I'm sorry.  Could you speak up a

9   little, Mr. McIntyre?

17:32:17 10   **BY MR. MCINTYRE:**

17:32:17 11   **Q**   -- and the defendant regarding the visiting scholar?

17:32:26 12           **THE COURT:**  Mr. McIntyre, we need you to speak up.

13   The court reporter's having trouble hearing you.

17:32:31 14           **MR. MCINTYRE:**  Okay.  I'm sorry.

17:32:32 15           Yeah.  Can y'all hear me now?

17:32:40 16           **THE COURT:**  (Indicating.)

17:32:41 17   **BY MR. MCINTYRE:**

17:32:42 18   **Q**   Okay.  So in April of 2015, was there e-mail communications

19   between a Texas A&M compliance officer and the defendant?

17:32:51 20   **A**   Yes.

17:32:53 21   **Q**   And what --

17:32:54 22   **A**   Dr. Cheng --

17:32:55 23   **Q**   -- did those e-mail communications concern?

17:32:57 24   **A**   He e-mailed the compliance officer regarding -- inquiring

25   about a visiting scholar participating.  Compliance denied the

*Mr. McIntyre Direct of Daniel Snow*

1  request.  Dr. Cheng then e-mailed the visiting scholar that he

2  could not work on the grant because, specifically, of the

3  funding being restricted with NASA regarding collaboration with

4  China.

17:33:25  5  Q  Now, in 2014, were there e-mail communications regarding the

6  defendant and his research team coordinating with Guangdong

7  University of Technology on NASA research?

17:33:42  8  A  Yes.  In April of 2014, Dr. Cheng forwarded an e-mail to --

9  from a Guangdong University of Technology researcher to one of

10  his Texas A&M researchers.  It contained results of some

11  scientific research.  The Guangdong University researcher was

12  added to a series of e-mails among Dr. Cheng and the -- his

13  Texas A&M research students.

17:34:13  14  Q  And so was there a question that was raised on whether the

15  research done by the Guangdong University of Technology

16  researcher, whether he should receive attribution for that?

17:34:25  17  A  Yes.  While publish- -- preparing to publish that research,

18  the Texas A&M researcher asked Dr. Cheng who should be listed as

19  authors.  Dr. Cheng e-mailed back and stated that the Guangdong

20  University researcher is hard right now because of the NASA

21  prohibitions.

17:34:52  22  Q  Now, after that, did -- was there e-mail communications

23  between a NASA employee and the defendant regarding the NASA

24  grant and what is called "deliverables"?

17:35:05  25  A  Yeah.  Back in July of 2014, Dr. Cheng e-mailed NASA a

*Mr. McIntyre Direct of Daniel Snow*

1   deliverable, which is a progress report that is required to --

2   for the grant to be continuously going.  It is entitled, "Year

3   2013-2014 report on Liquid Crystals of Nanoplates."

17:35:33 4   **Q**   And did the deliverables that was -- that were e-mailed to

5   NASA to show their progress and maintain the grant, did it

6   contain research results from the Guangdong University of

7   Technology researcher?

17:35:45 8   **A**   It did.

17:35:46 9   **Q**   And it's the same research results that you were talking

10   about previously; is that correct?

17:35:51 11   **A**   Yes.

17:35:53 12   **Q**   And, in fact, in 2014, was there an e-mail between one of

13   the A&M researchers working on the NASA grant and the defendant

14   regarding how much work they had done?

17:36:09 15   **A**   Yes.

17:36:12 16   **Q**   And what did the researcher inform the defendant about how

17   much work the U.S.-based NASA research team had done on the NASA

18   grant?

17:36:23 19   **A**   That implied that they had done -- they had not done much

20   research at all.

17:36:36 21   **Q**   Now, in relation to Guangdong University in June of 2015,

22   was -- did Guangdong University publish an article or report on

23   soft matter?

17:36:50 24   **A**   Yes.

17:36:52 25   **Q**   And can -- can you tell me the title of that publication

*Mr. McIntyre Direct of Daniel Snow*

1  that was put out from Guangdong University?

2  **A**   Yes.  It was "Observation of isotropic [sic] demixing and

3  colloidal platelet-sphere mixtures."

4  **Q**   And in the financial acknowledgments regarding who supported

5  the research that went into this Guangdong University of

6  Technology research paper, who did they credit with financial

7  support?

8  **A**   The National Science Foundation and the specific NASA grant.

9  **Q**   And did they acknowledge any employees that contributed to

10  that publication?

11  **A**   Yes.  In the acknowledgment, they -- it was -- the authors

12  were listed as two Guangdong employees, one Guangdong University

13  researcher, and two Texas A&M researchers, and Dr. Cheng.

14  **Q**   And when you said financial support from NASA -- from NASA

15  and the National Science Foundation, you mean the National

16  Science Foundation of China; is that correct?

17  **A**   That is correct.

18  **Q**   Now, as part of his employment -- the defendant's employment

19  with Guangdong University, was there a PowerPoint that he

20  prepared and e-mailed to a professor at Guangdong University of

21  Technology in June of 2015?

22  **A**   Yes, it was.  It was entitled "1st Year Results & Future

23  Direction of the Lab [sic]."

24  **Q**   Now, in this PowerPoint, there were sections regarding

25  technology in liquid crystals, and then there were subsections;

*Mr. McIntyre Direct of Daniel Snow*

1  is that correct?

17:38:34  2  **A**   That is correct.

17:38:36  3  **Q**   And on the subsection CRP, who was credited with the

4  research in this -- the PowerPoint presentation presented to

5  Guangdong University of Technology?

17:38:46  6  **A**   Two TMAU [sic] researchers and one Guangdong researcher.

17:38:52  7  **Q**   And on the "Liquid Crystals" subset "Nanoplate Surfactants,"

8  who was credited for the research that went into this going on

9  at Guangdong University?

17:39:03  10  **A**   Four Texas A&M researchers.

17:39:07  11  **Q**   And on the "Liquid Crystals" subset "Hydrogels," who was

12  credited for the research on that particular area?

17:39:16  13  **A**   One Texas A&M researcher.

17:39:18  14  **Q**   And on the "Liquid Crystals" "Carbon Material [sic]," who

15  was credited regarding that research?

17:39:24  16  **A**   One Texas A&M researcher.

17:39:26  17  **Q**   And on the "Energy Material" subset "Nano fluids," who was

18  credited regarding that research?

17:39:34  19  **A**   One Texas A&M researcher.

17:39:37  20  **Q**   Now, as far as this presentation that the defendant e-mailed

21  to his professor at Guangdong University of Technology, which

22  detailed his first-year research results, how many Texas A&M

23  researchers were involved in this PowerPoint presentation

24  detailing his first-year research results?

17:40:07  25  **A**   The total was eight.

*Mr. McIntyre Direct of Daniel Snow*

17:40:09  1    Q    And how many of those eight Texas A&M researchers were

2    funded pursuant to the NASA grant?

17:40:17  3    A    Dr. Cheng, along with five other researchers.

17:40:25  4    Q    How much money did the defendant -- I know the amount in the

5    grant, but how much money did the defendant personally receive

6    from the NASA grant?

17:40:35  7    A    Approximately $86,000.

17:40:38  8    Q    And during the course of the administration's grant, there

9    were wire transmissions; is that correct?

17:40:46 10    A    Yes.  From February 2014th [sic], through December of

11   2019 -- yeah --

17:40:54 12    Q    How many invoices --

17:40:54 13    A    -- 2019.

17:40:54 14    Q    How many invoices were sent by wire, and where were they

15   sent from and to?

17:40:59 16    A    So Texas A&M University sent 83 invoices by wire from

17   College Station to NASA, which that office was located in

18   Mississippi.

17:41:15 19    Q    Now, when the defendant --

17:41:16 20    A    Those wires --

17:41:16 21    Q    -- was arrested, was he Mirandized, and did he make

22   statements in a videotaped interview?

17:41:25 23    A    He did.

17:41:27 24    Q    Okay.  I was going to have you go through the admissions

25   that the defendant made during his videotaped interview, just

*Mr. McIntyre Direct of Daniel Snow*

1   the highlights, if you could.

17:41:37  2        So did he affirm his employment with Guangdong University

3   of Technology?

17:41:43  4   **A**   He did, both as a chair/professor and special hire.

17:41:48  5   **Q**   And did he affirm his professorship at SUS Tech in China,

6   also Southern University of Science?

17:41:58  7   **A**   Yes, he did, as a visiting professor.

17:42:02  8   **Q**   And did he affirm his position at Foshan City Ge Wei

9   Technology, Ltd.?

17:42:09 10   **A**   He did.

17:42:11 11   **Q**   And what did he say about his participation in a Hundred

12   Talent contract program at Guangdong University of Technology?

17:42:20 13   **A**   Yeah.  He affirmed that he started the Hundred Talent

14   contract at -- in 2011 at Guangdong University.

17:42:29 15   **Q**   Did he say whether or not he disclosed his Southern

16   University of Science --

17:42:36 17             **MR. GALLAGHER:**  Mr. McIntyre --

17:42:38 18             **MR. MCINTYRE:**  Yes.  Sorry.

17:42:38 19             **MR. GALLAGHER:**  -- we lost some people again.  I just

20   want to confirm we've got the judge --

17:42:43 21             **MR. MCINTYRE:**  Oh, okay.  Thank you.

17:42:43 22             **MR. GALLAGHER:**  -- and court reporter.

17:42:48 23             **THE REPORTER:**  The court reporter is here.

17:42:50 24             **MR. GALLAGHER:**  Great.

17:42:50 25             Judge Edison?

*Mr. McIntyre Direct of Daniel Snow*

17:42:50  1    Maybe we need to wait a sec.  Sorry.

17:42:55  2    **MR. MCINTYRE:**  This is like --

17:42:58  3    **THE COURT:**  I'm here.  I'm here.  I can hear

4    everything and see everything.  I followed the court reporter's

5    [sic] request to put myself on mute.  So therefore, when I was

6    talking, you couldn't hear me.  So I apologize.

17:43:13  7    **MR. MCINTYRE:**  So we're all good?

17:43:20  8    **BY MR. MCINTYRE:**

17:43:21  9    **Q**    So did the defendant state whether he disclosed his

10   employment with Southern University of Science on his Texas A&M

11   financial disclosure statement?

17:43:34 12    **A**    He affirmed he did not put his employment on the statement.

17:43:39 13    **Q**    And did he affirm that he had not put any of his Chinese

14   employment or not previously disclose that to Texas A&M?

17:43:46 15    **A**    Yes.  He said he -- it was not disclosed, and he would

16   disclose it now.

17:43:52 17    **Q**    And what did he say about the Chinese Thousand Talent Plan

18   [sic] application?

17:43:59 19    **A**    He said that he had applied to two -- two talent -- he

20   acknowledged that his -- he had applications in for two

21   universities.

17:44:14 22    **Q**    And did the defendant say what he would do if he went back

23   to China as far as employment?

17:44:20 24    **A**    Yes.  He said if he went back to -- permanently back to

25   China, that he would seek employment with the University of

*Mr. McIntyre Direct of Daniel Snow*

1    Science and Technology of China, which was his alma mater, and

2    he has classmates that are Chinese Academy of Science members

3    there.

17:44:39  4    Q    And what did he say about the Chinese grant in Foshan City

5    Ge Wei, his company?

17:44:46  6         About whether they had received a Chinese grant?

17:44:57  7    A    Oh, he did say he received Chinese grants.  He did affirm

8    that.

17:45:05  9    Q    Did he also go over his salary wage spreadsheet regarding

10   his Hundred Talents Program?

17:45:13 11    A    He did.  He affirmed that it was accurate.

17:45:18 12    Q    And did he talk about CRP spheres and CRP disc and whether

13   he had mixed research between Texas A&M and Guangdong University

14   of Technology?

17:45:31 15    A    Yes.  He did affirm that there were mixture of the

16   universities' research in the publications.

17:45:46 17    Q    And was he asked whether there was a conflict between his

18   NASA research and his Guangdong University of Technology

19   research?

17:45:51 20    A    He did say that he did see a possible conflict.

17:45:56 21    Q    And at any point in time, did he blame anyone for the

22   collaboration between his Texas A&M NASA student work on the

23   NASA grant and the work done at the Guangdong University of

24   Technology lab?

17:46:08 25    A    Yes.  He blamed Guangdong University of Technology Professor

*Mr. McIntyre Direct of Daniel Snow*

1  Yun Chen.

17:46:21  2  **Q**   Did he talk, also, about one of the NASA grant participants

3  that worked in the lab and whether that person did research for

4  Guangdong University of Technology?

17:46:34  5  **A**   Yes, he did.

17:46:36  6  **Q**   And what did he say?

17:46:38  7  **A**   That -- he said that the issue was the NASA money only

8  supported one student, and with more students, NASA could have

9  got more benefit.

17:46:52  10  **Q**   And what did the defendant say about his affiliations

11  currently with Guangdong University of Technology and Foshan

12  City Ge Wei Technology Company?

17:47:02  13  **A**   He -- he affirmed he's still affiliated with Guangdong

14  University of Technology and stated that he's tried to separate,

15  but it was difficult.

17:47:13  16  **Q**   And what did he state about why he did not disclose these

17  things to his Texas A&M department head, his Chinese employment?

17:47:23  18  **A**   He said that if he would have told his department head,

19  there would have been more for him to worry about.

17:47:31  20  **Q**   And during the -- during the interview, did he acknowledge

21  making mistakes?

17:47:36  22  **A**   He did.  He acknowledged he made mistakes.

17:47:41  23  **Q**   And did he comment on using Guangdong University of

24  Technology lab research on the NASA project and whether that was

25  good or bad?

*Mr. McIntyre Direct of Daniel Snow*

17:47:52  1   **A**   He did.  He confirmed he used Guangdong research, and he

2   said it was good for NASA.

17:48:03  3   **Q**   Now, was he asked about wire transfers into his wife's bank

4   account here in the United States?

17:48:12  5   **A**   He was.

17:48:14  6   **Q**   And do you know anything about that as far as how many wires

7   and how much money was wired in from China?

17:48:19  8   **A**   Yes.  It was approximately six wires; approximately

9   $250,000.

17:48:28 10   **Q**   And did he give a reason for why that money was wired into

11   his wife's account or an explanation?

17:48:34 12   **A**   Yeah.  It was to purchase a house for a friend.

17:48:42 13   **Q**   And at some point, did the defendant talk about

14   collaborating with China and what he wanted to do going forward?

17:48:57 15   **A**   Yeah.  He -- he wanted to -- he wants to work at Texas A&M

16   in Qatar because his child can visit him there, and he was sorry

17   about any collaboration with the NASA project because he didn't

18   think NASA was serious about no Chinese collaboration.

17:49:21 19   **Q**   And prior to making these two statements, just immediately

20   prior, did he state that he wanted to stop collaborating with

21   China?

17:49:28 22   **A**   Yes, he did.

17:49:33 23   **Q**   Now, towards the end of the interview, was Cheng asked

24   whether he was afraid that if NASA found out about his Chinese

25   employment and research, that he would lose the NASA grant?

*Mr. McIntyre Direct of Daniel Snow*

**A**    Yes.  At that point, he became emotional and stated yes.

**Q**    Let me -- I had an exhibit, which I marked as Exhibit 1, which is a spreadsheet of his travel.  Do you have that in front of you?

**A**    I do.

**Q**    Okay.  I'm not going to grind down on this too hard, but can you kind of just briefly tell the Court what sort of travel he's had over the past years based on your analysis of this spreadsheet?

                    **THE COURT:**  Do I have this spreadsheet?

                    **MR. MCINTYRE:**  I e-mailed it to the case manager and to --

                    **THE COURT:**  Okay.  Hold on.  I'm going to have -- I'm going to listen to you, but I'm not going to see you because I got to look -- I'm going to try to look at my e-mail to see if I have it.  So hold on.

                    **MR. GALLAGHER:**  I'll just point out I haven't been provided this.

                    **THE COURT:**  Okay.  Well, then, we're not talking about it unless you give it to Mr. Gallagher.

                    **MR. MCINTYRE:**  Okay.  I e-mailed it to both of y'all.

                    **MR. GALLAGHER:**  What --

                    **MR. MCINTYRE:**  I e-mailed it to Mr. Bostic, and I e-mailed --

                    **THE CASE MANAGER:**  I forwarded it to you earlier

*Mr. McIntyre Direct of Daniel Snow*

1   today, sir.

2           **MR. GALLAGHER:**  I'm sorry.  It would be an e-mail from

3   Mr. Bostic?

4           **MS. FERKO:**  It would be an e-mail from Mr. McIntyre.

5           **MR. MCINTYRE:**  I cc'd Ferko on it, too.  I sent an

6   e-mail.

7           **MR. GALLAGHER:**  I suspect you spelled my name wrong

8   because I haven't received any e-mails from you, Mr. McIntyre,

9   at all today.

10           **MR. MCINTYRE:**  Really?

11           **MS. FERKO:**  I'm going to send it to you right now.

12           **MR. GALLAGHER:**  Okay.

13           **THE INTERPRETER:**  This is the interpreter speaking.

14   Is there any chance you can send me a copy, as well, just so I

15   have it in front of me?

16           **MS. FERKO:**  If you can provide me your e-mail address,

17   I can do that.

18           **THE INTERPRETER:**  Sure thing.  It is T-I-A-N-L-U at,

19   again, T-I-A-N-L-U, and then the word "Chinese," C-H-I-N-E-S-E,

20   dot com.  So Tianlu@tianluChinese.com.

21           **MS. FERKO:**  Okay.  Let me --

22           **THE INTERPRETER:**  Thank you so much.

23           **MS. FERKO:**  -- do this really fast.

24           **MR. GALLAGHER:**  It's probably not that important.  I

25   mean, he can just say it, what's on Mr. --

*Mr. McIntyre Direct of Daniel Snow*

17:52:03  1          MS. FERKO:  Yeah.  If you could summarize it, and then

2     I'll send copies of what you intended.

17:52:07  3          MR. MCINTYRE:  I mean, it's -- there's no magic sauce

4     in it, just...

17:52:13  5          Is the judge still on or...?

17:52:18  6          THE COURT:  I'm on.  I'm just looking at my e-mails.

7     I can't -- if I look at my e-mails, I have to -- I can still

8     hear you.  I just can't see you.

17:52:27  9          MR. MCINTYRE:  No.  Well, Your Honor, it's not that

10    important of an exhibit if -- I mean, he can just tell -- tell

11    you what the travel is.  He doesn't...

17:52:37 12          THE COURT:  Whatever -- I have the exhibit.  Whatever

13    you want to do.  It's your --

17:52:40 14          MR. MCINTYRE:  Well, I mean, I was planning on using

15    it, but it's not a major deal.

17:52:45 16   BY MR. MCINTYRE:

17:52:46 17   Q   Can you briefly tell me how much travel he had and what part

18    of -- what percentage of the time, over the past year, did he

19    visit China?

17:52:58 20   A   Yes.  From 2012 to 2019, Dr. Cheng took approximately

21    28 trips to China and spent 905 days -- approximately 31 percent

22    of those eight years was spent in China.

17:53:16 23   Q   Now, what I sent as Exhibit 2 -- I don't know if anybody got

24    it.

17:53:26 25          Have you reviewed a document from U.S. Citizen [sic] and

*Mr. McIntyre Direct of Daniel Snow*

1    Immigration Services?

17:53:32  2    **A**    I have.

17:53:34  3    **Q**    And it relates to a petitioner, which is the defendant; is

4    that correct?

17:53:38  5    **A**    That is correct.

17:53:40  6    **Q**    And can you tell the Court what happened regarding his

7    petition regarding immigration?

17:53:48  8    **A**    Yeah.  The document explains that on December 14th of 2015,

9    Dr. Cheng filed a petition on behalf of a son to get an I-130

10    petition.  In March of -- March 27th of 2018, he received

11    notification --

17:54:11  12            **THE INTERPRETER:**  I'm sorry.  This is the interpreter.

13    There's a lot of echo.  Could whoever's not talking just mute

14    their microphone, please?  Thank you.

17:54:24  15    **A**    Okay.  And on March 27th, 2018, Dr. Cheng received a letter

16    from Citizenship and Immigration Services, intent to revoke his

17    application (video interference) and notice of intent, and the

18    listed reasons was during the interview he submitted to in

19    Guangzhou at the U.S. Consulate in China, it was discovered that

20    he did not have a biological relationship with the child and

21    that he did not formally adopt the child, and that he had

22    presented a fraudulent birth certificate listing the child as

23    biological.

17:55:06  24        Based on those reasons, they -- they -- they revoked the

25    application.

