# RELEASE OF LIEN

Loan Number 0375075645

**When Recorded Return To:**
**Wells Fargo Home Mortgage**
**C/O Nationwide Title Clearing,**
**Inc. 2100 Alt. 19 North**
**Palm Harbor, FL 34683**

THE STATE OF TEXAS
COUNTY OF BRAZOS

**KNOW ALL MEN BY THESE PRESENTS**, that in light of the payment in full, according to the face and tenor thereof, of a certain promissory note in the original principal sum of $117,750.00 secured by a certain Deed of Trust executed by **ZHENGDONG CHENG AND FENGYI ZHU** with **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS BENEFICIARY, AS NOMINEE FOR HOMELOAN SPECIALISTS, INC, ITS SUCCESSORS AND ASSIGNS,** as the Beneficiary, described in such Deed of Trust dated 11/29/2010 and recorded in **Doc # 01077970** of the records of Real Property of **BRAZOS** County, **Texas**;

Property is commonly known as: 715 PASLER STREET, COLLEGE STATION, TX 77840.

Now therefore, **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS BENEFICIARY, AS NOMINEE FOR HOMELOAN SPECIALISTS, INC, ITS SUCCESSORS AND ASSIGNS**, as the beneficiary of the Deed of Trust securing payment of said note, does hereby release the Deed of Trust lien shown by said instrument to exist upon the previously described property, to secure payment of said note.

**IN WITNESS WHEREOF,** the said corporation has caused these to be signed by its duly authorized officer, **this 08th day of February in the year 2021**.
**MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS BENEFICIARY, AS NOMINEE FOR HOMELOAN SPECIALISTS, INC, ITS SUCCESSORS AND ASSIGNS**



**WILLIAM ELEAZAR**
**VICE PRESIDENT**

All persons whose signatures appear above have qualified authority to sign and have reviewed this document and supporting documentation prior to signing.

WFHRC 420814002 MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS) MIN 100052221012872732 MERS PHONE 1-888-679-6377 MERS Mailing Address: P.O. Box 2026, Flint, MI 48501-2026 DOCR T082102-12:25:19 [C-2] ERCNTXN1_WFHRC



*D0069828778*

**Loan Number 0375075645**

## ACKNOWLEDGEMENT

STATE OF FLORIDA
COUNTY OF PINELLAS

The foregoing instrument was acknowledged before me by means of [X] physical presence or [ ] online notarization on this 08th day of February in the year 2021, by William Eleazar as VICE PRESIDENT of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (''MERS''), AS BENEFICIARY, AS NOMINEE FOR HOMELOAN SPECIALISTS, INC, ITS SUCCESSORS AND ASSIGNS, who, as such VICE PRESIDENT being authorized to do so, executed the foregoing instrument for the purposes therein contained. He/she/they is (are) personally known to me.



**MELISSA MAY**
**COMM EXPIRES: 10/27/2023**



MELISSA MAY
Notary Public - State of Florida
Commission # GG 926423
My Comm. Expires Oct 27, 2023
Bonded through National Notary Assn.

**Document Prepared By: Dave LaRose/NTC, 2100 Alt. 19 North, Palm Harbor, FL 34683 (800)346-9152**
When Recorded Return To: Wells Fargo Home Mortgage
C/O Nationwide Title Clearing, Inc. 2100 Alt. 19 North,
Palm Harbor, FL 34683
WFHRC 420814002 MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS)   MIN 100052221012872732 MERS PHONE 1-888-679-6377 MERS Mailing Address: P.O. Box 2026, Flint, MI 48501-2026  DOCR T082102-12:25:19 [C-2]  ERCNTXN1_WFHRC

*D0069828778*

**Brazos County**
**Karen McQueen**
County Clerk

**Instrument Number:** 1420474
Volume : 16722

ERecordings - Real Property

Recorded On: February 09, 2021 08:12 AM      Number of Pages: 3

" Examined and Charged as Follows: "

Total Recording: $34.00

*********** **THIS PAGE IS PART OF THE INSTRUMENT** ***********
Any provision herein which restricts the Sale, Rental or use of the described REAL PROPERTY because of color or race is invalid and unenforceable under federal law.

| **File Information:** | | **Record and Return To:** |
|---|---|---|
| Document Number: | 1420474 | Simplifile |
| Receipt Number: | 20210209000009 | 5072 NORTH 300 WEST |
| Recorded Date/Time: | February 09, 2021 08:12 AM | |
| User: | Karen M | PROVO UT 84604 |
| Station: | mxl65033q8 | |



STATE OF TEXAS
COUNTY OF BRAZOS

I hereby certify that this Instrument was FILED In the File Number sequence on the date/time printed hereon, and was duly RECORDED in the Official Public Records of Brazos County, Texas.

Karen McQueen
County Clerk
Brazos County, TX