*Mr. McIntyre Direct of Daniel Snow*

BY MR. MCINTYRE:

Q   And so the end result -- because of the fraudulent birth certificate and the lack of the relationship, the defendant's son was not allowed to receive any sort of immigration benefit from Citizen [sic] and Immigration Services; is that correct?

A   That is correct.

Q   And what was the date of the denial of immigration benefit for the defendant's son?

A   March 27th of 2018.

THE COURT:  Help me understand.  I'm confused.  I thought you said it's not his son.

MR. MCINTYRE:  I think --

THE WITNESS:  It's not -- it is not his biological son.  He presented the application -- the I-130 is a petition for an alien relative.  So he presented the application as if it was a biological son and presented a fraudulent birth certificate to back up that claim.

Other evidence --

THE COURT:  Who is the person?

THE WITNESS:  So the -- there was not -- there was no formal adoption.  The child was given birth to by a friend of his, which they gave to them to raise.

THE COURT:  Okay.

BY MR. MCINTYRE:

Q   Okay.  And so the immigration benefits were denied in 2018;

**Mr. McIntyre Direct of Daniel Snow**

1  is that correct?

17:56:36 2  A    That is correct.

17:56:47 3  Q    So based on your understanding of the case, the judge will

4  make a decision on whether there's a preponderance of the

5  evidence to show flight risk.

17:56:54 6      Is there any evidence that you have that you would like to

7  share with the Court that you believe shows the defendant would

8  be a flight risk if released on bond?

17:57:03 9  A    Yes.  I believe his business association in China, his

10  current employment with Guangdong University of Technology, his

11  family interest -- his wife and child were last known to be in

12  China --

17:57:19 13      MR. GALLAGHER:  Your Honor, I object.  This is

14  narrative and restating evidence that's already been presented

15  to the Court.  If there's new evidence, the government can get

16  to it, but there's no need for -- there's no need for a

17  witness's opinion regarding weight of the evidence.

17:57:35 18      THE COURT:  I'm going to overrule that objection.

17:57:40 19      MR. MCINTYRE:  Yeah.  It's a factual question.

17:57:41 20  BY MR. MCINTYRE:

17:57:41 21  Q    Do you have any evidence that you're aware of, from your

22  investigation or your study of the case, that would indicate he

23  might not comply with bond restrictions?

17:57:51 24  A    Yeah.  His ownership -- yeah.  His ownership and the

25  business entity Ge Wei, his continued employment with Guangdong

*Mr. Gallagher Cross of Daniel Snow*

1    University of Technology, his family interest, of course, and

2    he -- it has been shown that he has received Chinese grants.

17:58:10  3        So he has the ability to continue his research and receive

4    Chinese grants in China, and -- and the reason that he's

5    submitted fraudulent documents to the U.S. Government to try to

6    obtain a visa for his son.

17:58:28  7            **MR. MCINTYRE:**  I pass the witness, Your Honor.

17:58:29  8            **THE COURT:**  Mr. Gallagher?

17:58:31  9            **MR. GALLAGHER:**  Thank you.

17:58:31 10                        **CROSS-EXAMINATION**

17:58:33 11  **BY MR. GALLAGHER:**

17:58:36 12  **Q**   All right.  You spoke briefly with the 28 -- you're talking

13   about the 28 trips to China; is that right?

17:58:42 14  **A**   Yes.

17:58:43 15  **Q**   Were all those using his United States passport?

17:58:47 16  **A**   As far as we know.

17:58:49 17  **Q**   Right.

17:58:49 18       Do you have any evidence that he used any other passport to

19   make any of those trips?

17:58:54 20  **A**   I do not.

17:58:55 21  **Q**   Do you have any evidence that he ever took a trip outside

22   the country without legitimate travel documents?

17:59:03 23  **A**   No, I do not.

17:59:06 24  **Q**   And he was arrested at the airport returning to the country,

25   correct?

*Mr. Gallagher Cross of Daniel Snow*

17:59:12   1    A    That is correct.

17:59:14   2    Q    Returning from Qatar?

17:59:16   3    A    Yes.

17:59:16   4    Q    And Texas A&M has a branch in Qatar -- in Qatar, correct?

17:59:22   5    A    That is correct.

17:59:22   6    Q    And so that was his duty station most recently for

           7    Texas A&M, correct?

17:59:27   8    A    That is correct.

17:59:34   9    Q    And so up until current events, he has maintained his

           10    full-time employment with Texas A&M since what was, I think,

           11    2005; is that fair?

17:59:44   12   A    2004.

17:59:45   13   Q    Thank you.  Sorry.

17:59:46   14        But that's correct, right?

17:59:47   15   A    That is correct.

17:59:48   16   Q    All right.

17:59:48   17        All right.  I just want to make sure I'm clear about the

           18    size of the grant.

17:59:56   19        You said the total grant was 747,000; is that right?

18:00:03   20   A    That is correct.

18:00:04   21   Q    And so that was spread over seven years, right?

18:00:08   22   A    Yes.

18:00:10   23   Q    Sorry.  Was that, "Yes"?

18:00:12   24   A    Yes.

18:00:13   25   Q    Okay.  Sorry.  I didn't hear.

*Mr. Gallagher Cross of Daniel Snow*

18:00:15  1      So the annual value for the grant is just slightly over

2    $100,000, correct?

18:00:20  3  **A**   Yes, that is correct.  I believe the first year was 75,000.

18:00:24  4  **Q**   Okay.  So it may not have been an even, but on average over

5    the seven years, that's correct?

18:00:29  6  **A**   That is correct.

18:00:30  7  **Q**   All right.  And the total amount received from this grant by

8    Dr. Cheng was 86,000, right?

18:00:43  9  **A**   Yes.

18:00:44 10  **Q**   All right.

18:00:44 11      *(Multiple speakers; indiscernible.)*

18:00:46 12  **BY MR. GALLAGHER:**

18:00:49 13  **Q**   I'm sorry?

18:00:49 14  **A**   The total expenditure was 662,000 of the 83 invoices from

15   Texas A&M.

18:00:56 16  **Q**   Right.

18:00:56 17      But I -- you testified -- correct me if I'm wrong.  I

18   thought you testified that Dr. Cheng received $86,000 from this

19   grant; is that correct?

18:01:06 20  **A**   That is correct.

18:01:07 21  **Q**   All right.  And so, again, that's over seven years, right?

18:01:11 22  **A**   Yes.

18:01:12 23  **Q**   All right.  So the average annual value is, what, 12- or

24   $13,000, right?

18:01:18 25  **A**   Yes.

*Mr. Gallagher Cross of Daniel Snow*

18:01:19  1    Q    Okay.

18:01:19  2         Oh, I should have started -- you mentioned that you are

3    familiar -- familiarized yourself with the facts regarding this

4    case to prepare for today, right?

18:01:33  5    A    Yes.

18:01:35  6    Q    So I'm sure you read the complaint, right?

18:01:37  7    A    I did.

18:01:38  8    Q    And you didn't write that, correct?

18:01:40  9    A    No, I did not.

18:01:42 10    Q    All right.  So what else did you -- what else did you do to

11   familiarize yourself with the facts?

18:01:47 12    A    Conversations with the investigating agents.

18:01:51 13    Q    Okay.  Had you been involved in the investigation?

18:01:54 14    A    No.  By the time I came to this office, the investigation

15   was mostly complete.

18:02:00 16    Q    Okay.  Were you present for the interview of Dr. Cheng you

17   discussed?

18:02:05 18    A    I was not.

18:02:06 19    Q    Okay.  So -- all right.  So everything you've said today is

20   based on what you heard from other agents and/or read, correct?

18:02:17 21    A    That is correct.

18:02:18 22    Q    All right.  And Dr. Cheng is a naturalized citizen, right?

18:02:28 23    A    Yes.

18:02:29 24    Q    And when did he naturalize?

18:02:32 25    A    He naturalized in 2013.

*Mr. Gallagher Cross of Daniel Snow*

18:02:37  1   Q   And that's valid, right?  There's no issue -- nothing's been

2   filed in relation to that, correct?

18:02:45  3   A   No, not that I know of.

18:02:48  4   Q   And he has maintained -- I think you said that he spent

5   about a third of the time over the past several years outside

6   the country, right?

18:02:56  7   A   That's correct.  Approximately 31 percent.

18:02:59  8   Q   But since 2005, he spent the majority of his time in the

9   United States, right?

18:03:03 10   A   Yes.

18:03:04 11   Q   All right.  And his wife has lived here with him until he

12   went to Qatar, right?

18:03:10 13   A   Yes.  Actually, his wife had to go back after the denial --

14   the revocation of the application.  The child couldn't come

15   over.

18:03:22 16   Q   Right.

18:03:22 17       So she's spending time with their son, who they're treating

18   as a child regardless of the -- they're caring for this child,

19   to the best of your knowledge, right?

18:03:31 20   A   Yes.  Yes.

18:03:32 21   Q   Okay.  And so she is, to the best of your knowledge, with

22   him now since Dr. Cheng is here, correct?

18:03:40 23   A   That is correct.

18:03:44 24   Q   And Dr. Cheng owns property in the College Station area,

25   right?

*Mr. Gallagher Cross of Daniel Snow*

18:03:48  1    A    Yes.

18:03:50  2    Q    About, what is it, five or six homes?

18:03:53  3    A    I think seven.

18:03:56  4    Q    All right.  And throughout this -- all these years he spent

5    in the United States, you're not aware of any criminal history,

6    right?

18:04:05  7    A    No.

18:04:21  8    Q    I want to ask you a few questions about those research

9    papers you mentioned.

18:04:30 10        Okay.  You said that -- tell me if I'm wrong.  You said

11    there were 13 papers that identified Guangdong -- or his

12    affiliation with Guangdong research papers, right?

18:04:44 13    A    That is correct.

18:04:46 14    Q    And these are all papers published in English, right?

18:04:50 15    A    I -- I'm not sure about that one.

18:04:55 16    Q    You haven't seen any of these?

18:04:56 17    A    I have not reviewed those publications.

18:04:59 18    Q    Do you have any reason to believe any of them were published

19    in a language other than English?

18:05:04 20    A    No.

18:05:05 21    Q    Okay.  And then you talked about eight papers listing his

22    affiliation with both Guangdong University and A&M, correct?

18:05:14 23    A    That is correct.

18:05:16 24    Q    And same thing:  You don't have any reason to believe any of

25    those were published in anything other than English, correct?

*Mr. Gallagher Cross of Daniel Snow*

18:05:21 1   A   No.

18:05:25 2   Q   And, again, there were a number -- I think 14 publications

3   that acknowledged both Chinese and NASA support, right?

18:05:35 4   A   Fourteen that acknowledged support from the National Science

5   Foundation of China.

18:05:40 6   Q   And NASA, right?

18:05:41 7   A   And then two of those --

18:05:44 8   Q   Oh --

18:05:45 9   A   -- actually had both NFC and NASA -- the NASA grant.

18:05:51 10   Q   Oh, thank you.  I misunderstood that.  Okay.

18:05:53 11      So, again, same question:  All of those -- do you have any

12   knowledge that any of those were published in any language other

13   than English?

18:06:00 14   A   No, I do not.

18:06:02 15   Q   And I think you indicated these are all, to your knowledge,

16   research papers, so generally available to the scientific

17   community, right?

18:06:08 18   A   Yes.

18:06:10 19   Q   All right.

18:06:21 20      So what day was Dr. Cheng arrested?

18:06:24 21   A   August 23rd, on Sunday.

18:06:28 22   Q   And we already said that was at the airport, right?

18:06:32 23   A   Yes.

18:06:32 24   Q   Okay.  And he was -- you said he waived his Miranda rights?

18:06:40 25   A   Yes.

*Mr. Gallagher Cross of Daniel Snow*

18:06:41  1   Q   And for how long did he speak with investigators?

18:06:44  2   A   I'm not exactly sure.  I think it was approximately

3   two hours.

18:06:49  4   Q   Okay.  And so at any point did he stop answering questions?

18:06:53  5   A   Not that I know of, no.

18:06:55  6   Q   Was he uncooperative?

18:06:57  7   A   No.

18:07:01  8   Q   Has any contraband been found in the possession of Dr. Cheng

9   coming back into the country?

18:07:08 10   A   No, not at this time.

18:07:20 11   Q   And I guess -- I was a little unclear.  You mentioned, I

12   think, wires going to his wife's account in the amount of

13   $250,000, right?

18:07:34 14   A   Yes.

18:07:35 15   Q   And that was -- I think you said a total of six wires,

16   right?

18:07:39 17   A   Yes.

18:07:40 18   Q   What's the time frame for those?

18:07:43 19   A   I'm not exactly sure of the actual time frame of the wires.

18:07:48 20   Q   So you don't know whether it happened over the eight years

21   of this -- that we've been talking about or a shorter time

22   period?

18:07:54 23   A   Well, I know it was a shorter time to purchase a home.

18:07:58 24   Q   Okay.  And so those wire transfers to his wife's account,

25   where did they come from?

*Mr. Gallagher Cross of Daniel Snow*

18:08:04  1  **A**   From China.

18:08:06  2  **Q**   Okay.  And I guess you've already mentioned that -- well,

3  certainly, Dr. Cheng and his wife have, in fact, purchased

4  several homes in College Station, right?

18:08:19  5  **A**   Yes.

18:08:27  6  **Q**   And again, during your interview, I guess you talked about

7  Dr. Cheng speculating what he would do if he had to return to

8  China, right?

18:08:38  9  **A**   Yes.

18:08:39 10  **Q**   But did he indicate his preference was to continue his work

11  with Texas A&M?

18:08:44 12  **A**   I believe he did.

18:09:08 13          **MR. GALLAGHER:**  I don't have any further questions,

14  Your Honor.

18:09:11 15          **THE COURT:**  Mr. McIntyre, anything further?

18:09:12 16          **MR. MCINTYRE:**  No further questions, Your Honor.

18:09:14 17          **MR. GALLAGHER:**  Oh, I'm sorry.

18:09:15 18          **THE COURT:**  Hold --

18:09:15 19          **MR. GALLAGHER:**  Mr. Cheng raised his hand.

18:09:17 20          **THE COURT:**  -- on.  Hold on.

18:09:18 21          Mr. Cheng, is there something you'd like to say, sir?

18:09:23 22          **THE DEFENDANT:**  Can I point out a few mistakes?

18:09:26 23          **MR. GALLAGHER:**  No.  Hold on -- can I interrupt?

18:09:28 24          **THE COURT:**  Yeah.

18:09:29 25          **MR. GALLAGHER:**  Sorry, Your Honor.

18:09:29  1        Dr. Cheng, sorry.  We're not having you testify at

2  this hearing.  You'll have the opportunity to do that in the

3  future, if you choose, and you and I will speak privately about

4  all that at another time.

18:09:46  5        Thank you, Your Honor.

18:09:48  6        **THE COURT:**  Okay.  Dr. -- or Agent Snow, you may step

7  down from the witness chair.  Thank you very much.  I appreciate

8  it.

18:09:56  9        Mr. McIntyre, do you have any other witnesses?

18:10:00 10        **MR. MCINTYRE:**  No, Your Honor.

18:10:02 11        **THE COURT:**  Mr. Gallagher, any proffers?

18:10:06 12        **MR. GALLAGHER:**  The only thing -- most of the

13  information from the pretrial report, the only point I will add

14  is that I have received a voicemail from Dr. Cheng's wife

15  indicating that she is trying to return to the United States

16  from Qatar to assist him, but as you can imagine, there's some

17  difficulty with travel at the moment.

18:10:28 18        **THE COURT:**  And just so the record is clear, I'm going

19  to mark two exhibits to this hearing.  The first is the pretrial

20  report dated 8/24/2020, and then the second is the addendum to

21  the report that was provided by pretrial.  I assume that counsel

22  has both the original report and the addendum.

18:10:51 23        **MR. MCINTYRE:**  Yes, Your Honor.

18:10:52 24        **THE COURT:**  Okay.  So that -- I'll make sure that

25  those are included as Exhibit 1 and 2 to this hearing.

18:11:02  1          Okay.  We'll have closing arguments -- or closing dog

2     barks from Mr. McIntyre.

18:11:16  3          Don't worry.  I totally understand, given that we're

4     doing this by video --

18:11:20  5          MR. MCINTYRE:  Your Honor -- Your Honor, friends came

6     over, and the dog went crazy.  I apologize.

18:11:26  7          THE COURT:  No worries.  No need to apologize.  It

8     happens.

18:11:30  9          Are we ready to have a closing argument or anything

10     additionally, Mr. McIntyre, from the government?

18:11:36 11          MR. MCINTYRE:  I'm ready, Your Honor, whenever the

12     Court's ready.

18:11:39 13          THE COURT:  I'm ready.

18:11:40 14          MR. MCINTYRE:  Okay.  Your Honor, the defendant in

15     this case is a flight risk.  The standard of proof is by a

16     preponderance of the evidence, which we have met.  The defendant

17     was born in China.  His wife is Chinese, lives in China or

18     Qatar.

18:12:02 19          His son, although not his biological son, has applied

20     for immigration benefits here in the United States and been

21     denied based on the fact that defendant presented a fraudulent

22     birth certificate and misstated the relationship between him and

23     the -- and the son.

18:12:26 24          The defendant has worked in China since at least 2011,

25     all the while working on the NASA grant at Texas A&M, and all

1    the while working at Texas A&M as a professor.  So he's had

2    employment at at least two universities in various positions.

3    He participated in Guangdong University of Technology as a

4    Hundred Talents scholar or participant, and -- so he is a member

5    of two Chinese talent programs, which -- which the witness

6    explained to you the beneficial -- the benefits of the talent

7    programs to the country of China.  He also applied for a

8    Thousand Talents Program.

18:13:16    9        So in this instance, the defendant, although he

10   arguably currently has a job with Texas A&M, I am sure that will

11   not last long, if it's still existing.  So he will be in the

12   United States with no family whatsoever; a son who has been

13   denied immigration benefits and cannot travel to the

14   United States.  So no family of any kind, brother, sister, wife,

15   kid.  Everybody in his whole life is back in China.  He even

16   stated during his post-arrest interview that -- where he would

17   work if he was back in China.

18:13:56   18        So in this case, Your Honor, he has so many ties to

19   China and no ties here to the United States.  He is a Chinese

20   government grant recipient.  He's been funded -- his research

21   has been funded by the Chinese -- Chinese government, and the

22   United States does not have an extradition treaty with China.

23   So if he were to make it to a consulate or an embassy, he could

24   be sent off to China, and there is no possibility for

25   extradition from China.

18:14:38   1          In addition to that, Your Honor, if you look at the

2    pretrial services report, he claims he makes $80,000 a year, but

3    he owns seven houses with no corresponding liabilities

4    supporting the pretrial services report.  So that's a total of

5    $1.4 million in real estate with no mortgages, arguably, based

6    on the pretrial services report, for a man who claims to make

7    $80,000 a year.

18:15:10   8          The math doesn't add up.  That cannot be his only

9    employment and be able to afford that much real estate.  Even if

10   he was paying no taxes and spending no money, he just couldn't

11   get there.

18:15:24  12          This is a defendant that has not only family,

13   employment history, research history, university history,

14   educational history in China, he spent 31 percent of the time

15   over this time period in China.  He simply has every reason not

16   to stay in the United States.  He doesn't have employment.  He

17   doesn't have family, and he has all of those things back in

18   China.

18:15:51  19          So under the standard of preponderance of the

20   evidence, we think it's very clear, Your Honor, that he is a

21   flight risk, and there's no way to -- or no reasonable way to

22   prevent him or mitigate that risk.  And so we would ask,

23   Your Honor, based on the nature of the charges, which involve --

24   we talked about in these relationships with talent programs and

25   other Chinese institutions, and the lack of family here in the

1    United States and the forthcoming lack of employment, that

2    there's every reason for him to flee and no reason for him to

3    stay.

18:16:29  4         So we ask for detention, Your Honor, just pending

5    trial.  Thank you.

18:16:34  6              THE COURT:  Okay.  Thank you.

18:16:36  7              Mr. Gallagher?

18:16:37  8         MR. GALLAGHER:  Your Honor, I want to -- the

9    government has not shown by a preponderance that Dr. Cheng is a

10    risk of flight.  I want to start with the -- the inference that

11    the government is drawing regarding his financial status.  I

12    think the government's misreading the pretrial report.

18:16:54  13         The information about the assets in the pretrial

14    report, Dr. Cheng could not remember.  So the pretrial office

15    got those -- the data regarding the values of the home from the

16    publicly available documents.  They don't have, and they

17    didn't -- no one was able to provide, in the short amount of

18    time, information -- oh, no.  Hold on a second.  Sorry.

18:17:17  19              THE COURT:  What happened?

18:17:18  20         MR. GALLAGHER:  Sorry, Your Honor.  I'm --

21    everything -- I think my screen has not moved in so long, it

22    went to sleep.  I apologize.

18:17:32  23              THE COURT:  The good news, Mr. Gallagher, is we can

24    hear everything you say.

18:17:34  25         MR. GALLAGHER:  Okay.  Sorry.  I was afraid it went to

1    sleep.

18:17:34   2         So pretrial got that information from publicly

3    available data that doesn't list mortgages or anything else on

4    those properties, and as Dr. -- as Dr. Cheng indicated, he just

5    didn't remember the details.  So the idea that those are

6    indicative -- I mean, he obviously does have some resources, but

7    the idea that he owned these things all free and clear is not

8    supported by the pretrial report.

18:17:58   9         It also doesn't [sic] show that he does have

10   substantial ties to the community.  He's got multiple properties

11   in Texas A&M.  There's been no evidence of him having

12   significant or any assets anywhere else outside of the country.

13   That is a significant factor tying him to the community and to

14   the United States.

18:18:16  15         He has -- he also has significant ties here because he

16   has lived here and become a United States citizen since 2004.

17   He has spent time outside the country, but he has spent the

18   majority of the time here.  He has a community at Texas A&M.

19   He -- he's invested in the community, and there's been no

20   indication of him trying to jettison any of those ties.

18:18:40  21         While he, apparently, indicated that he would try to

22   seek work in a certain way in China if he needed to, there's no

23   indication that that is anything but a point of desperation

24   should he, in fact, find himself outside the country and without

25   employment at Texas A&M, which is plainly where he wants to

1    continue working.  It also hasn't been established that he has,

2    in fact, lost that job.  I think it's not clear what Texas A&M's

3    position has been, the evidence as to that.

18:19:13    4    And, finally, there is no evidence of Dr. Cheng having

5    any ability to travel beneath the radar or without authorization

6    from the United States.  The United States has his passport.  He

7    is a United States citizen.

18:19:28    8    There's -- the government's witness was clear that his

9    only travel has been open and notorious with that passport.  The

10    government's evidence of his inception in relation to the grant

11    is not clear.  They may prove it at trial, but he's also been --

12    the government -- the witnesses [sic] were clear that he

13    acknowledged his support from different places in multiple

14    publications in research journals.  So the idea that this has

15    all been a secret is not -- not clear and something that will

16    have to be developed later.

18:19:57    17    But, in short, he has 16 years in the community in

18    College Station.  He has significant assets in College Station.

19    He is, clearly, a talented person who can find work even if

20    Texas A&M is unwilling to employ him in the future, and he --

21    this has been confirmed by another person, a member of the

22    community who knows about his assets and knows him.

18:20:21    23    He does have significant ties here.  The government

24    just simply hasn't shown he's a risk to go elsewhere -- oh, I'm

25    sorry.  I did want to make one final point.

18:20:29 1          The total amount of this grant, Your Honor, over seven

2     years is less than a million dollars, and the total amount

3     received by Dr. Cheng is less than $100,000.  Now, that's not

4     nothing, but it is also, despite -- the statutory maximum is

5     also not indicative of a guideline sentence that would be

6     exorbitant.

18:20:48 7          It -- obviously, I'm certain no one wants to spend

8     time in custody if he doesn't need to, but it's not like the

9     type of life-ending sentence that can sometimes come in these

10    very big fraud cases.  That does not seem like the scope that

11    we're talking about in this case.  So that's another reason why

12    he doesn't have the incentive to lose all his assets here in the

13    United States, lose all his bridges with the academic community

14    he's had for 16 years.

18:21:10 15         We'd encourage the Court to impose conditions

16    recommended by pretrial services, Your Honor, and I think those

17    are sufficient and will guarantee his appearance at all future

18    proceedings.

18:21:22 19         **THE COURT:**  Okay.  Anything further from the

20    government?

18:21:27 21         **MR. MCINTYRE:**  Just a brief rebuttal, Your Honor.  I

22    mean, the whole case is based on the defendant making false

23    statements, committing fraud and not being honest.  And giving

24    someone bond is -- is based on someone that you can trust their

25    word and that you can assure their appearance, and we don't

1    think you can do that based on the record that we've presented

2    of fraudulent statements, fraudulent birth certificates,

3    et cetera.

18:21:58    4         And so we strongly believe, Your Honor, with these

5    ties to these Chinese-controlled universities, talent programs,

6    businesses -- he -- he owns a business in China.  His wife and

7    kid are not going to be able to come here.  His kid has been

8    denied entry into the United States.  There's just simply no

9    reason for -- for him to stay here, and the argument that he has

10   significant assets in College Station because he owns seven

11   homes, well, it's one way or the other.

18:22:29   12         Either he owns the homes and he has substantial equity

13   in them, and he has no explanation as to how he was able to

14   purchase seven homes on an $80,000-a-year salary, or those are

15   mortgaged to the hilt, and he's got no assets in the

16   United States, which is further motivation for him to go to

17   China where he will be able to meet with his family, obtain

18   employment from Chinese universities and work at his

19   Chinese-owned company.

18:22:55   20         So we strongly believe, Your Honor, that this is a

21   case for detention based on flight risk.  Thank you.

18:23:02   22         **THE COURT:**  Okay.  Anything further, Mr. Gallagher?

18:23:05   23         **MR. GALLAGHER:**  I only wanted to say is -- I don't

24   think there's been any evidence that his wife cannot come to the

25   United States.  The evidence was that his son may not be able

1    to.  His wife, I think, is intending to come, and so the

2    government hasn't presented any evidence on that point.

18:23:17  3          And the other thing I should have mentioned before,

4    which Mr. McIntyre reminded me of, the question asked by

5    pretrial was what was the salary, and Dr. Cheng answered that as

6    $80,000 a year.  There's been no evidence that -- I mean, the

7    government has produced some evidence that he's received income

8    from other research grants in China.  There's been no evidence

9    whether he's been receiving other grants within the

10   United States, as researchers often do.  Those -- it wouldn't

11   necessarily be relevant in his prosecution because that's based

12   on ties to China, but the idea that someone earning $80,000 a

13   year as a college professor -- when people routinely take

14   outside work in different ways -- has assets is not suspicious,

15   Your Honor.

18:23:59  16         **THE COURT:**  I think both parties would agree that, at

17   least in the record before me, I can't tell what assets or what

18   is -- what assets minus liabilities he has, right?  I mean...

18:24:13  19         **MR. GALLAGHER:**  That's correct.

18:24:13  20         **THE COURT:**  Would you agree with that, Mr. Gallagher?

21   I mean, I know there's a number of properties.  I see the

22   numbers in the pretrial report, but at least there's nothing

23   before me that tells me if they're mortgaged or not.

18:24:22  24         **MR. GALLAGHER:**  I agree.  You don't have that

25   information.

18:24:27  1          **THE COURT:**  Okay.  Okay.  Let me do this:  Let me take

2    a minute -- well, let me -- I guess there's two things we were

3    here for, right?  We got a probable cause hearing and then a

4    detention hearing.  Let me address the probable cause hearing

5    first.

18:24:41  6          Based on the evidence presented here today, I find

7    that the government has met its burden to show that there is

8    probable cause to believe that the defendant has committed the

9    offenses to which he is charged.  So as a result, I find that

10   the probable cause standard has been met by the government.  Of

11   course, that's not an ultimate finding in the case, as you're

12   all well aware.  That just means the case proceeds.

18:25:08 13          I now need to turn to the detention issue.  I want to

14   take a couple-minute break to look at a couple of things, and

15   I'm just going to put you-all on mute and cancel the video, and

16   I will be back in a couple of minutes.  So we're off the record.

18:25:24 17          **MR. MCINTYRE:**  Thank you, Your Honor.

18:25:24 18          **MR. GALLAGHER:**  Thank you.

18:25:25 19      *(Recess taken from 6:25 p.m. to 6:30 p.m.)*

18:30:01 20          **THE COURT:**  Okay.  I'm ready when we have the

21   government back on.

18:30:03 22          Is the court reporter here?

18:30:12 23          **THE REPORTER:**  Yes, Your Honor.

18:30:13 24          **THE COURT:**  Thank you very much.

18:30:17 25          Okay.  We are back on the record.  Thank you very much

1  for your patience, your time, the testimony, and your arguments.

2  Obviously, we're here today on the government's request to

3  detain the defendant pending the trial of this matter.  So the

4  record is clear in considering this request, I am guided by

5  several general principles.

18:30:35  6      First, at all times, the defendant is entitled to a

7  presumption of innocence.  Nothing that takes place in this

8  hearing is in any way, shape, or form intended or to be

9  construed to affect that presumption of innocence.  Rather, the

10  purpose of this hearing is to determine whether the defendant

11  should be detained pending trial.

18:30:55  12      Second of all, under the Bail Reform Act, pretrial

13  detention is an exceptional step, and I take that very

14  seriously.  Under the Act, a defendant must be released prior to

15  trial unless I find that no combination of conditions exist

16  which will reasonably assure the appearance of the defendant or

17  reasonably assure the safety of any other person in the

18  community.  And as you-all well know, the Act requires the least

19  restrictive conditions be imposed that are necessary to provide

20  the reasonable assurances.

18:31:24  21      In this case, the government is, obviously, not

22  seeking detention on the -- concerning the safety of persons in

23  the community, but rather is seeking detention based on the

24  argument that they believe that there is a risk of flight.  I

25  have reviewed the evidence.  I have listened to the testimony

1   and the arguments of counsel in reaching my decision.

18:31:46   2         Based on that decision, I actually find in this case

3   that I -- remember, the standard is a preponderance of the

4   evidence standard.  The government must show by a preponderance

5   of the evidence that no conditions or combination of conditions

6   will reasonably assure the defendant's presence as required in

7   this case.

18:32:06   8         Based on the testimony here today, I find that the

9   government has met that burden.  I believe they have shown, by a

10   preponderance of the evidence, that there are no conditions or

11   combinations of conditions that would reasonably assure the

12   defendant's presence as required.  I heard the testimony that,

13   obviously, the defendant is employed in China, has business in

14   China, has had a relationship with Chinese universities.  I

15   think importantly, in my mind, is the fact that he has no family

16   connection here.

18:32:34   17         There is no indication that there is a reason for him

18   to stay here.  It is true that his wife is currently in Qatar

19   and could come back to the United States, but the testimony was,

20   also, that a person that he is raising as his son could not come

21   back to the United States, and, obviously, that is a

22   significant -- fully expect that his wife would stay with the

23   child outside of the United States, which, obviously, would give

24   incentives to the defendant to flee the country.

18:33:03   25         Given the number of times he's been out of the

1   country, the number of days in the last number of years, that

2   also weighs in my decision, as well as the testimony that there

3   is some evidence that, with respect to his son, that he tried to

4   create some fraudulent documents that -- to allow the son here,

5   that is concerning someone that is -- that wants to make sure

6   that the individual who has been charged with a crime actually

7   stands trial before his peers in trial in the case.

18:33:34   8        So based on that, that is my conclusion.  I'll,

9   obviously, enter a formal written opinion, but I'm going to ask

10  that the defendant -- or order that the defendant be remanded to

11  custody of the United States Marshal pending the trial of this

12  case.

18:33:50  13        Are there any -- anything else we need to discuss, at

14  least with respect to the detention issue, from the government?

18:33:56  15              MR. MCINTYRE:  No, Your Honor.

18:33:58  16              THE COURT:  Mr. Gallagher?

18:34:00  17              MR. GALLAGHER:  No, Your Honor, nothing.

18:34:01  18              THE COURT:  Okay.  The one other thing I wanted to

19  raise -- and Ms. Ferko actually had raised this yesterday, was

20  the question about the appointment of the federal public

21  defender to represent the defendant in this particular case, and

22  I went back and listened to the hearings from last week, the

23  transcript -- or the recording of the hearing in terms of what

24  went on with Judge Sheldon, and Judge Sheldon was very clear

25  that -- what I heard was that he was going to appoint the

1  federal public defender for the time being because, apparently,

2  there were some assets that Mr. Cheng had or had access to, but

3  he could not get access to those currently, but needed some

4  assistance, I guess, to get in contact with some people outside

5  of -- on the outside to discuss that.

18:34:59  6          I -- Mr. Gallagher, I know -- you know, obviously, if

7  you would help with your client to reach out to whatever

8  individual that he needs to reach out to, to accommodate that, I

9  am going to have an order that is going to require the defendant

10  to reimburse for the federal public defender's costs in

11  connection with this matter because Judge Sheldon was very

12  clear, when he heard this on Monday, that it was a very unusual

13  situation, that he was very reluctant to appoint the federal

14  public defender, but wanted to do so to ensure that the

15  defendant in this particular case had excellent representation

16  at a detention hearing, which I think Mr. Gallagher has,

17  obviously, provided.  So I'll make sure that's put in the order,

18  but I just wanted to point that out for the record.

18:35:46  19          And, Mr. Cheng, Mr. Gallagher can, obviously, help you

20  reach out to those individuals who you mentioned to Judge

21  Sheldon earlier this week that could assist in obtaining the

22  necessary funds for the retention of counsel.

18:36:00  23          So that's all I had.  Is there anything else we need

24  to address at all today from the government?

18:36:07  25          **MR. MCINTYRE:**  Nothing from the government,

1    Your Honor.  Just, I guess, everyone be careful.

18:36:11  2            THE COURT:  Yeah.  Mr. Gallagher?

18:36:14  3            MR. GALLAGHER:  Your Honor, I just want to make sure

4    I'm clear on the judge's ruling.  We're not being terminated

5    from the case, but the Court's going to require Dr. Cheng to

6    reimburse -- well, the clerk's office, I think, at some point;

7    is that correct?

18:36:30  8            THE COURT:  Yeah.  Yes, and I guess let me be more

9    clear.  I am going to order that -- the reimbursement to the

10   federal public defender.  I would also request that, because

11   Mr. Cheng mentioned at the hearing earlier this week that he has

12   some sources of income or some availability, but he just

13   couldn't access them at the present time being in custody.

18:36:49 14            If you could help facilitate the connection of whoever

15   those sources are, because I'm sure -- and I'll pass on -- I'm

16   not sure, actually, whose court this case is in, but I'll -- you

17   know, I would fully expect and will let that judge know to maybe

18   revisit -- you know, revisit the issue because, obviously, at

19   least in my view, you know, the federal public defender's office

20   does a great service representing those people who cannot afford

21   representation, and if someone can afford representation and,

22   you know, not only can afford, but then has access to such

23   funds, there is no reason for the federal public defender to

24   continue to be involved in the case.

18:37:28 25            But I'll leave that ultimate decision up to whoever

1   the district court judge is that's handling the case, but I just

2   wanted to make sure that, you know, at least the investigation

3   had been done or whatever sources that your client has, the

4   contacts are made to facilitate that possibility.  Does that

5   make sense?

18:37:47  6         **MR. GALLAGHER:**  Yes, Your Honor.  Can I -- sorry to

7   belabor.  If you don't mind, I will send, first thing tomorrow,

8   to William -- to Mr. Bostic, the -- to whom any payments should

9   be made.  If the Court orders it be made to the federal public

10  defender, that would create confusion.

18:38:04  11        **THE COURT:**  Yeah.  And let me say this:  I know I've

12  issued a couple of orders before.  I don't remember to -- the

13  specific language.  If you have specific language, then I would

14  greatly appreciate if you would forward that over to Mr. Bostic.

18:38:20  15        **MR. GALLAGHER:**  I'll do that.

18:38:20  16        **THE COURT:**  Yeah.  I would not -- I want to make sure

17  the funds are not directed to Philip Gallagher at the federal

18  public defender.

18:38:27  19        **MR. GALLAGHER:**  Thank you.

18:38:28  20        **THE COURT:**  Okay.

18:38:29  21        **MS. FERKO:**  Thank you, Your Honor.

18:38:30  22        **THE COURT:**  Thank you very much.

18:38:30  23        And Mr. Cheng has his hand raised.  So, Mr. Cheng, is

24  there something else?  I just want to make sure -- obviously,

25  before you say anything, remember, you know, I want -- you and

1    Mr. Gallagher, we talked about communications with the

2    attorney-client privilege.  I don't want you to divulge any

3    communications, that should be properly with your counsel, to me

4    or to the government's lawyers.

18:38:54  5         And also, before I even -- before I let you talk,

6    which I definitely will, I know Mr. Gallagher will try to reach

7    out to you to discuss the case and the next steps.

8    Unfortunately, because of the coronavirus pandemic, it isn't as

9    easy as simply, you know, having him, as he often does, go over

10   to -- to the federal detention center.  But I'm confident that

11   Mr. Gallagher will get in contact with you as quickly as

12   possible.

18:39:19 13         That being said, was there something else you would

14   like to add without, obviously, violating any confidence in the

15   case?

18:39:37 16         **THE DEFENDANT:**  I was just wondering:  So they took

17   away some of my credit cards and my clothes.  Is it possible

18   that they will return it to me?

18:39:45 19         **THE COURT:**  Okay.  I'm going to let Mr. Gallagher

20   reach out and discuss those issues with you for a number of

21   reasons.  One, that's -- Mr. Gallagher probably knows the

22   answer.  He should talk about it, and the honest to goodness

23   truth is I have no earthly idea.  So I'll let Mr. Gallagher

24   follow up with you.

18:40:02 25         I hope everyone is safe, sound.  It looks like the

1    storm is going to be further east, which is fortunate for us,

2    but, obviously, terrible for those people, as I understand it,

3    in the Beaumont, Lake Charles area.  But thank you very much to

4    the interpreter, as well, and the court reporter.  I know it's

5    been a long day, and I'm going to go jump over to a Zoom hearing

6    and see who we have -- see what initial appearances --

18:40:23  7        So I apologize -- apologize again for the delay,

8    appreciate your patience, appreciate your professionalism, and

9    have a great day.  We're off the record.  Thank you very much.

18:40:34 10        **MS. FERKO:**  Thank you, Your Honor.

18:40:35 11        **MR. MCINTYRE:**  Thank you, Your Honor.

18:40:36 12        **MR. GALLAGHER:**  Thank you, Your Honor.

18:40:47 13        *(Proceedings concluded at 6:40 p.m.)*

14                                -o0o-

15        I certify that the foregoing is a correct transcript

16   from the record of proceedings in the above matter to the best

17   of my ability and skill, and that any indiscernible designations

18   are because of audio interference that precluded me from

19   understanding the words spoken.

20

21   Date:  November 23, 2020

22                        */s/ Heather Alcaraz*
                          Signature of Court Reporter

23

24

25

**MR. GALLAGHER: [42]**
3/12 4/3 4/5 4/14 5/3 5/8
14/15 14/21 18/24 21/20
25/15 33/16 33/18 33/21
33/23 38/16 38/21 39/1 39/6
39/11 39/23 43/12 44/8
52/12 52/16 52/18 52/22
52/24 53/11 57/7 57/19
57/24 61/22 62/18 62/23
63/17 66/16 68/2 69/5 69/14
69/18 71/11

**MR. MCINTYRE: [41]**
3/8 4/15 5/5 5/9 5/14 5/24
8/22 10/17 10/21 14/18
14/25 15/14 19/7 21/11
27/13 33/17 33/20 34/1 34/6
38/10 38/20 38/22 39/4 39/9
40/2 40/8 40/13 42/11 43/18
44/6 52/15 53/9 53/22 54/4
54/10 54/13 60/20 63/16
66/14 67/24 71/10

**MS. FERKO: [10]**  21/12
21/18 39/3 39/10 39/15
39/20 39/22 39/25 69/20
71/9

**THE CASE MANAGER:
[1]** 38/24

**THE COURT: [76]**

**THE DEFENDANT: [4]**
3/24 4/10 52/21 70/15

**THE INTERPRETER: [6]**
 21/24 25/18 39/12 39/17
39/21 41/11

**THE REPORTER: [16]**
8/17 8/19 10/14 10/18 10/24
15/13 15/15 15/17 15/20
18/17 19/12 19/21 21/5 27/7
33/22 63/22

**THE WITNESS: [3]**  15/19
42/12 42/19

**$**

**$1.4 [1]**  56/5

**$1.4 million [1]**  56/5
**$100,000 [2]**  46/2 60/3
**$13,000 [1]**  46/24
**$250,000 [2]**  37/9 51/13
**$60,000 [1]**  23/23
**$7,200 [1]**  12/17
**$747,000 [1]**  13/19
**$80,000 [5]**  56/2 56/7 61/14
 62/6 62/12
**$80,000-a-year [1]**  61/14
**$86,000 [2]**  32/7 46/18

**-**

**-o0o [1]**  71/14

**/**

**/s [1]**  71/22

**1**

**1000 [1]**  1/13
**12 [1]**  46/23
**1260 [3]**  14/1 16/24 17/24
**13 [2]**  20/17 49/11
**130 [2]**  41/9 42/14
**1350 [1]**  1/16
**13th [2]**  7/13 7/14
**14 [4]**  14/1 16/24 17/24 50/2
**14th [1]**  41/8
**1511 [2]**  1/5 3/6
**15th [1]**  22/20
**16 [2]**  59/17 60/14
**17 [1]**  6/16
**19 [1]**  4/21
**1995 [1]**  8/13
**19th [3]**  12/4 17/20 17/23
**1st [2]**  13/15 30/22

**2**

**20 [1]**  7/13
**2004 [3]**  7/3 45/12 58/16
**2005 [2]**  45/11 48/8
**2011 [5]**  8/3 8/8 23/19 33/14
 54/24
**2012 [5]**  8/3 8/5 20/10 24/5
 40/20

**2013 [17]**  7/14 13/4 13/14
 13/15 13/23 14/10 16/10
 17/1 17/20 17/23 18/3 18/12
 18/20 19/10 19/15 19/25
 47/25
**2013-2014 [1]**  29/3
**2014 [9]**  8/6 10/10 11/17
 23/20 28/5 28/8 28/25 29/3
 29/12
**2014th [1]**  32/10
**2015 [6]**  20/3 27/7 27/18
 29/21 30/21 41/8
**2016 [5]**  22/16 22/17 22/20
 24/23 25/2
**2017 [4]**  12/9 12/23 22/16
 23/1
**2018 [9]**  7/16 12/9 12/23
 13/16 20/10 41/10 41/15
 42/9 42/25
**2019 [3]**  32/11 32/13 40/20
**2020 [10]**  1/9 2/3 7/15 13/14
 13/17 24/5 25/13 25/25
 53/20 71/21
**22nd [2]**  25/12 25/25
**23 [1]**  71/21
**2300 [1]**  1/13
**23rd [1]**  50/21
**250-5584 [1]**  1/22
**26 [2]**  1/9 2/3
**27th [3]**  41/10 41/15 42/9
**28 [3]**  40/21 44/12 44/13
**29th [2]**  16/25 17/4

**3**

**30th [6]**  18/3 18/12 18/20
 19/9 19/15 19/25
**31 percent [3]**  40/21 48/7
 56/14
**31st [3]**  7/15 13/16 13/17

**4**

**440 [1]**  1/16
**4600 [1]**  1/17
**4:20-MJ-1511 [2]**  1/5 3/6
**4:55 [1]**  1/6

**5**

**50,000 [1]** 12/16
**515 [1]** 1/21
**5584 [1]** 1/22
**567-9572 [1]** 1/14

**6**

**662,000 [1]** 46/14
**6:25 [1]** 63/19
**6:30 [1]** 63/19
**6:40 [1]** 71/13

**7**

**713 [3]** 1/14 1/17 1/22
**718-4600 [1]** 1/17
**747,000 [1]** 45/19
**75,000 [1]** 46/3
**77002 [3]** 1/13 1/17 1/22

**8**

**8/24/2020 [1]** 53/20
**8004 [1]** 1/21
**83 [2]** 32/16 46/14
**86,000 [1]** 46/8

**9**

**905 [1]** 40/21
**9572 [1]** 1/14

**A**

**ability [3]** 44/3 59/5 71/17
**able [9]** 3/17 9/18 23/7 56/9
 57/17 61/7 61/13 61/17
 61/25
**above [1]** 71/16
**academic [1]** 60/13
**Academy [1]** 35/2
**access [5]** 9/13 67/2 67/3
 68/13 68/22
**accommodate [1]** 67/8
**account [4]** 37/4 37/11
 51/12 51/24
**accurate [1]** 35/11
**acknowledge [2]** 30/9 36/20
**acknowledged [7]** 20/25

22/7 24/24 26/22 50/3 50/4
59/13
**acknowledgment [2]** 19/4
 30/11
**acknowledgments [1]** 30/4
**Act [3]** 64/12 64/14 64/18
**ACTION [1]** 1/4
**activities [4]** 18/7 20/2
 24/10 26/10
**actual [2]** 23/14 51/19
**actually [6]** 48/13 50/9 65/2
 66/6 66/19 68/16
**ad [1]** 20/4
**add [3]** 53/13 56/8 70/14
**added [1]** 28/12
**addendum [2]** 53/20 53/22
**addition [4]** 9/4 10/11 11/11
 56/1
**additionally [1]** 54/10
**address [3]** 39/16 63/4
 67/24
**adjunct [1]** 26/15
**administration [1]** 20/5
**administration's [1]** 32/8
**administrator [5]** 16/12
 16/14 16/17 17/2 17/4
**admissions [1]** 32/24
**ADMTD [1]** 2/13
**adopt [1]** 41/21
**adoption [1]** 42/21
**affect [1]** 64/9
**affiliated [5]** 11/22 20/7
 20/19 20/22 36/13
**affiliation [4]** 16/8 26/24
 49/12 49/22
**affiliations [2]** 25/11 36/10
**affirm [6]** 33/2 33/5 33/8
 34/13 35/7 35/15
**affirmed [5]** 20/3 33/13
 34/12 35/11 36/13
**afford [4]** 56/9 68/20 68/21
 68/22
**afraid [2]** 37/24 57/25
**after [3]** 18/2 28/22 48/13

**again [9]** 19/1 20/14 33/12 33/19
 39/19 46/21 50/2 50/11 52/6
 71/7
**agent [6]** 6/1 6/2 6/14 6/15
 6/17 53/6
**agents [3]** 23/6 47/12 47/20
**ago [2]** 25/13 25/25
**agree [3]** 62/16 62/20 62/24
**agreeable [1]** 4/25
**agreement [1]** 4/18
**airport [2]** 44/24 50/22
**Alcaraz [2]** 1/20 71/22
**alien [1]** 42/15
**allow [1]** 66/4
**allowed [4]** 9/15 16/3 17/16
 42/4
**alma [1]** 35/1
**along [3]** 11/14 25/3 32/3
**already [3]** 43/14 50/22
 52/2
**although [2]** 54/19 55/9
**AMERICA [1]** 1/4
**among [1]** 28/12
**amount [7]** 13/18 32/4 46/7
 51/12 57/17 60/1 60/2
**analysis [1]** 38/8
**and/or [1]** 47/20
**ANDREW [1]** 1/8
**annual [5]** 18/3 19/16 20/1
 46/1 46/23
**another [4]** 26/14 53/4
 59/21 60/11
**answer [3]** 15/19 19/7 70/22
**answered [7]** 26/12 26/17
 26/18 26/23 27/1 27/4 62/5
**answering [1]** 51/4
**answers [1]** 19/1
**anybody [5]** 14/2 21/10
 21/19 25/21 40/23
**anyone [5]** 5/16 5/17 14/21
 20/7 35/21
**anything [12]** 14/2 37/6
 49/25 52/15 54/9 58/3 58/23
 60/19 61/22 66/13 67/23

## A

**anything...** [1] 69/25
**anywhere** [1] 58/12
**apologize** [7] 21/22 34/6
54/6 54/7 57/22 71/7 71/7
**apparently** [2] 58/21 67/1
**appearance** [3] 60/17 60/25
64/16
**appearances** [2] 1/10 71/6
**appeared** [1] 1/10
**appearing** [1] 14/17
**application** [14] 11/24
11/25 13/2 13/4 13/22 16/6
25/2 25/3 34/18 41/17 41/25
42/14 42/15 48/14
**applications** [2] 12/1 34/20
**applied** [5] 10/9 13/9 34/19
54/19 55/7
**apply** [5] 10/4 10/5 11/5
11/5 24/23
**applying** [1] 25/1
**appoint** [2] 66/25 67/13
**appointment** [1] 66/20
**appreciate** [4] 53/7 69/14
71/8 71/8
**approved** [3] 14/13 15/3
15/6
**approximate** [1] 15/6
**approximately** [15] 8/13
10/8 12/16 13/19 15/8 20/17
23/23 25/13 32/7 37/8 37/8
40/20 40/21 48/7 51/2
**April** [5] 13/22 14/10 27/6
27/18 28/8
**area** [3] 31/12 48/24 71/3
**areas** [1] 9/17
**arguably** [2] 55/10 56/5
**argument** [3] 54/9 61/9
64/24
**arguments** [3] 54/1 64/1
65/1
**around** [1] 25/21
**arrest** [1] 55/16
**arrested** [3] 32/21 44/24

**article** [1] 29/22
**ask** [8] 4/24 10/20 19/21
21/23 49/8 56/22 57/4 66/9
**asked** [17] 18/6 19/3 24/12
24/17 24/19 26/1 26/5 26/9
26/13 26/20 26/24 27/2
28/18 35/17 37/3 37/23 62/4
**asking** [1] 11/1
**assets** [11] 57/13 58/12
59/18 59/22 60/12 61/10
61/15 62/14 62/17 62/18
67/2
**assist** [2] 53/16 67/21
**assistance** [1] 67/4
**Assistant** [1] 1/12
**associate** [1] 24/25
**associated** [3] 9/25 13/18
20/14
**associates** [1] 25/11
**association** [1] 43/9
**associations** [1] 25/7
**assume** [1] 53/21
**assurance** [2] 16/19 17/2
**assurances** [1] 64/20
**assure** [5] 60/25 64/16
64/17 65/6 65/11
**attempt** [1] 22/13
**attorney** [1] 70/2
**Attorney's** [1] 21/14
**attorney-client** [1] 70/2
**Attorneys** [1] 1/12
**attribution** [1] 28/16
**audio** [1] 71/18
**AUGUST** [13] 1/9 2/3 7/15
8/5 12/9 12/23 13/16 13/17
16/10 16/25 17/4 23/19
50/21
**August 23rd** [1] 50/21
**August 29th** [2] 16/25 17/4
**August 31st** [3] 7/15 13/16
13/17
**authored** [6] 20/11 20/13
20/19 20/24 21/4 22/9

**authorization** [1] 59/5
**authors** [2] 28/19 30/11
**availability** [1] 68/12
**available** [3] 50/16 57/16
58/3
**average** [2] 46/4 46/23
**award** [2] 17/21 26/21
**awarded** [3] 7/11 7/13
17/23
**aware** [3] 43/21 49/5 63/12
**away** [1] 70/17

## B

**back** [20] 11/4 18/16 18/22
28/19 28/25 34/22 34/24
34/24 42/17 48/13 51/9
55/15 55/17 56/17 63/16
63/21 63/25 65/19 65/21
66/22
**background** [1] 25/21
**bad** [1] 36/25
**Bail** [1] 64/12
**bank** [1] 37/3
**barks** [1] 54/2
**based** [18] 29/17 38/8 41/24
43/3 47/20 54/21 56/5 56/23
60/22 60/24 61/1 61/21
62/11 63/6 64/23 65/2 65/8
66/8
**Beaumont** [1] 71/3
**became** [1] 38/1
**become** [1] 58/16
**becoming** [1] 6/17
**been** [33] 6/15 13/8 36/19
38/17 43/14 44/2 46/4 47/13
48/1 51/8 51/21 54/20 55/12
55/20 55/21 58/11 58/19
59/1 59/3 59/9 59/11 59/15
59/21 61/7 61/24 62/6 62/8
62/9 63/10 65/25 66/6 69/3
71/5
**before** [17] 1/8 4/12 4/17
6/25 8/16 15/7 15/8 16/20
25/8 62/3 62/17 62/23 66/7
69/12 69/25 70/5 70/5

**B**

**behalf [1]** 41/9
**being [8]** 12/14 13/21 28/3 60/23 67/1 68/4 68/13 70/13
**belabor [1]** 69/7
**believe [14]** 7/9 10/10 11/1 43/7 43/9 46/3 49/18 49/24 52/12 61/4 61/20 63/8 64/24 65/9
**beneath [1]** 59/5
**beneficial [1]** 55/6
**benefit [3]** 36/9 42/4 42/7
**benefits [4]** 42/25 54/20 55/6 55/13
**besides [1]** 12/7
**best [4]** 12/2 48/19 48/21 71/16
**between [13]** 12/9 16/11 16/16 17/1 23/7 23/25 27/19 28/23 29/12 35/13 35/17 35/22 54/22
**big [1]** 60/10
**biological [5]** 41/20 41/23 42/13 42/16 54/19
**Biophysics [1]** 13/12
**biotechnology [1]** 11/25
**birth [6]** 41/22 42/2 42/16 42/21 54/22 61/2
**bit [1]** 7/1
**blame [1]** 35/21
**blamed [1]** 35/25
**bond [3]** 43/8 43/23 60/24
**born [3]** 7/8 7/9 54/17
**Bostic [4]** 38/23 39/3 69/8 69/14
**both [12]** 4/24 20/20 20/23 22/8 23/2 33/4 38/21 49/22 50/3 50/9 53/22 62/16
**boxes [1]** 5/21
**branch [1]** 45/4
**break [1]** 63/14
**bridges [1]** 60/13
**brief [1]** 60/21
**briefly [3]** 38/7 40/17 44/12
**burden [2]** 63/7 65/9
**Bureau [1]** 6/12
**business [6]** 11/20 24/16 43/9 43/25 61/6 65/13
**businesses [1]** 61/6

**C**

**C-H-I-N-E-S-E [1]** 39/19
**call [1]** 6/1
**called [2]** 17/17 28/24
**came [2]** 47/14 54/5
**can't [6]** 3/25 9/1 14/20 40/7 40/8 62/17
**cancel [1]** 63/15
**cannot [4]** 55/13 56/8 61/24 68/20
**Carbon [1]** 31/14
**cards [1]** 70/17
**careful [1]** 68/1
**caring [1]** 48/18
**CAROLYN [3]** 1/12 3/9 21/13
**case [25]** 3/5 38/11 43/3 43/22 47/4 54/15 55/18 60/11 60/22 61/21 63/11 63/12 64/21 65/2 65/7 66/7 66/12 66/21 67/15 68/5 68/16 68/24 69/1 70/7 70/15
**cases [1]** 60/10
**cause [6]** 4/13 5/8 63/3 63/4 63/8 63/10
**cc'd [1]** 39/5
**center [1]** 70/10
**certain [2]** 58/22 60/7
**certainly [1]** 52/3
**certificate [4]** 41/22 42/3 42/17 54/22
**certificates [1]** 61/2
**certified [2]** 18/14 19/25
**certify [2]** 19/16 71/15
**cetera [2]** 26/16 61/3
**CFR [3]** 14/1 16/24 17/24
**chain [1]** 17/8
**chair [4]** 8/6 26/16 33/4

**chair/professor [1]** 33/4
**chance [1]** 39/14
**channel [1]** 22/22
**charge [1]** 6/22
**charged [2]** 63/9 66/6
**charges [1]** 56/23
**Charles [1]** 71/3
**chemical [1]** 7/5
**Chen [1]** 36/1
**CHENG [56]** 1/6 3/6 3/13 3/14 7/1 7/7 8/3 11/14 17/5 17/12 18/14 19/15 19/25 20/3 21/23 22/1 22/19 24/9 27/22 28/1 28/8 28/12 28/18 28/19 28/25 30/13 32/3 37/23 40/20 41/9 41/15 46/8 46/18 47/16 47/22 48/22 48/24 50/20 51/8 52/3 52/7 52/19 52/21 53/1 57/9 57/14 58/4 59/4 60/3 62/5 67/2 67/19 68/5 68/11 69/23 69/23
**Cheng's [2]** 19/2 53/14
**child [10]** 37/16 41/20 41/21 41/22 42/21 43/11 48/14 48/18 48/18 65/23
**China [68]** 7/9 7/9 7/21 8/12 9/19 10/3 10/7 11/6 11/8 11/19 12/10 13/25 14/2 14/4 14/9 15/12 16/1 16/19 16/22 17/3 17/25 20/7 21/1 22/8 22/11 22/13 24/16 27/5 28/4 30/16 33/5 34/23 34/25 35/1 37/7 37/14 37/21 40/19 40/21 40/22 41/19 43/9 43/12 44/4 44/13 50/5 52/1 52/8 54/17 54/17 54/24 55/7 55/15 55/17 55/19 55/22 55/24 55/25 56/14 56/15 56/18 58/22 61/6 61/17 62/8 62/12 65/13 65/14
**China's [1]** 8/15
**Chinese [47]** 9/7 9/11 9/12

**Chinese...** **[44]** 9/15 9/23
10/4 10/11 11/12 11/13 12/7
14/3 14/6 14/6 14/8 16/8
17/11 17/15 19/17 20/2 20/8
22/14 25/7 25/9 25/11 34/13
34/17 35/2 35/4 35/6 35/7
36/17 37/18 37/24 39/19
44/2 44/4 50/3 54/17 55/5
55/19 55/21 55/21 56/25
61/5 61/18 61/19 65/14
**Chinese-controlled [1]** 61/5
**Chinese-owned [1]** 61/19
**chip [1]** 22/21
**chips [1]** 11/24
**choose [1]** 53/3
**citizen [5]** 40/25 42/5 47/22
58/16 59/7
**Citizenship [1]** 41/16
**City [6]** 11/14 11/18 11/20
33/8 35/4 36/12
**claim [1]** 42/17
**claims [2]** 56/2 56/6
**classmates [1]** 35/2
**clear [16]** 5/14 17/16 45/17
53/18 56/20 58/7 59/2 59/8
59/11 59/12 59/15 64/4
66/24 67/12 68/4 68/9
**clearly [2]** 16/2 59/19
**clerk's [1]** 68/6
**client [3]** 67/7 69/3 70/2
**closing [3]** 54/1 54/1 54/9
**clothes [1]** 70/17
**collaborating [3]** 14/5
37/14 37/20
**collaboration [9]** 14/3
15/11 15/11 15/25 16/3 28/3
35/22 37/17 37/18
**college [11]** 25/14 26/2 26/3
26/5 32/17 48/24 52/4 59/18
59/18 61/10 62/13
**colloidal [1]** 30/3
**com [1]** 39/20
**combination [2]** 64/15 65/5

**combinations [1]** 65/1
**come [8]** 48/14 51/25 60/9
61/7 61/24 62/1 65/19 65/20
**coming [3]** 19/20 21/11
51/9
**comment [1]** 36/23
**committed [1]** 63/8
**committing [1]** 60/23
**communicating [1]** 3/23
**communication [2]** 5/19
16/13
**communications [8]** 16/11
16/16 27/18 27/23 28/5
28/22 70/1 70/3
**community [10]** 50/17
58/10 58/13 58/18 58/19
59/17 59/22 60/13 64/18
64/23
**companies [2]** 11/13 16/8
**company [11]** 11/15 11/16
11/18 11/21 12/3 14/3 20/8
23/3 35/5 36/12 61/19
**compensated [1]** 12/14
**complaint [2]** 6/22 47/6
**complete [1]** 47/15
**completed [1]** 16/20
**Complex [1]** 13/11
**compliance [6]** 16/19 17/2
20/4 27/19 27/24 27/25
**comply [1]** 43/23
**computer [1]** 1/25
**concern [1]** 27/23
**concerning [2]** 64/22 66/5
**concluded [1]** 71/13
**conclusion [1]** 66/8
**conditions [7]** 60/15 64/15
64/19 65/5 65/5 65/10 65/11
**conduct [2]** 4/22 26/9
**conducted [1]** 26/20
**conducting [1]** 26/8
**conference [3]** 1/10 3/3
18/16
**confidence [1]** 70/14
**confident [1]** 70/10

**confirm [2]** 21/22 33/20
**confirmed [2]** 37/1 59/21
**conflict [2]** 35/17 35/20
**conflicts [1]** 18/10
**confused [1]** 42/10
**confusing [1]** 4/8
**confusion [1]** 69/10
**connection [5]** 18/19 18/23
65/16 67/11 68/14
**consent [2]** 4/18 5/4
**considered [1]** 14/8
**considering [1]** 64/4
**construed [1]** 64/9
**consulate [2]** 41/19 55/23
**consulting [2]** 26/8 26/10
**contact [2]** 67/4 70/11
**contacted [1]** 24/14
**contacts [1]** 69/4
**contain [1]** 29/6
**contained [1]** 28/10
**contents [2]** 19/4 19/5
**continue [4]** 44/3 52/10
59/1 68/24
**continued [1]** 43/25
**continuously [1]** 29/2
**contraband [1]** 51/8
**contract [9]** 12/19 23/7
23/11 23/15 23/16 23/19
23/25 33/12 33/14
**contracts [1]** 17/6
**contributed [1]** 30/9
**controlled [1]** 61/5
**Conversations [1]** 47/12
**coordinating [2]** 14/6 28/6
**coordination [3]** 14/3 15/11
15/25
**copied [1]** 17/5
**copies [1]** 40/2
**copy [1]** 39/14
**Corley [1]** 5/20
**corner [1]** 21/14
**coronavirus [1]** 70/8
**corporation [1]** 11/2
**correct [62]** 4/14 9/21 9/22

**correct... [59]**  13/14 14/7 14/11 14/12 15/4 15/5 16/23 17/18 17/25 18/1 18/10 23/4 23/5 24/12 24/13 24/20 25/5 29/10 30/16 30/17 31/1 31/2 32/9 41/4 41/5 42/5 42/6 43/1 43/2 44/25 45/1 45/4 45/5 45/7 45/8 45/14 45/15 45/20 46/2 46/3 46/5 46/6 46/17 46/19 46/20 47/8 47/17 47/21 48/2 48/7 48/22 48/23 49/13 49/22 49/23 49/25 62/19 68/7 71/15

**correctly [1]**  24/15

**correspondence [1]**  27/6

**corresponding [1]**  56/3

**costs [1]**  67/10

**could [23]**  3/7 5/11 5/13 6/9 10/20 15/14 17/15 25/20 25/21 26/6 27/8 28/2 33/1 36/8 40/1 41/13 55/23 57/14 65/19 65/20 67/3 67/21 68/14

**couldn't [4]**  34/6 48/14 56/10 68/13

**counsel [7]**  3/7 4/14 18/23 53/21 65/1 67/22 70/3

**country [10]**  44/22 44/24 48/6 51/9 55/7 58/12 58/17 58/24 65/24 66/1

**couple [5]**  25/25 63/14 63/14 63/16 69/12

**couple-minute [1]**  63/14

**course [5]**  5/16 23/6 32/8 44/1 63/11

**court [30]**  1/1 1/18 1/20 1/21 7/10 8/17 9/1 9/1 9/10 10/21 18/16 19/6 19/12 19/21 21/5 27/13 33/22 33/23 34/4 38/7 41/6 43/7 43/15 60/15 63/22 68/16 69/1 69/9 71/4 71/22

**COURT'S [3]**  2/12 54/12

**courthouse [1]**  4/20

**courtroom [1]**  5/2

**COVID [1]**  4/21

**COVID-19 [1]**  4/21

**crazy [1]**  54/6

**create [3]**  9/15 66/4 69/10

**credit [2]**  30/6 70/17

**credited [11]**  20/12 20/14 20/19 20/24 21/4 22/9 31/3 31/8 31/12 31/15 31/18

**crime [1]**  66/6

**criminal [2]**  1/4 49/5

**CROSS [1]**  44/10

**CROSS-EXAMINATION [1]**  44/10

**CRP [3]**  31/3 35/12 35/12

**crystals [6]**  13/12 29/3 30/25 31/7 31/11 31/14

**current [2]**  43/10 45/9

**currently [4]**  36/11 55/10 65/18 67/3

**curriculum [2]**  25/3 25/5

**custody [3]**  60/8 66/11 68/13

**cut [1]**  10/15

**D**

**Daniel [3]**  6/1 6/6 6/10

**data [2]**  57/15 58/3

**date [2]**  42/7 71/21

**dated [1]**  53/20

**day [3]**  50/20 71/5 71/9

**days [4]**  15/8 18/2 40/21 66/1

**deal [1]**  40/15

**December [4]**  12/9 12/23 32/10 41/8

**December 14th [1]**  41/8

**decide [1]**  18/23

**decision [5]**  43/4 65/1 65/2 66/2 68/25

**declaration [1]**  25/4

**dedicated [1]**  11/23

**defendant [73]**

**defender [8]**  1/16 66/21 67/1 67/14 68/10 68/23 69/10 69/18

**defender's [2]**  67/10 68/19

**definitely [1]**  70/6

**delay [1]**  71/7

**deliverable [1]**  29/1

**deliverables [2]**  28/24 29/4

**demixing [1]**  30/2

**denial [2]**  42/7 48/13

**denied [5]**  27/25 42/25 54/21 55/13 61/8

**Dense [1]**  20/15

**department [5]**  6/20 7/4 7/6 36/17 36/18

**described [1]**  9/4

**description [1]**  9/10

**design [1]**  11/24

**designations [1]**  71/17

**desperation [1]**  58/23

**despite [1]**  60/4

**detailed [1]**  31/22

**detailing [1]**  31/24

**details [1]**  58/5

**detain [1]**  64/3

**detained [1]**  64/11

**detention [15]**  1/8 2/2 4/13 5/8 5/19 57/4 61/21 63/4 63/13 64/13 64/22 64/23 66/14 67/16 70/10

**determine [1]**  64/10

**developed [1]**  59/16

**devices [1]**  22/21

**didn't [6]**  10/21 37/17 45/25 47/8 57/17 58/5

**different [3]**  4/8 59/13 62/14

**difficult [1]**  36/15

**difficulty [1]**  53/17

**DIRECT [1]**  6/7

**directed [1]**  69/17

**Direction [1]**  30/23

# D

**directly [1]**  17/12
**director [2]**  8/4 17/6
**disc [1]**  35/12
**disclose [5]**  25/7 25/11
34/14 34/16 36/16
**disclosed [4]**  24/15 33/15
34/9 34/15
**disclosure [16]**  17/17 18/4
18/13 18/15 18/21 19/2
19/10 19/16 20/1 24/6 24/8
24/9 24/15 26/1 26/6 34/11
**discovered [1]**  41/19
**discuss [4]**  66/13 67/5 70/7
70/20
**discussed [2]**  16/23 47/17
**discussing [1]**  12/5
**distinction [1]**  26/14
**district [3]**  1/1 1/1 69/1
**DIVISION [1]**  1/2
**divulge [1]**  70/2
**document [2]**  40/25 41/8
**documents [4]**  44/5 44/22
57/16 66/4
**does [10]**  18/6 21/10 55/22
58/6 58/9 59/23 60/10 68/20
69/4 70/9
**doesn't [10]**  19/6 21/19
40/11 56/8 56/16 56/17 58/3
58/9 60/8 60/12
**dog [2]**  54/1 54/6
**doing [1]**  54/4
**dollars [2]**  12/17 60/2
**domestic [1]**  26/15
**done [8]**  24/14 28/15 29/14
29/17 29/19 29/19 35/23
69/3
**dot [1]**  39/20
**down [2]**  38/6 53/7
**Dr [2]**  53/6 58/4
**Dr. [46]**  3/13 3/14 8/3 11/14
17/5 17/12 18/14 19/2 19/15
19/25 20/3 21/23 22/1 22/19
24/9 27/22 28/1 28/8 28/12

28/18 28/19 28/25 30/13
32/3 40/20 41/9 41/15 46/8
46/18 47/16 47/22 48/22
48/24 50/20 51/8 52/3 52/7
53/1 53/14 57/9 57/14 58/4
59/4 60/3 62/5 68/5
**Dr. Cheng [44]**  3/13 3/14
8/3 11/14 17/5 17/12 18/14
19/15 19/25 20/3 21/23 22/1
22/19 24/9 27/22 28/1 28/8
28/12 28/18 28/19 28/25
30/13 32/3 40/20 41/9 41/15
46/8 46/18 47/16 47/22
48/22 48/24 50/20 51/8 52/3
52/7 53/1 57/9 57/14 58/4
59/4 60/3 62/5 68/5
**Dr. Cheng's [2]**  19/2 53/14
**DRAW [1]**  2/13
**drawing [1]**  57/11
**dropped [1]**  19/9
**DULY [1]**  6/6
**during [27]**  3/20 5/16 7/10
7/17 7/17 9/5 10/13 11/9
11/10 11/13 12/5 12/6 12/14
17/8 20/13 20/18 22/6 22/12
23/6 23/22 32/8 32/25 36/20
36/20 41/18 52/6 55/16
**duty [1]**  45/6

# E

**e-mail [17]**  16/10 16/15
16/18 16/25 17/8 27/6 27/18
27/23 28/5 28/8 28/22 29/12
38/15 39/2 39/4 39/6 39/16
**e-mailed [12]**  17/12 27/24
28/1 28/19 28/25 29/4 30/20
31/20 38/11 38/21 38/23
38/24
**e-mails [4]**  28/12 39/8 40/6
40/7
**each [1]**  24/6
**earlier [3]**  38/25 67/21
68/11
**earning [1]**  62/12
**earthly [1]**  70/23

**easier [1]**  4/6
**east [1]**  71/1
**easy [1]**  70/9
**echo [1]**  41/13
**EDISON [2]**  1/8 33/25
**Education [2]**  8/12 8/15
**educational [1]**  56/14
**effect [1]**  7/12
**eight [6]**  20/22 31/25 32/1
40/22 49/21 51/20
**either [2]**  20/11 61/12
**else [8]**  47/10 47/10 58/3
58/12 66/13 67/23 69/24
70/13
**elsewhere [1]**  59/24
**embassy [1]**  55/23
**emotional [1]**  38/1
**employ [1]**  59/20
**employed [11]**  6/11 6/12
7/1 7/2 7/18 7/23 8/5 8/7
11/9 12/6 65/13
**employee [1]**  28/23
**employees [3]**  18/4 30/9
30/12
**employment [41]**  7/19 7/21
9/4 9/6 10/12 10/14 10/17
11/11 16/8 18/7 18/8 20/2
22/12 23/7 23/10 23/25
24/10 24/16 25/14 26/8
26/10 30/18 30/18 33/2
34/10 34/12 34/14 34/23
34/25 36/17 37/25 43/10
43/25 45/10 55/2 56/9 56/13
56/16 57/1 58/25 61/18
**encourage [1]**  60/15
**end [3]**  10/16 37/23 42/2
**ended [1]**  22/24
**ending [1]**  60/9
**energy [2]**  11/25 31/17
**enforcement [1]**  6/18
**engineering [5]**  7/5 25/15
26/2 26/3 26/6
**English [8]**  3/16 3/25 4/1
4/2 49/14 49/19 49/25 50/13

**E**

**ensure [1]** 67/14
**enter [1]** 66/9
**enterprise [2]** 11/22 11/22
**entitled [3]** 29/2 30/22 64/6
**entity [4]** 8/9 14/6 26/15
43/25
**entry [1]** 61/8
**equipment [1]** 20/7
**equity [1]** 61/12
**establish [1]** 24/2
**established [4]** 8/10 8/11
9/12 59/1
**estate [2]** 56/5 56/9
**et [2]** 26/16 61/3
**et cetera [2]** 26/16 61/3
**even [6]** 24/11 46/4 55/15
56/9 59/19 70/5
**events [1]** 45/9
**ever [1]** 44/21
**every [3]** 19/20 56/15 57/2
**everybody [2]** 4/9 55/15
**everyone [2]** 68/1 70/25
**everyone's [1]** 5/22
**everything [11]** 3/16 4/9
8/19 14/23 21/24 25/4 34/4
34/4 47/19 57/21 57/24
**evidence [27]** 42/18 43/5
43/6 43/14 43/15 43/17
43/21 44/18 44/21 54/16
56/20 58/11 59/3 59/4 59/10
61/24 61/25 62/2 62/6 62/7
62/8 63/6 64/25 65/4 65/5
65/10 66/3
**exactly [2]** 51/2 51/19
**EXAMINATION [4]** 1/8
2/2 6/7 44/10
**example [1]** 26/15
**excellent [1]** 67/15
**exceptional [1]** 64/13
**exhibit [6]** 38/2 38/2 40/10
40/12 40/23 53/25
**Exhibit 1 [2]** 38/2 53/25
**Exhibit 2 [1]** 40/23

**exhibits [2]** 2/12 53/19
**exist [1]** 64/15
**existing [1]** 55/11
**exorbitant [1]** 60/6
**expect [2]** 65/22 68/17
**expenditure [1]** 46/14
**experience [1]** 6/18
**explained [1]** 55/6
**explains [1]** 41/8
**explanation [2]** 37/11 61/13
**extended [2]** 7/16 13/16
**external [7]** 18/7 18/8 20/2
24/10 26/8 26/10 26/21
**extradition [2]** 55/22 55/25

**F**

**fabrication [1]** 11/24
**facilitate [2]** 68/14 69/4
**fact [6]** 29/12 52/3 54/21
58/24 59/2 65/15
**factor [1]** 58/13
**facts [3]** 6/21 47/3 47/11
**factual [1]** 43/19
**fair [1]** 45/11
**false [2]** 6/22 60/22
**familiar [1]** 47/3
**familiarize [1]** 47/11
**familiarized [2]** 6/21 47/3
**family [9]** 43/11 44/1 55/12
55/14 56/12 56/17 56/25
61/17 65/15
**far [4]** 31/20 34/23 37/6
44/16
**fast [1]** 39/23
**FBI [3]** 6/1 6/15 6/17
**FCRR [1]** 1/20
**February [1]** 32/10
**February 2014th [1]** 32/10
**federal [12]** 1/16 6/12 66/20
67/1 67/10 67/13 68/10
68/19 68/23 69/9 69/17
70/10
**FERKO [5]** 1/12 3/9 21/13
39/5 66/19
**few [3]** 18/2 49/8 52/22

**figure [1]** 27/18
**file [6]** 18/13 18/20 24/5
24/8 24/9 26/1
**filed [4]** 22/15 22/20 41/9
48/2
**fill [2]** 18/12 18/20
**final [1]** 59/25
**finally [1]** 59/4
**financial [19]** 9/16 18/3
18/13 18/14 18/21 19/2
19/10 19/16 20/1 20/25 22/7
24/6 24/8 24/15 30/4 30/6
30/14 34/11 57/11
**find [7]** 58/24 59/19 63/6
63/9 64/15 65/2 65/8
**finding [1]** 63/11
**fine [1]** 21/24
**first [7]** 31/22 31/24 46/3
53/19 63/5 64/6 69/7
**first-year [2]** 31/22 31/24
**five [2]** 32/3 49/2
**flee [2]** 57/2 65/24
**flight [7]** 43/5 43/8 54/15
56/21 57/10 61/21 64/24
**fluids [2]** 13/11 31/17
**follow [2]** 16/25 70/24
**follow-up [1]** 16/25
**followed [1]** 34/4
**following [1]** 3/3
**food [1]** 11/25
**foregoing [1]** 71/15
**foreign [5]** 9/14 9/16 24/3
26/14 27/3
**form [6]** 10/14 11/13 16/19
16/20 16/22 64/8
**formal [2]** 42/21 66/9
**formally [1]** 41/21
**format [1]** 4/19
**formation [1]** 11/1
**formed [2]** 11/14 11/16
**forms [1]** 17/6
**forthcoming [1]** 57/1
**fortunate [1]** 71/1
**forward [2]** 37/14 69/14

## F

**forwarded [2]** 28/8 38/25
**Foshan [6]** 11/14 11/18 11/20 33/8 35/4 36/11
**found [2]** 37/24 51/8
**Foundation [7]** 21/1 22/8 22/11 30/8 30/15 30/16 50/5
**Four [1]** 31/10
**Fourteen [2]** 21/2 50/4
**frame [2]** 51/18 51/19
**fraud [3]** 6/22 60/10 60/23
**fraudulent [8]** 41/22 42/2 42/16 44/5 54/21 61/2 61/2 66/4
**free [1]** 58/7
**friend [2]** 37/12 42/21
**friends [1]** 54/5
**front [2]** 38/3 39/15
**full [4]** 5/19 7/2 25/1 45/10
**full-time [1]** 45/10
**fully [2]** 65/22 68/17
**Functional [1]** 20/15
**funded [3]** 32/2 55/20 55/21
**funding [8]** 14/1 14/2 16/20 16/22 17/3 17/25 20/6 28/3
**funds [3]** 67/22 68/23 69/17
**further [11]** 4/12 4/17 8/7 8/16 52/13 52/15 52/16 60/19 61/16 61/22 71/1
**further -- well [1]** 4/12
**future [4]** 30/22 53/3 59/20 60/17

## G

**GALLAGHER [23]** 1/15 3/13 5/3 18/24 38/20 44/8 53/11 57/7 57/23 61/22 62/20 66/16 67/6 67/16 67/19 68/2 69/17 70/1 70/6 70/11 70/19 70/21 70/23
**gave [1]** 42/22
**Ge [9]** 11/15 11/18 11/21 23/2 25/9 33/8 35/5 36/12 43/25

**general [1]** 64/5
**generally [2]** 4/6 50/16
**give [4]** 9/10 37/10 38/20 65/23
**given [4]** 4/20 42/21 54/3 65/25
**giving [1]** 60/23
**going [31]** 4/24 14/24 15/1 18/8 21/11 25/12 26/4 29/2 31/8 32/24 37/14 38/6 38/13 38/14 38/14 38/15 39/11 43/18 51/12 53/18 61/7 63/15 66/9 66/25 67/9 67/9 68/5 68/9 70/19 71/1 71/5
**good [6]** 4/11 8/25 34/7 36/25 37/2 57/23
**goodness [1]** 70/22
**got [11]** 18/22 19/20 33/20 36/9 38/15 40/23 57/15 58/2 58/10 61/15 63/3
**government [29]** 3/8 4/24 5/5 5/10 5/23 5/25 9/13 9/15 43/15 44/5 54/10 55/20 55/21 57/9 57/11 59/12 59/23 60/20 62/2 62/7 63/7 63/10 63/21 64/21 65/4 65/9 66/14 67/24 67/25
**government's [6]** 2/9 57/12 59/8 59/10 64/2 70/4
**graduate [1]** 17/13
**grant [64]** 6/23 7/11 7/13 7/17 9/6 10/13 11/11 12/7 12/24 12/25 13/3 13/6 13/9 13/10 13/14 13/16 13/18 13/19 13/21 13/21 13/24 14/10 15/4 15/7 15/9 15/10 16/4 16/12 16/21 16/21 17/21 17/24 17/24 20/4 22/11 22/13 24/18 24/22 28/2 28/24 29/2 29/5 29/13 29/18 30/8 32/2 32/5 32/6 32/8 35/4 35/6 35/23 36/2 37/25 45/18 45/19 46/1 46/7 46/19 50/9 54/25 55/20

**grants [6]** 17/7 35/7 44/2 44/4 62/8 62/9
**great [3]** 33/24 68/20 71/9
**greatly [1]** 69/14
**grind [1]** 38/6
**Guangdong [59]** 7/23 8/1 8/4 8/9 8/11 8/14 9/5 9/8 10/12 11/11 11/23 12/8 20/14 20/16 20/20 22/15 22/19 23/2 23/7 23/14 23/21 23/25 25/8 28/6 28/9 28/11 28/15 28/19 29/6 29/21 29/22 30/1 30/5 30/12 30/12 30/19 30/20 31/5 31/6 31/9 31/21 33/2 33/12 33/14 35/13 35/18 35/23 35/25 36/4 36/11 36/13 36/23 37/1 43/10 43/25 49/11 49/12 49/22 55/3
**Guangzhou [1]** 41/19
**guarantee [1]** 60/17
**guess [7]** 51/11 52/2 52/6 63/2 67/4 68/1 68/8
**guest [3]** 21/15 21/15 26/15
**guided [1]** 64/4
**guideline [1]** 60/5
**guys [1]** 22/1

## H

**half [1]** 6/19
**halfway [1]** 5/20
**hand [7]** 3/23 5/18 6/3 21/24 25/16 52/19 69/23
**handling [1]** 69/1
**happened [3]** 41/6 51/20 57/19
**happening [1]** 21/11
**happens [2]** 19/20 54/8
**hard [3]** 10/22 28/20 38/6
**hasn't [3]** 59/1 59/24 62/2
**have [82]**
**haven't [3]** 38/17 39/8 49/16
**having [8]** 5/11 21/11 22/24

# H

**having...** [5] 27/13 53/1 58/11 59/4 70/9
**havoc** [1] 4/21
**he** [281]
**he's** [15] 36/13 36/14 38/7 44/4 55/1 55/20 58/10 58/19 59/11 59/24 60/14 61/15 62/7 62/9 65/25
**head** [2] 36/17 36/18
**headed** [1] 17/22
**hear** [16] 3/17 3/25 4/1 4/10 5/11 5/12 5/13 5/14 8/19 14/23 27/15 34/3 34/6 40/8 45/25 57/24
**heard** [5] 18/19 47/20 65/12 66/25 67/12
**hearing** [23] 1/8 2/2 3/21 4/2 4/8 4/14 5/8 5/17 5/19 21/24 27/13 53/2 53/19 53/25 63/3 63/4 63/4 64/8 64/10 66/23 67/16 68/11 71/5
**hearings** [1] 66/22
**hears** [1] 4/7
**Heather** [2] 1/20 71/22
**held** [2] 3/3 8/1
**Hello** [1] 3/11
**help** [4] 42/10 67/7 67/19 68/14
**her** [1] 25/16
**here** [31] 4/13 8/18 14/20 19/13 19/22 21/6 21/11 33/23 34/3 34/3 37/4 48/11 48/22 54/20 55/19 56/25 58/15 58/16 58/18 59/23 60/12 61/7 61/9 63/3 63/6 63/22 64/2 65/8 65/16 65/18 66/4
**higher** [1] 10/6
**highlights** [1] 33/1
**hilt** [1] 61/15
**him** [23] 14/18 19/3 20/14 20/19 20/22 36/19 37/16

56/22 57/2 57/2 58/11 58/13 58/20 59/20 59/22 61/9 61/16 65/17 70/9
**himself** [1] 58/24
**hire** [3] 8/7 9/9 33/4
**hiring** [1] 17/13
**his** [111]
**history** [5] 49/5 56/13 56/13 56/13 56/14
**hold** [13] 19/11 19/11 19/18 19/18 21/5 25/16 25/18 38/13 38/16 52/18 52/20 52/23 57/18
**home** [2] 51/23 57/15
**homes** [5] 49/2 52/4 61/11 61/12 61/14
**honest** [2] 60/23 70/22
**Honor** [53] 3/10 4/4 4/15 4/16 5/6 5/9 5/10 5/25 8/18 8/20 8/20 18/18 19/13 19/22 21/6 21/13 40/9 43/13 44/7 52/14 52/16 52/25 53/5 53/10 53/23 54/5 54/5 54/11 54/14 55/18 56/1 56/20 56/23 57/4 57/8 57/20 60/1 60/16 60/21 61/4 61/20 62/15 63/17 63/23 66/15 66/17 68/1 68/3 69/6 69/21 71/10 71/11 71/12
**honorable** [2] 1/8 26/16
**hope** [1] 70/25
**Houdan** [1] 7/9
**hours** [1] 51/3
**house** [1] 37/12
**houses** [1] 56/3
**HOUSTON** [5] 1/2 1/13 1/17 1/22 6/19
**Hundred** [7] 8/7 9/9 9/20 33/11 33/13 35/10 55/4
**Hydrogels** [1] 31/11

# I

**I'll** [13] 11/4 18/22 19/24 38/17 40/2 53/24 66/8 67/17

70/23
**I'm** [59] 4/3 4/24 5/11 5/18 6/12 8/18 10/15 14/20 15/14 15/15 19/13 19/22 21/6 21/17 21/18 21/21 23/14 25/12 26/4 27/8 27/14 34/3 34/3 38/6 38/13 38/13 38/14 38/15 39/2 39/11 40/6 40/6 41/12 42/10 43/18 45/17 46/13 46/17 47/6 49/10 49/15 51/2 51/19 52/17 53/18 54/11 54/13 57/20 59/24 60/7 63/15 63/20 66/9 68/4 68/15 68/15 70/10 70/19 71/5
**I've** [1] 69/11
**I-130** [2] 41/9 42/14
**idea** [7] 21/10 21/12 58/5 58/7 59/14 62/12 70/23
**identified** [1] 49/11
**imagine** [1] 53/16
**immediately** [1] 37/19
**immigration** [9] 41/1 41/7 41/16 42/4 42/5 42/7 42/25 54/20 55/13
**implied** [1] 29/19
**important** [2] 39/24 40/10
**importantly** [1] 65/15
**impose** [1] 60/15
**imposed** [1] 64/19
**inaudible** [1] 27/7
**incentive** [1] 60/12
**incentives** [2] 9/16 65/24
**inception** [1] 59/10
**include** [5] 16/5 16/7 17/24 23/2 24/10
**included** [3] 14/6 23/24 53/25
**includes** [1] 16/7
**including** [1] 18/7
**income** [2] 62/7 68/12
**incorporated** [1] 14/8
**indicate** [2] 43/22 52/10

# I

**indicated [3]** 50/15 58/4 58/21

**indicating [2]** 27/16 53/15

**indication [3]** 58/20 58/23 65/17

**indicative [2]** 58/6 60/5

**indiscernible [4]** 10/14 15/13 46/11 71/17

**individual [2]** 66/6 67/8

**individuals [3]** 9/13 9/16 67/20

**industry [1]** 11/25

**inference [1]** 57/10

**inform [1]** 29/16

**information [6]** 24/19 53/13 57/13 57/18 58/2 62/25

**initial [1]** 71/6

**innocence [2]** 64/7 64/9

**inquired [1]** 17/13

**inquiring [1]** 27/24

**instance [1]** 55/9

**instead [1]** 5/2

**Institute [2]** 8/4 24/3

**institutions [2]** 25/9 56/25

**intellectual [2]** 9/14 9/17

**intended [2]** 40/2 64/8

**intending [1]** 62/1

**intent [2]** 41/16 41/17

**interest [5]** 11/20 18/11 23/4 43/11 44/1

**interference [7]** 15/16 19/10 19/17 21/3 21/9 41/17 71/18

**international [4]** 9/17 15/10 15/25 16/2

**interpret [1]** 3/19

**interpreter [10]** 1/18 3/15 3/21 21/23 21/25 25/16 25/19 39/13 41/12 71/4

**interpreting [1]** 4/9

**interrupt [2]** 14/17 52/23

**interview [8]** 32/22 32/25 52/6 55/16

**introductions [1]** 3/7

**inventor [2]** 22/19 22/24

**invested [1]** 58/19

**investigating [1]** 47/12

**investigation [6]** 6/12 23/6 43/22 47/13 47/14 69/12

**investigator [2]** 13/7 16/5

**investigators [1]** 51/1

**invoices [4]** 32/12 32/14 32/16 46/14

**involve [2]** 22/17 56/23

**involved [4]** 22/18 31/23 47/13 68/24

**isn't [1]** 70/8

**isotropic [1]** 30/2

**issue [5]** 36/7 48/1 63/13 66/14 68/18

**issued [1]** 69/12

**issues [1]** 70/20

**its [2]** 18/4 63/7

# J

**Jabber [5]** 19/20 21/7 21/15 21/15 22/2

**January [1]** 12/4

**jettison [1]** 58/20

**job [3]** 6/13 55/10 59/2

**Joe [1]** 5/20

**Joe Corley [1]** 5/20

**joined [2]** 21/7 21/15

**journals [1]** 59/14

**judge [11]** 14/17 33/20 33/25 40/5 43/3 66/24 66/24 67/11 67/20 68/17 69/1

**Judge Edison [1]** 33/25

**judge's [1]** 68/4

**July [3]** 20/3 23/1 28/25

**jump [2]** 4/4 71/5

**June [5]** 22/20 25/12 25/25 29/21 30/21

**June 15th [1]** 22/20

**June 22nd [2]** 25/12 25/25

**just [54]** 3/21 4/7 4/17 5/11

5/17 6/16 8/6 8/6 8/25 14/17 14/24 15/18 18/2 19/1 19/11 21/7 21/14 21/17 21/18 21/22 21/23 21/24 22/1 25/22 25/25 32/25 33/19 37/19 38/7 38/17 39/14 39/25 40/4 40/6 40/8 40/10 41/13 45/17 46/1 53/18 56/10 57/4 58/4 59/24 60/21 61/8 63/12 63/15 67/18 68/1 68/3 68/12 69/1 69/24 70/16

# K

**keep [2]** 15/1 21/11

**Key [1]** 20/15

**kid [3]** 55/15 61/7 61/7

**kind [3]** 5/12 38/7 55/14

**know [34]** 3/21 7/7 7/9 10/8 12/4 13/10 14/20 15/6 19/18 19/19 23/12 32/4 37/6 40/23 44/16 48/3 51/5 51/20 51/23 62/21 64/18 67/6 67/6 68/17 68/17 68/18 68/19 68/22 69/2 69/11 69/25 70/6 70/9 71/4

**knowledge [7]** 9/13 12/2 27/5 48/19 48/21 50/12 50/15

**known [1]** 43/11

**knows [3]** 59/22 59/22 70/21

# L

**lab [4]** 30/23 35/24 36/3 36/24

**Laboratory [1]** 20/15

**lack [3]** 42/3 56/25 57/1

**laid [1]** 16/22

**Lake [1]** 71/3

**language [6]** 16/24 20/5 49/19 50/12 69/13 69/13

**last [5]** 18/19 43/11 55/11 66/1 66/22

**later [1]** 59/16

**law [1]** 6/18

# L

**laws [1]** 14/9
**lawyers [1]** 70/4
**lead [1]** 13/8
**least [9]** 8/3 54/24 55/2 62/17 62/22 64/18 66/14 68/19 69/2
**leave [2]** 18/22 68/25
**leaving [2]** 19/20 22/2
**left [2]** 19/11 21/16
**legitimate [1]** 44/22
**less [2]** 60/2 60/3
**let [17]** 3/21 10/22 16/10 17/20 18/2 38/2 39/21 63/1 63/1 63/2 63/4 68/8 68/17 69/11 70/5 70/19 70/23
**let's [3]** 5/23 15/17 20/10
**letter [1]** 41/15
**liabilities [2]** 56/3 62/18
**life [2]** 55/15 60/9
**life-ending [1]** 60/9
**like [8]** 4/20 34/2 43/6 52/21 60/8 60/10 70/14 70/25
**likewise [1]** 3/18
**liquid [6]** 13/12 29/3 30/25 31/7 31/11 31/14
**list [2]** 20/2 58/3
**listed [8]** 20/19 20/22 22/10 22/19 26/24 28/18 30/12 41/18
**listen [1]** 38/14
**listened [2]** 64/25 66/22
**listing [2]** 41/22 49/21
**little [3]** 6/25 27/9 51/11
**lived [2]** 48/11 58/16
**lives [1]** 54/17
**located [3]** 10/2 11/18 32/17
**logged [1]** 18/16
**long [7]** 4/8 6/15 7/12 51/1 55/11 57/21 71/5
**look [5]** 38/15 38/15 40/7 56/1 63/14
**looking [1]** 40/6
**looks [1]** 70/25

**lose [4]** 19/12 37/25 60/12 60/13
**lost [6]** 5/20 14/24 18/16 18/19 33/19 59/2
**lot [2]** 25/20 41/13
**lots [1]** 12/1
**loud [1]** 5/14
**louder [1]** 8/23
**Louisiana [2]** 1/13 1/16
**low [1]** 5/12
**Ltd [3]** 11/15 23/2 33/9

# M

**M's [1]** 59/2
**Macromolecular [1]** 13/12
**made [5]** 32/25 36/22 69/4 69/9 69/9
**magic [1]** 40/3
**mail [17]** 16/10 16/15 16/18 16/25 17/8 27/6 27/18 27/23 28/5 28/8 28/22 29/12 38/15 39/2 39/4 39/6 39/16
**mailed [12]** 17/12 27/24 28/1 28/19 28/25 29/4 30/20 31/20 38/11 38/21 38/23 38/24
**mails [4]** 28/12 39/8 40/6 40/7
**maintain [1]** 29/5
**maintained [2]** 45/9 48/4
**major [1]** 40/15
**majority [2]** 48/8 58/18
**make [26]** 3/22 3/23 4/18 5/11 5/12 5/18 5/21 5/22 8/17 8/25 14/17 32/21 43/4 44/19 45/17 53/24 55/23 56/6 59/25 66/5 67/17 68/3 69/2 69/5 69/16 69/24
**makes [1]** 56/2
**making [5]** 17/17 25/20 36/21 37/19 60/22
**man [1]** 56/6
**managed [1]** 26/21
**manager [1]** 38/11
**manages [1]** 8/14

**many [9]** 20/13 20/18 20/24 31/22 32/1 32/12 32/14 37/6 55/18
**March [5]** 25/2 41/10 41/10 41/15 42/9
**March 27th [3]** 41/10 41/15 42/9
**mark [3]** 1/11 3/9 53/19
**marked [1]** 38/2
**Marshal [1]** 66/11
**mater [1]** 35/1
**Material [2]** 31/14 31/17
**math [1]** 56/8
**matter [7]** 8/4 20/15 24/2 29/23 64/3 67/11 71/16
**maximum [1]** 60/4
**may [5]** 4/4 46/4 53/6 59/11 61/25
**maybe [3]** 25/21 34/1 68/17
**MCINTYRE [17]** 1/11 3/9 8/22 10/21 14/16 19/3 21/21 27/9 27/12 33/17 39/4 39/8 52/15 53/9 54/2 54/10 62/4
**mean [12]** 14/16 21/11 30/15 39/25 40/3 40/10 40/14 58/6 60/22 62/6 62/18 62/21
**means [1]** 63/12
**meant [1]** 13/7
**mechanical [1]** 1/24
**meet [1]** 61/17
**member [2]** 55/4 59/21
**members [1]** 35/2
**mentioned [7]** 47/2 49/9 51/11 52/2 62/3 67/20 68/11
**met [4]** 54/16 63/7 63/10 65/9
**microfluidic [3]** 11/24 22/21 22/21
**microphone [2]** 25/22 41/14
**might [1]** 43/23
**million [2]** 56/5 60/2
**mind [3]** 23/11 65/15 69/7

# M

**Ministry [2]** 8/12 8/15
**minus [1]** 62/18
**minute [2]** 63/2 63/14
**minute -- well [1]** 63/2
**minutes [1]** 63/16
**Miranda [1]** 50/24
**Mirandized [1]** 32/21
**misreading [1]** 57/12
**missed [1]** 19/6
**Mississippi [1]** 32/18
**misstated [1]** 54/22
**mistakes [3]** 36/21 36/22
52/22
**misunderstood [1]** 50/10
**mitigate [1]** 56/22
**mixed [1]** 35/13
**mixture [1]** 35/15
**mixtures [1]** 30/3
**MJ [2]** 1/5 3/6
**moment [1]** 53/17
**Monday [1]** 67/12
**monetary [1]** 13/18
**money [6]** 32/4 32/5 36/7
37/7 37/10 56/10
**month [2]** 12/18 13/20
**months [3]** 12/20 25/13
25/25
**more [5]** 13/15 36/8 36/9
36/19 68/8
**mortgaged [2]** 61/15 62/23
**mortgages [2]** 56/5 58/3
**most [2]** 45/6 53/12
**mostly [1]** 47/15
**motivation [1]** 61/16
**move [1]** 20/10
**moved [1]** 57/21
**moving [1]** 25/21
**MR [8]** 1/11 1/15 18/24
21/23 27/9 39/25 44/8 57/23
**Mr. [46]** 5/3 6/11 7/1 7/7
8/22 10/21 12/24 14/16 19/3
21/21 27/12 33/17 38/20
38/23 39/3 39/4 39/8 52/15

52/19 52/21 53/9 53/11 54/2
54/10 57/7 61/22 62/4 62/20
66/16 67/2 67/6 67/16 67/19
67/19 68/2 68/11 69/8 69/14
69/23 69/23 70/1 70/6 70/11
70/19 70/21 70/23
**Mr. -- did [1]** 12/24
**Mr. Bostic [4]** 38/23 39/3
69/8 69/14
**Mr. Cheng [9]** 7/1 7/7
52/19 52/21 67/2 67/19
68/11 69/23 69/23
**Mr. Gallagher [17]** 5/3
38/20 53/11 57/7 61/22
62/20 66/16 67/6 67/16
67/19 68/2 70/1 70/6 70/11
70/19 70/21 70/23
**Mr. McIntyre [14]** 8/22
10/21 14/16 19/3 21/21
27/12 33/17 39/4 39/8 52/15
53/9 54/2 54/10 62/4
**Mr. Snow [1]** 6/11
**MS [2]** 1/12 1/19
**Ms. [1]** 66/19
**Ms. Ferko [1]** 66/19
**much [18]** 22/3 23/21 25/23
29/14 29/17 29/19 32/4 32/5
37/7 39/22 40/17 53/7 56/9
63/24 63/25 69/22 71/3 71/9
**multiple [3]** 46/11 58/10
59/13
**must [2]** 64/14 65/4
**mute [4]** 25/22 34/5 41/13
63/15
**my [14]** 23/13 38/15 39/7
40/6 40/7 57/21 65/1 65/15
66/2 66/8 68/19 70/17 70/17
71/17
**myself [1]** 34/5

# N

**name [2]** 6/9 39/7
**Nano [1]** 31/17
**Nanoplate [1]** 31/7
**Nanoplates [2]** 13/12 29/3

**NASA [63]** 6/23 7/11 7/13
9/6 11/11 12/24 12/25 13/3
13/6 13/21 13/24 14/1 14/13
15/4 16/11 16/13 16/16
16/18 16/21 16/22 17/2 17/5
17/12 17/21 20/5 22/8 22/11
22/12 24/18 24/19 28/3 28/7
28/20 28/23 28/23 28/25
29/5 29/13 29/17 29/17 30/8
30/14 30/14 32/2 32/6 32/17
35/18 35/22 35/23 36/2 36/7
36/8 36/24 37/2 37/17 37/18
37/24 37/25 50/3 50/6 50/9
50/9 54/25
**NASA/China [1]** 16/22
**National [7]** 20/25 22/8
22/10 30/8 30/15 30/15 50/4
**naturalize [1]** 47/24
**naturalized [2]** 47/22 47/25
**nature [1]** 56/23
**necessarily [1]** 62/11
**necessary [2]** 64/19 67/22
**need [10]** 19/6 27/12 34/1
43/16 43/16 54/7 60/8 63/13
66/13 67/23
**needed [2]** 58/22 67/3
**needs [2]** 4/10 67/8
**new [1]** 43/15
**news [1]** 57/23
**next [1]** 70/7
**NFC [1]** 50/9
**nine [1]** 6/19
**no [74]**
**noise [1]** 25/21
**not [84]**
**notch [1]** 24/3
**notes [1]** 23/13
**nothing [5]** 60/4 62/22 64/7
66/17 67/25
**nothing's [1]** 48/1
**notice [1]** 41/17
**notification [1]** 41/11
**notify [1]** 24/17

**N**

**notorious [1]** 59/9
**November [1]** 71/21
**now [30]** 3/5 3/25 7/17 9/20 10/11 12/5 12/24 13/24 14/21 16/10 24/5 24/23 27/5 27/15 28/5 28/20 28/22 29/21 30/18 30/24 31/20 32/19 34/16 37/3 37/23 39/11 40/23 48/22 60/3 63/13
**number [6]** 50/2 62/21 65/25 66/1 66/1 70/20
**numbers [1]** 62/22

**O**

**o0o [1]** 71/14
**object [1]** 43/13
**objection [2]** 18/25 43/18
**objectives [2]** 23/24 24/2
**Observation [1]** 30/2
**obtain [5]** 13/6 22/13 23/7 44/6 61/17
**obtaining [4]** 13/24 22/18 24/18 67/21
**obviously [17]** 4/19 5/18 58/6 60/7 64/2 64/21 65/13 65/21 65/23 66/9 67/6 67/17 67/19 68/18 69/24 70/14 71/2
**occurred [1]** 16/13
**off [4]** 19/9 55/24 63/16 71/9
**offenses [1]** 63/9
**office [6]** 21/14 32/17 47/14 57/14 68/6 68/19
**officer [4]** 16/21 20/4 27/19 27/24
**official [4]** 1/21 16/14 16/18 17/13
**OFFRD [1]** 2/13
**often [2]** 62/10 70/9
**oh [9]** 23/19 33/21 35/7 47/2 50/8 50/10 52/17 57/18

**one [18]** 7/23 9/8 28/9 29/12 30/12 31/6 31/13 31/16 31/19 36/2 36/8 49/15 57/17 59/25 60/7 61/11 66/18 70/21
**only [9]** 5/1 36/7 53/12 53/13 56/8 56/12 59/9 61/23 68/22
**open [1]** 59/9
**opinion [2]** 43/17 66/9
**Opportunities [1]** 13/11
**opportunity [1]** 53/2
**order [4]** 66/10 67/9 67/17 68/9
**orders [2]** 69/9 69/12
**original [1]** 53/22
**originally [2]** 7/16 13/16
**other [26]** 6/18 7/19 7/21 9/23 10/4 12/7 24/16 25/9 26/8 26/10 26/25 32/3 42/18 44/18 47/20 49/19 49/25 50/12 53/9 56/25 61/11 62/3 62/8 62/9 64/17 66/18
**others [1]** 11/14
**out [17]** 5/20 10/15 16/22 18/12 18/20 21/18 30/1 37/24 38/17 52/22 65/25 67/7 67/8 67/18 67/20 70/7 70/20
**outside [10]** 26/10 44/21 48/5 58/12 58/17 58/24 62/14 65/23 67/4 67/5
**over [16]** 35/9 38/8 40/18 45/21 46/1 46/4 46/21 48/5 48/15 51/20 54/6 56/15 60/1 69/14 70/9 71/5
**overrule [1]** 43/18
**owned [2]** 58/7 61/19
**owner [2]** 12/2 12/4
**ownership [3]** 23/3 43/24 43/24
**owns [5]** 48/24 56/3 61/6 61/10 61/12

**p.m [4]** 1/6 63/19 63/19 71/13
**PAGE [1]** 2/3
**paid [3]** 23/16 23/18 23/21
**pandemic [2]** 4/21 70/8
**paper [1]** 30/6
**papers [10]** 20/13 20/18 20/24 22/7 49/9 49/11 49/12 49/14 49/21 50/16
**part [8]** 16/4 16/4 18/6 19/24 20/4 25/14 30/18 40/17
**participant [3]** 9/20 9/23 55/4
**participants [1]** 36/2
**participate [3]** 5/1 9/7 12/25
**participated [2]** 27/2 55/3
**participating [2]** 14/5 27/25
**participation [3]** 10/11 11/12 33/11
**particular [5]** 7/4 24/23 31/12 66/21 67/15
**parties [3]** 1/10 4/19 62/16
**partnerships [1]** 16/3
**pass [2]** 44/7 68/15
**passport [4]** 44/15 44/18 59/6 59/9
**past [3]** 38/8 40/18 48/5
**patent [4]** 22/17 22/18 22/20 22/23
**patents [2]** 22/13 22/14
**patience [2]** 64/1 71/8
**paying [1]** 56/10
**payments [1]** 69/8
**peers [1]** 66/7
**pending [4]** 57/4 64/3 64/11 66/11
**people [10]** 19/19 19/19 19/19 21/11 22/1 33/19 62/13 67/4 68/20 71/2
**People's [2]** 8/12 8/15
**per [1]** 12/18

**percent [3]** 40/21 48/7 56/14
**percentage [1]** 40/18
**Perfect [1]** 8/21
**performance [1]** 13/13
**period [26]** 7/10 7/11 7/17 7/18 8/2 10/8 11/9 11/10 11/13 12/5 12/6 12/18 12/19 12/21 13/2 13/13 13/20 15/6 20/10 20/13 20/18 22/6 22/12 23/22 51/22 56/15
**period -- well [1]** 7/10
**permanently [1]** 34/24
**permission [1]** 18/9
**person [6]** 36/3 42/19 59/19 59/21 64/17 65/20
**personally [1]** 32/5
**persons [1]** 64/22
**petition [4]** 41/7 41/9 41/10 42/14
**petitioner [1]** 41/3
**PHILIP [3]** 1/15 3/13 69/17
**phone [1]** 10/19
**physical [1]** 22/2
**picture [1]** 14/24
**place [1]** 64/7
**places [3]** 7/23 14/1 59/13
**plainly [1]** 58/25
**PLAINTIFF [1]** 1/11
**Plan [1]** 34/17
**planning [1]** 40/14
**platelet [1]** 30/3
**platelet-sphere [1]** 30/3
**please [12]** 3/7 3/21 4/5 5/24 6/5 6/9 8/22 15/14 15/19 15/22 21/20 41/14
**point [12]** 35/21 37/13 38/1 38/17 51/4 52/22 53/13 58/23 59/25 62/2 67/18 68/6
**Police [1]** 6/20
**position [6]** 12/11 24/24 26/11 26/14 33/8 59/3
**positions [5]** 8/1 9/8 18/7

**possession [1]** 51/8
**possessor [1]** 7/2
**possibility [2]** 55/24 69/4
**possible [5]** 4/1 17/15 35/20 70/12 70/17
**possibly [1]** 8/3
**post [1]** 55/16
**post-arrest [1]** 55/16
**PowerPoint [4]** 30/19 30/24 31/4 31/23
**precluded [1]** 71/18
**preference [1]** 52/10
**PRELIMINARY [2]** 1/8 2/2
**prepare [1]** 47/4
**prepared [1]** 30/20
**preparing [1]** 28/17
**preponderance [7]** 43/4 54/16 56/19 57/9 65/3 65/4 65/10
**presence [2]** 65/6 65/12
**present [3]** 8/8 47/16 68/13
**presentation [3]** 31/4 31/20 31/23
**presented [10]** 31/4 41/22 42/14 42/15 42/16 43/14 54/21 61/1 62/2 63/6
**presumption [2]** 64/7 64/9
**pretrial [15]** 53/13 53/19 53/21 56/2 56/4 56/6 57/12 57/13 57/14 58/2 58/8 60/16 62/5 62/22 64/12
**prevent [2]** 18/10 56/22
**previously [5]** 13/13 15/3 16/23 29/10 34/14
**principal [2]** 13/7 16/5
**principles [1]** 64/5
**prior [4]** 6/17 37/19 37/20 64/14
**privately [1]** 53/3
**privilege [1]** 70/2
**probable [6]** 4/13 5/8 63/3 63/4 63/8 63/10

**probably [2]** 39/24 70/21
**problem [4]** 3/20 3/22 5/17 8/24
**proceed [10]** 4/19 5/2 5/7 5/23 6/5 8/22 14/25 19/6 21/20 22/4
**proceeding [2]** 3/3 4/20
**proceedings [9]** 1/24 3/1 3/24 4/23 5/1 5/2 60/18 71/13 71/16
**proceeds [1]** 63/12
**process [1]** 13/2
**procurement [3]** 16/13 16/18 17/12
**produced [2]** 1/25 62/7
**professionalism [1]** 71/8
**professor [15]** 7/5 8/6 8/8 9/9 12/13 12/14 12/22 24/25 30/20 31/21 33/4 33/7 35/25 55/1 62/13
**professorship [2]** 25/1 33/5
**proffers [1]** 53/11
**program [13]** 9/9 9/21 9/25 10/5 10/6 10/9 10/23 11/6 24/16 27/3 33/12 35/10 55/8
**programs [13]** 9/7 9/11 9/12 9/15 9/24 10/4 10/12 11/12 25/10 55/5 55/7 56/24 61/5
**progress [2]** 29/1 29/5
**prohibition [1]** 14/5
**prohibitions [1]** 28/21
**project [2]** 36/24 37/17
**proof [1]** 54/15
**properly [1]** 70/3
**properties [3]** 58/4 58/10 62/21
**property [3]** 9/14 9/18 48/24
**proposal [13]** 14/10 14/13 15/4 15/10 15/24 16/2 16/4 16/6 16/11 16/14 16/16 17/1 17/4
**prosecution [1]** 62/11

**P**

**prove [1]** 59/11
**provide [3]** 39/16 57/17 64/19
**provided [3]** 38/18 53/21 67/17
**province [1]** 8/6
**Provincial [1]** 20/15
**public [10]** 1/16 66/20 67/1 67/10 67/14 68/10 68/19 68/23 69/9 69/18
**publication [2]** 29/25 30/10
**publications [8]** 20/11 20/22 22/10 26/25 35/16 49/17 50/2 59/14
**publicly [2]** 57/16 58/2
**publish [3]** 28/17 28/17 29/22
**published [4]** 49/14 49/18 49/25 50/12
**pulled [1]** 24/21
**purchase [3]** 37/12 51/23 61/14
**purchased [1]** 52/3
**purpose [2]** 11/20 64/10
**pursuant [2]** 23/16 32/2
**put [6]** 30/1 34/5 34/12 34/13 63/15 67/17

**Q**

**Qatar [8]** 37/16 45/2 45/4 45/4 48/12 53/16 54/18 65/18
**question [20]** 10/16 10/20 10/24 10/25 15/17 15/18 15/20 15/22 15/24 18/19 19/7 26/7 26/9 26/18 26/20 28/14 43/19 50/11 62/4 66/20
**questions [7]** 3/20 24/11 26/4 49/8 51/4 52/13 52/16
**quickly [1]** 70/11

**R**

**radar [1]** 59/5
**raise [5]** 3/23 5/17 6/2 42/22 66/19
**raised [4]** 28/14 52/19 66/19 69/23
**raising [1]** 65/20
**rather [2]** 64/9 64/23
**reach [5]** 67/7 67/8 67/20 70/6 70/20
**reaching [1]** 65/1
**read [5]** 19/5 20/5 26/7 47/6 47/20
**Reading [1]** 26/9
**ready [7]** 5/7 5/10 54/9 54/11 54/12 54/13 63/20
**real [2]** 56/5 56/9
**really [2]** 39/10 39/23
**reason [12]** 14/24 37/10 44/4 49/18 49/24 56/15 57/2 57/2 60/11 61/9 65/17 68/23
**reasonable [3]** 21/3 56/21 64/20
**reasonably [4]** 64/16 64/17 65/6 65/11
**reasons [3]** 41/18 41/24 70/21
**rebuttal [1]** 60/21
**recall [1]** 23/17
**receive [4]** 28/16 32/5 42/4 44/3
**received [12]** 12/16 35/6 35/7 39/8 41/10 41/15 44/2 46/7 46/18 53/14 60/3 62/7
**receiving [1]** 62/9
**recently [1]** 45/6
**Recess [1]** 63/19
**recipient [1]** 55/20
**recommended [1]** 60/16
**record [11]** 3/5 6/9 53/18 61/1 62/17 63/16 63/25 64/4 67/18 71/9 71/16
**recorded [1]** 1/24
**recording [1]** 66/23

**recruit [1]** 9/13 24/3
**REDMON [1]** 1/19
**Refer [1]** 23/13
**Reform [1]** 64/12
**regard [1]** 26/13
**regarding [26]** 6/23 16/12 17/2 17/9 19/1 20/5 24/3 26/2 26/13 27/11 27/24 28/3 28/5 28/23 29/14 30/4 30/24 31/15 31/18 35/9 41/6 41/7 43/17 47/3 57/11 57/15
**regardless [1]** 48/18
**regards [2]** 22/17 27/5
**reimburse [2]** 67/10 68/6
**reimburse -- well [1]** 68/6
**reimbursement [1]** 68/9
**relate [1]** 18/6
**related [2]** 13/25 22/21
**relates [2]** 16/1 41/3
**relation [4]** 12/24 29/21 48/2 59/10
**relationship [4]** 41/20 42/3 54/22 65/14
**relationships [1]** 56/24
**relative [1]** 42/15
**relayed [1]** 24/19
**released [2]** 43/8 64/14
**relevant [1]** 62/11
**reluctant [1]** 67/13
**remanded [1]** 66/10
**remember [6]** 15/20 57/14 58/5 65/3 69/12 69/25
**reminded [1]** 62/4
**renminbi [1]** 12/17
**repeat [4]** 15/14 15/17 15/22 19/24
**replied [1]** 17/5
**report [14]** 29/1 29/3 29/22 53/13 53/20 53/21 53/22 56/2 56/4 56/6 57/12 57/14 58/8 62/22
**reporter [17]** 1/20 1/21 8/17 9/1 9/2 10/21 18/16 18/18 19/6 19/12 19/21 21/5

**R**

**reporter...** [5] 33/22 33/23 63/22 71/4 71/22
**reporter's** [2] 27/13 34/4
**reporting** [1] 18/6
**represent** [1] 66/21
**representation** [3] 67/15 68/21 68/21
**representing** [1] 68/20
**Republic** [2] 8/12 8/15
**request** [7] 18/9 26/3 28/1 34/5 64/2 64/4 68/10
**require** [2] 67/9 68/5
**required** [5] 24/5 26/1 29/1 65/6 65/12
**requirement** [2] 18/4 19/2
**requires** [1] 64/18
**research** [50] 12/25 13/5 13/11 17/14 17/21 17/21 18/7 20/2 20/6 20/13 20/18 20/24 22/7 24/10 26/20 28/6 28/7 28/11 28/13 28/15 28/17 29/6 29/9 29/17 29/20 30/5 30/6 31/4 31/8 31/12 31/15 31/18 31/22 31/24 35/13 35/16 35/18 35/19 36/3 36/24 37/1 37/25 44/3 49/8 49/12 50/16 55/20 56/13 59/14 62/8
**researcher** [13] 13/8 28/9 28/11 28/16 28/18 28/20 29/7 29/16 30/13 31/6 31/13 31/16 31/19
**researchers** [9] 28/10 29/13 30/13 31/6 31/10 31/23 32/1 32/3 62/10
**resources** [1] 58/6
**respect** [2] 66/3 66/14
**response** [2] 17/8 21/8
**responses** [1] 26/5
**restate** [1] 19/1
**restating** [1] 43/14
**restricted** [1] 28/3
**restrictions** [11] 13/24 14/1

17/24 17/25 20/6 27/6 43/23
**restrictive** [1] 64/19
**result** [3] 22/14 42/2 63/9
**resulted** [1] 24/18
**results** [6] 28/10 29/6 29/9 30/22 31/22 31/24
**retention** [1] 67/22
**return** [3] 52/7 53/15 70/18
**returning** [2] 44/24 45/2
**reviewed** [3] 40/25 49/17 64/25
**revisit** [2] 68/18 68/18
**revocation** [1] 48/14
**revoke** [1] 41/16
**revoked** [1] 41/24
**right** [52] 3/25 4/25 6/2 16/24 19/15 28/20 39/11 44/12 44/13 44/17 45/14 45/16 45/17 45/19 45/21 46/7 46/8 46/10 46/16 46/21 46/21 46/23 46/24 47/4 47/6 47/10 47/19 47/22 47/22 48/1 48/6 48/9 48/11 48/12 48/16 48/19 48/25 49/4 49/6 49/12 49/14 50/3 50/6 50/17 50/19 50/22 51/13 51/16 52/4 52/8 62/18 63/3
**rights** [4] 22/23 22/25 23/1 50/24
**risk** [9] 43/5 43/8 54/15 56/21 56/22 57/10 59/24 61/21 64/24
**River** [1] 9/25
**RMR** [1] 1/20
**role** [2] 13/5 26/14
**room** [2] 22/2 22/2
**routinely** [1] 62/13
**ruling** [1] 68/4
**runs** [1] 8/14
**Rusk** [1] 1/21
**résumé** [2] 16/6 16/7

**S**

**safe** [2] 4/22 70/25

**safety** [2] 64/17 64/22
**said** [19] 4/9 16/2 30/14 34/15 34/19 34/24 36/7 36/18 37/2 42/11 45/19 47/19 48/4 49/10 49/10 50/22 50/24 51/15 70/13
**salary** [3] 35/9 61/14 62/5
**same** [6] 4/8 11/13 12/5 29/9 49/24 50/11
**sauce** [1] 40/3
**say** [19] 3/16 3/18 15/10 15/24 33/11 33/15 34/17 34/22 35/4 35/7 35/20 36/6 36/10 39/25 52/21 57/24 61/23 69/11 69/25
**says** [2] 21/14 21/15
**scholar** [4] 27/11 27/25 28/1 55/4
**Science** [18] 10/6 11/7 12/10 12/11 12/15 12/22 21/1 22/8 22/11 30/8 30/15 30/16 33/6 33/16 34/10 35/1 35/2 50/4
**scientific** [2] 28/11 50/16
**scope** [1] 60/10
**screen** [1] 57/21
**sec** [1] 34/1
**second** [3] 53/20 57/18 64/12
**secret** [1] 59/15
**sections** [1] 30/24
**see** [16] 3/14 5/21 9/1 10/23 14/20 14/21 21/14 21/17 34/4 35/20 38/14 38/15 40/8 62/21 71/6 71/6
**seek** [3] 18/8 34/25 58/22
**seeking** [3] 13/6 64/22 64/23
**seem** [1] 60/10
**seen** [1] 49/16
**send** [4] 39/11 39/14 40/2 69/7
**sense** [1] 69/5
**sent** [8] 14/13 16/19 32/14

**sent... [5]** 32/15 32/16 39/5 40/23 55/24
**sentence [2]** 60/5 60/9
**separate [1]** 36/14
**September [14]** 7/13 7/14 8/5 8/8 13/15 17/20 17/23 18/3 18/12 18/20 19/9 19/15 19/25 23/19
**September 13th [1]** 7/13
**September 19th [2]** 17/20 17/23
**September 1st [1]** 13/15
**September 2011 [1]** 23/19
**September 2012 [1]** 8/5
**September 30th [6]** 18/3 18/12 18/20 19/9 19/15 19/25
**series [1]** 28/12
**serious [1]** 37/18
**seriously [1]** 64/14
**service [1]** 68/20
**services [7]** 41/1 41/16 42/5 56/2 56/4 56/6 60/16
**seven [8]** 45/21 46/5 46/21 49/3 56/3 60/1 61/10 61/14
**several [3]** 48/5 52/4 64/5
**shape [1]** 64/8
**share [2]** 20/6 43/7
**she [4]** 3/21 19/9 48/21 53/15
**she's [1]** 48/17
**Sheldon [4]** 66/24 66/24 67/11 67/21
**short [3]** 6/16 57/17 59/17
**shorter [2]** 51/21 51/23
**should [12]** 3/15 3/17 4/1 28/16 28/18 47/2 58/24 62/3 64/11 69/8 70/3 70/22
**show [5]** 29/5 43/5 58/9 63/7 65/4
**shown [4]** 44/2 57/9 59/24 65/9
**shows [1]** 43/7

31/14 32/10 34/5 34/18 40/25 42/5 58/9 59/12
**sign [2]** 16/21 16/21
**signal [1]** 18/16
**Signature [1]** 71/22
**signed [2]** 17/5 17/6
**significant [8]** 9/15 58/12 58/13 58/15 59/18 59/23 61/10 65/22
**simply [4]** 56/15 59/24 61/8 70/9
**simultaneously [1]** 3/16
**since [6]** 7/3 45/10 48/8 48/22 54/24 58/16
**sir [5]** 3/24 6/3 17/18 39/1 52/21
**sister [1]** 55/14
**situation [1]** 67/13
**six [4]** 15/8 37/8 49/2 51/15
**size [1]** 45/18
**skill [1]** 71/17
**sleep [2]** 57/22 58/1
**slightly [1]** 46/1
**Snow [6]** 6/1 6/2 6/6 6/10 6/11 53/6
**society [1]** 4/21
**soft [4]** 8/4 20/15 24/2 29/23
**some [18]** 14/24 23/24 26/4 28/10 33/19 37/13 53/16 58/6 62/7 66/3 66/4 67/2 67/3 67/4 68/6 68/12 68/12 70/17
**someone [7]** 19/11 25/20 60/24 60/24 62/12 66/5 68/21
**someone's [1]** 25/20
**something [7]** 3/17 3/18 21/22 52/21 59/15 69/24 70/13
**sometimes [2]** 10/22 60/9
**son [16]** 41/9 42/4 42/8 42/11 42/14 42/16 44/6

55/12 61/25 65/20 66/3 66/4
**soon [1]** 3/16
**sorry [27]** 10/15 14/16 14/22 15/14 15/15 21/21 21/21 25/19 27/8 27/14 33/18 34/1 37/16 39/2 41/12 45/13 45/23 45/25 46/13 52/17 52/25 53/1 57/18 57/20 57/25 59/25 69/6
**sort [2]** 38/7 42/4
**sound [1]** 70/25
**sources [3]** 68/12 68/15 69/3
**SOUTHERN [10]** 1/1 10/1 10/2 12/10 12/11 12/15 12/22 33/6 33/15 34/10
**speak [5]** 8/23 27/8 27/12 51/1 53/3
**speakers [1]** 46/11
**speaking [3]** 21/25 25/20 39/13
**special [7]** 6/1 6/14 6/15 6/17 8/7 9/9 33/4
**specific [4]** 13/15 30/8 69/13 69/13
**specifically [6]** 7/21 15/11 15/25 22/11 24/11 28/2
**specify [1]** 21/19
**speculating [1]** 52/7
**speech [1]** 4/8
**spelled [1]** 39/7
**spend [1]** 60/7
**spending [2]** 48/17 56/10
**spent [9]** 6/19 40/21 40/22 48/4 48/8 49/4 56/14 58/17 58/17
**sphere [1]** 30/3
**spheres [1]** 35/12
**spoke [1]** 44/12
**spoken [1]** 71/19
**spread [1]** 45/21
**spreadsheet [4]** 35/9 38/3 38/9 38/10

# S

**standard [5]** 54/15 56/19 63/10 65/3 65/4
**stands [1]** 66/7
**start [2]** 13/2 57/10
**started [3]** 6/25 33/13 47/2
**started -- you [1]** 47/2
**starting [1]** 3/8
**state [4]** 6/9 34/9 36/16 37/20
**stated [7]** 9/20 13/13 15/3 28/19 36/14 38/1 55/16
**statement [2]** 34/11 34/12
**statements [8]** 6/23 24/6 24/8 24/9 32/22 37/19 60/23 61/2
**STATES [31]** 1/1 1/4 1/12 3/6 3/10 37/4 44/15 48/9 49/5 53/15 54/20 55/12 55/14 55/19 55/22 56/16 57/1 58/14 58/16 59/6 59/6 59/7 60/13 61/8 61/16 61/25 62/10 65/19 65/21 65/23 66/11
**stating [1]** 25/4
**station [7]** 32/17 45/6 48/24 52/4 59/18 59/18 61/10
**status [1]** 57/11
**statutory [1]** 60/4
**stay [5]** 56/16 57/3 61/9 65/18 65/22
**stenography [1]** 1/24
**step [2]** 53/6 64/13
**STEPHEN [1]** 1/11
**steps [1]** 70/7
**still [8]** 12/2 12/4 14/18 21/24 36/13 40/5 40/7 55/11
**stop [4]** 3/22 3/24 37/20 51/4
**storm [1]** 71/1
**strongly [2]** 61/4 61/20
**structures [1]** 22/22
**student [2]** 35/22 36/8
**students [4]** 17/14 17/15

**study [1]** 43/22
**subaward [1]** 26/21
**submission [1]** 13/22
**submit [2]** 19/16 25/3
**submitted [9]** 13/21 14/10 15/7 15/8 18/14 19/25 25/1 41/18 44/5
**subsection [1]** 31/3
**subsections [1]** 30/25
**subset [3]** 31/7 31/11 31/17
**substance [1]** 16/15
**substantial [2]** 58/10 61/12
**such [1]** 68/22
**sufficient [1]** 60/17
**Suite [3]** 1/13 1/16 1/21
**summarize [2]** 19/1 40/1
**Sunday [1]** 50/21
**support [8]** 20/25 22/7 22/10 30/7 30/14 50/3 50/4 59/13
**supported [3]** 30/4 36/8 58/8
**supporting [1]** 56/4
**sure [29]** 3/22 3/23 4/3 4/18 5/11 5/12 5/18 5/21 5/22 8/17 9/1 14/18 23/14 39/18 45/17 47/6 49/15 51/2 51/19 53/24 55/10 66/5 67/17 68/3 68/15 68/16 69/2 69/16 69/24
**Surfactants [1]** 31/7
**SUS [1]** 33/5
**suspect [1]** 39/7
**suspicious [1]** 62/14
**sworn [2]** 6/4 6/6

# T

**T-I-A-N-L-U [2]** 39/18 39/19
**take [8]** 16/10 17/20 18/2 25/12 62/13 63/1 63/14 64/13
**taken [1]** 63/19
**takes [1]** 64/7

**talent [23]** 8/8 9/7 9/11 9/12 9/14 9/20 9/23 9/25 10/4 10/11 11/12 24/3 24/16 25/9 27/3 33/12 33/13 34/17 34/19 55/5 55/6 56/24 61/5
**talented [2]** 9/16 59/19
**Talents [8]** 9/9 10/5 10/9 10/23 11/6 35/10 55/4 55/8
**talk [6]** 20/11 35/12 36/2 37/13 70/5 70/22
**talked [5]** 25/8 49/21 52/6 56/24 70/1
**talking [9]** 22/1 25/22 29/9 34/6 38/19 41/13 44/12 51/21 60/11
**taxes [1]** 56/10
**team [5]** 13/5 17/21 17/21 28/6 29/17
**Tech [1]** 33/5
**technology [56]** 8/5 8/9 8/11 8/14 9/5 9/14 9/17 9/18 10/1 10/2 10/6 10/12 11/7 11/12 11/15 11/18 11/21 11/23 12/8 12/10 12/12 12/15 12/22 20/7 20/20 22/15 23/2 23/8 23/22 24/4 25/9 28/7 28/9 28/15 29/7 30/6 30/21 30/25 31/5 31/21 33/3 33/9 33/12 35/1 35/18 35/24 35/25 36/4 36/11 36/12 36/14 36/24 43/10 44/1 55/3
**tell [15]** 6/25 7/10 8/1 9/10 16/15 19/9 23/10 29/25 38/7 40/10 40/10 40/17 41/6 49/10 62/17
**tells [1]** 62/23
**term [3]** 23/10 23/12 23/14
**terminated [1]** 68/4
**terms [1]** 66/23
**terrible [1]** 71/2
**testified [3]** 6/6 46/17 46/18
**testify [1]** 53/1
**testimony [6]** 64/1 64/25

**testimony... [4]** 65/8 65/12 65/19 66/2

**TEXAS [64]** 1/1 1/13 1/17 1/22 7/2 7/4 7/18 9/6 10/14 10/17 11/10 12/6 12/25 15/8 16/11 16/14 16/16 17/1 17/6 18/3 18/9 18/13 18/21 19/16 20/1 20/3 20/20 24/24 25/2 26/2 26/5 26/21 26/25 27/19 28/10 28/13 28/18 30/13 31/10 31/13 31/16 31/19 31/22 32/1 32/16 34/10 34/14 35/13 35/22 36/17 37/15 45/4 45/7 45/10 46/15 52/11 54/25 55/1 55/10 58/11 58/18 58/25 59/2 59/20

**than [6]** 26/25 49/19 49/25 50/13 60/2 60/3

**thank [27]** 14/23 19/23 22/3 25/23 33/21 39/22 41/14 44/9 45/13 50/10 53/5 53/7 57/5 57/6 61/21 63/17 63/18 63/24 63/25 69/19 69/21 69/22 71/3 71/9 71/10 71/11 71/12

**that [350]**

**that -- well [1]** 52/2

**that's [22]** 4/10 4/11 10/22 16/24 19/21 21/17 43/14 45/14 46/5 46/21 48/1 48/7 56/4 60/3 60/11 62/11 62/19 63/11 67/17 67/23 69/1 70/21

**their [6]** 25/22 29/5 41/14 48/17 60/24 60/25

**them [7]** 19/5 24/18 24/20 42/22 49/18 61/13 68/13

**then [16]** 3/18 13/16 16/25 19/4 21/15 28/1 30/25 38/19 39/19 40/1 49/21 50/7 53/20 63/3 68/22 69/13

**there's [23]** 5/19 8/24 40/3

43/16 48/1 53/16 56/21 57/2 58/11 58/19 58/22 59/8 61/8 61/24 62/6 62/8 62/21 62/22 63/2

**Thereafter [1]** 20/3

**therefore [2]** 4/22 34/5

**these [14]** 4/22 9/11 24/6 36/16 37/19 49/4 49/14 49/16 50/15 56/24 58/7 60/9 61/4 61/5

**they [35]** 9/18 17/15 17/23 17/23 18/5 18/6 18/10 22/15 23/9 24/9 24/14 24/17 24/20 24/21 24/21 29/14 29/19 29/19 30/6 30/9 30/11 32/14 35/6 41/24 41/24 41/24 42/22 51/25 57/16 57/16 59/11 64/24 65/9 70/16 70/18

**they're [4]** 18/8 48/17 48/18 62/23

**thing [6]** 39/18 49/24 53/12 62/3 66/18 69/7

**things [6]** 25/21 36/17 56/17 58/7 63/2 63/14

**think [29]** 4/13 18/22 19/3 19/5 19/8 19/8 25/20 37/18 42/12 45/10 48/4 49/3 50/2 50/15 51/2 51/12 51/15 56/20 57/12 57/21 59/2 60/16 61/1 61/24 62/1 62/16 65/15 67/16 68/6

**third [1]** 48/5

**this [72]**

**those [40]** 16/15 18/8 19/5 20/22 22/23 22/24 22/25 23/1 24/8 24/11 27/23 32/1 32/20 40/22 41/24 44/15 44/19 49/8 49/17 49/25 50/7 50/11 50/12 51/18 51/24 53/25 56/17 57/15 58/4 58/5 58/20 60/16 61/14 62/10 67/3 67/20 68/15 68/20

**though [1]** 24/11

**thought [4]** 17/14 22/1 42/11 46/18

**Thousand [6]** 10/5 10/9 10/23 11/6 34/17 55/8

**three [1]** 12/20

**through [7]** 5/20 7/14 12/23 23/19 26/4 32/10 32/24

**throughout [1]** 49/4

**TIANLU [2]** 1/19 39/20

**tianluChinese.com [1]** 39/20

**ties [8]** 55/18 55/19 58/10 58/15 58/20 59/23 61/5 62/12

**till [1]** 13/15

**time [53]** 3/18 4/8 7/10 7/11 7/17 7/18 8/2 9/6 10/8 10/13 11/5 11/9 11/10 11/13 12/5 12/6 12/18 12/19 12/21 13/2 13/20 15/6 19/20 20/10 20/13 20/18 22/6 22/12 23/22 24/22 24/25 35/21 40/18 45/10 47/14 48/5 48/8 48/17 51/10 51/18 51/19 51/21 51/23 53/4 56/14 56/15 57/18 58/17 58/18 60/8 64/1 67/1 68/13

**times [2]** 64/6 65/25

**title [4]** 6/13 13/10 13/11 29/25

**titled [1]** 16/19

**TMAU [1]** 31/6

**today [9]** 4/13 39/1 39/9 47/4 47/19 63/6 64/2 65/8 67/24

**today's [2]** 5/1 5/1

**together [1]** 4/20

**told [1]** 36/18

**tomorrow [1]** 69/7

**too [3]** 8/23 38/6 39/5

**took [3]** 40/20 44/21 70/16

**top [1]** 24/3

**T**

**top-notch [1]** 24/3
**total [9]** 13/19 31/25 45/19 46/7 46/14 51/15 56/4 60/1 60/2
**totally [1]** 54/3
**towards [1]** 37/23
**tracked [1]** 16/24
**transcript [3]** 1/24 66/23 71/15
**transfer [1]** 9/18
**transferred [3]** 22/25 22/25 23/1
**transfers [2]** 37/3 51/24
**translating [1]** 3/15
**translation [2]** 3/17 4/7
**translator [2]** 3/18 4/7
**translator's [1]** 4/9
**transmissions [1]** 32/9
**travel [9]** 38/3 38/7 40/11 40/17 44/22 53/17 55/13 59/5 59/9
**treating [1]** 48/17
**treaty [1]** 55/22
**trial [8]** 57/5 59/11 64/3 64/11 64/15 66/7 66/7 66/11
**tried [2]** 36/14 66/3
**trip [1]** 44/21
**trips [3]** 40/21 44/13 44/19
**trouble [1]** 27/13
**true [1]** 65/18
**trust [1]** 60/24
**truth [1]** 70/23
**try [4]** 38/15 44/5 58/21 70/6
**trying [6]** 4/22 4/22 21/18 21/18 53/15 58/20
**turn [1]** 63/13
**two [16]** 22/10 22/14 25/13 30/12 30/13 31/6 34/19 34/19 34/20 37/19 50/7 51/3 53/19 55/2 55/5 63/2
**tying [1]** 58/13
**type [1]** 60/9

**U**

**U.S [6]** 12/17 21/14 23/23 40/25 41/19 44/5
**U.S. [1]** 29/17
**U.S.-based [1]** 29/17
**ultimate [2]** 63/11 68/25
**ultimately [1]** 22/24
**unclear [1]** 51/11
**uncooperative [1]** 51/6
**under [5]** 14/9 26/21 56/19 64/12 64/14
**understand [5]** 4/3 10/21 42/10 54/3 71/2
**understanding [3]** 11/21 43/3 71/19
**Unfortunately [1]** 70/8
**UNITED [31]** 1/1 1/4 1/12 3/6 3/10 37/4 44/15 48/9 49/5 53/15 54/20 55/12 55/14 55/19 55/22 56/16 57/1 58/14 58/16 59/6 59/6 59/7 60/13 61/8 61/16 61/25 62/10 65/19 65/21 65/23 66/11
**United States [27]** 3/6 3/10 37/4 44/15 48/9 49/5 53/15 54/20 55/12 55/14 55/19 55/22 56/16 57/1 58/14 58/16 59/6 59/6 59/7 61/8 61/16 61/25 62/10 65/19 65/21 65/23 66/11
**universities [10]** 12/7 14/7 14/8 16/9 20/23 34/21 55/2 61/5 61/18 65/14
**universities' [1]** 35/16
**university [77]**
**unless [2]** 38/20 64/15
**until [2]** 45/9 48/11
**unusual [1]** 67/12
**unwilling [1]** 59/20
**up [13]** 16/25 18/23 22/24 25/12 25/16 25/17 27/8 27/12 42/17 45/9 56/8 68/25 70/24

**used [2]** 37/1 44/18
**using [3]** 36/23 40/14 44/15

**V**

**valid [1]** 48/1
**value [2]** 46/1 46/23
**values [1]** 57/15
**various [1]** 55/2
**versus [1]** 3/6
**very [14]** 22/3 53/7 56/20 60/10 63/24 63/25 64/13 66/24 67/11 67/12 67/13 69/22 71/3 71/9
**via [2]** 1/10 3/3
**video [15]** 1/10 3/3 3/15 4/19 4/23 5/2 9/2 18/16 19/10 19/17 21/3 21/9 41/17 54/4 63/15
**videotaped [2]** 32/22 32/25
**view [2]** 19/2 68/19
**violating [1]** 70/14
**visa [1]** 44/6
**visit [2]** 37/16 40/19
**visiting [6]** 12/21 26/15 27/11 27/25 28/1 33/7
**vitae [2]** 25/4 25/5
**voicemail [1]** 53/14

**W**

**W/DRAW [1]** 2/13
**wage [1]** 35/9
**wait [1]** 34/1
**waive [1]** 4/25
**waived [1]** 50/24
**want [20]** 4/18 5/18 8/16 14/17 18/23 20/11 21/22 33/20 40/13 45/17 49/8 57/8 57/10 59/25 63/13 68/3 69/16 69/24 69/25 70/2
**wanted [13]** 5/11 5/12 8/25 17/14 17/15 37/14 37/15 37/20 61/23 66/18 67/14 67/18 69/2
**wants [6]** 19/1 19/8 37/15

**wants...** **[3]** 58/25 60/7 66/5

**watching** **[1]** 5/18

**waving** **[1]** 21/24

**way** **[8]** 5/16 14/4 25/12 56/21 56/21 58/22 61/11 64/8

**ways** **[1]** 62/14

**we** **[44]** 3/5 3/15 3/24 4/12 4/17 4/19 5/4 5/7 5/19 5/20 6/25 8/16 8/17 8/17 9/1 12/4 14/18 19/12 19/18 19/19 21/11 27/12 33/19 34/1 44/16 50/22 54/9 54/16 56/20 56/22 56/24 57/4 57/23 60/25 61/4 61/20 63/2 63/3 63/20 63/25 66/13 67/23 70/1 71/6

**We'd** **[1]** 60/15

**we'll** **[2]** 5/22 54/1

**we're** **[12]** 4/13 4/21 12/5 34/7 38/19 53/1 54/3 60/11 63/16 64/2 68/4 71/9

**we've** **[5]** 16/23 25/8 33/20 51/21 61/1

**week** **[3]** 66/22 67/21 68/11

**Wei** **[9]** 11/15 11/18 11/21 23/2 25/9 33/8 35/5 36/12 43/25

**weighs** **[1]** 66/2

**weight** **[1]** 43/17

**well** **[19]** 4/12 5/23 7/10 10/22 11/4 21/17 38/19 39/14 40/9 40/14 51/23 52/2 61/11 63/2 63/12 64/18 66/2 68/6 71/4

**went** **[11]** 7/14 30/5 31/8 34/22 34/24 48/12 54/6 57/22 57/25 66/22 66/24

**were** **[45]** 9/12 9/16 9/18 11/1 13/24 16/3 19/5 21/3 22/1 22/6 22/6 22/8 22/15 23/1 23/6 23/9 23/24 24/2 24/11 26/5 28/5 29/4 29/9

30/12 30/24 30/25 31/23 32/1 32/9 32/14 32/14 35/15 42/25 43/11 44/15 47/16 49/11 49/18 49/25 50/2 50/12 55/23 59/12 63/2 67/2

**what's** **[3]** 21/10 39/25 51/18

**whatever** **[4]** 40/12 40/12 67/7 69/3

**whatsoever** **[1]** 55/12

**whenever** **[1]** 54/11

**whether** **[19]** 19/4 26/13 26/20 26/24 27/2 28/14 28/16 33/15 34/9 35/6 35/12 35/17 36/3 36/24 37/24 43/4 51/20 62/9 64/10

**which** **[30]** 4/21 10/5 11/24 12/17 13/7 22/23 23/3 24/18 25/13 29/1 31/21 32/17 35/1 38/2 38/3 41/3 42/22 54/16 55/5 55/5 56/23 58/25 61/16 62/4 63/9 64/16 65/23 67/16 70/6 71/1

**while** **[4]** 28/17 54/25 55/1 58/21

**who** **[25]** 3/15 8/9 8/14 21/7 21/18 22/18 22/24 28/18 30/4 30/6 31/3 31/8 31/11 31/14 31/17 42/19 48/17 55/12 56/6 59/19 59/22 66/6 67/20 68/20 71/6

**who's** **[1]** 25/22

**whoever** **[2]** 68/14 68/25

**whoever's** **[1]** 41/13

**whole** **[2]** 55/15 60/22

**whom** **[1]** 69/8

**whose** **[1]** 68/16

**why** **[4]** 14/20 36/16 37/10 60/11

**wife** **[12]** 43/11 48/11 48/13 52/3 53/14 54/17 55/14 61/6 61/24 62/1 65/18 65/22

**wife's** **[4]** 37/3 37/11 51/12 51/24

**will** **[28]** 3/18 3/21 3/23 5/21 18/25 43/3 53/3 53/13 55/10 55/11 59/15 60/17 61/17 63/16 64/16 65/6 68/17 69/7 70/6 70/6 70/11 70/18

**William** **[1]** 69/8

**wire** **[5]** 32/9 32/14 32/16 37/3 51/24

**wired** **[2]** 37/7 37/10

**wires** **[6]** 32/20 37/6 37/8 51/12 51/15 51/19

**within** **[1]** 62/9

**without** **[4]** 44/22 58/24 59/5 70/14

**witness** **[7]** 2/9 6/4 19/1 44/7 53/7 55/5 59/8

**witness's** **[1]** 43/17

**witnesses** **[2]** 53/9 59/12

**wondering** **[1]** 70/16

**word** **[2]** 39/19 60/25

**words** **[1]** 71/19

**work** **[16]** 12/7 22/14 23/24 24/2 28/2 29/14 29/17 35/22 35/23 37/15 52/10 55/17 58/22 59/19 61/18 62/14

**worked** **[3]** 12/9 36/3 54/24

**working** **[8]** 7/4 11/10 14/2 14/2 29/13 54/25 55/1 59/1

**worries** **[2]** 22/3 54/7

**worry** **[2]** 36/19 54/3

**would** **[43]** 4/19 4/25 5/25 6/2 13/7 16/21 17/13 20/6 24/14 24/17 24/18 24/20 24/21 24/21 34/15 34/22 34/25 36/18 36/19 37/25 39/2 39/4 43/6 43/7 43/22 52/7 55/16 56/22 58/21 60/5 62/16 62/20 65/11 65/22 65/23 67/7 68/10 68/17 69/10 69/13 69/14 69/16 70/13

**wouldn't** **[1]** 62/10

**wreaked** **[1]** 4/21

Case 4:20-cr-00455   Document 26   Filed on 11/23/20 in TXSD   Page 94 of 94

**write [1]** 47/8
**written [1]** 66/9
**wrong [3]** 39/7 46/17 49/10

# Y

**y'all [2]** 27/15 38/21
**yeah [34]** 7/5 7/13 7/14 8/3
9/12 12/23 13/15 13/22
15/13 15/18 16/2 16/18 17/4
17/10 17/12 17/23 20/17
23/1 27/15 28/25 32/11
33/13 37/12 37/15 40/1 41/8
43/19 43/24 43/24 52/24
68/2 68/8 69/11 69/16
**year [17]** 7/15 7/16 11/16
13/17 13/20 24/6 29/2 30/22
31/22 31/24 40/18 46/3 56/2
56/7 61/14 62/6 62/13
**years [14]** 6/16 6/19 38/8
40/22 45/21 46/5 46/21 48/5
49/4 51/20 59/17 60/2 60/14
66/1
**yes [92]**
**yesterday [2]** 5/20 66/19
**you [187]**
**you'd [1]** 52/21
**You'll [1]** 53/2
**you're [5]** 8/25 43/21 44/12
49/5 63/11
**you've [2]** 47/19 52/2
**you-all [2]** 63/15 64/18
**your [79]**
**Your Honor [49]** 3/10 4/4
4/15 4/16 5/6 5/9 5/10 5/25
8/18 8/20 8/20 19/13 19/22
21/6 21/13 40/9 43/13 52/14
52/16 52/25 53/5 53/10
53/23 54/5 54/5 54/11 54/14
55/18 56/1 56/20 56/23 57/4
57/8 57/20 60/1 60/16 60/21
61/4 61/20 62/15 63/17
63/23 66/15 66/17 68/1 68/3
69/6 69/21 71/12

**yourself [3]** 6/21 47/2 47/11
**Yun [1]** 36/1

# Z

**ZHENGDONG [2]** 1/6 3/6
**Zoom [1]** 71/5