# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **VS.** | § | Criminal Action H-20-CR-00455 |
| | § | |
| **ZHENGDONG CHENG** | § | |

## ZHENGDONG CHENG'S 3rd SUPPLEMENT TO
## MOTION FOR REVOCATION OF DETENTION ORDER

TO THE HONORABLE UNITED STATES DISTRICT JUDGE ANDREW S. HANEN:

ZHENDONG CHENG, Defendant, ("Dr. Cheng") supplements his *Opposed Motion for Revocation of Detention Order* and shows:

Attached is a letter from the Chairs of the Committee of Concerned Scientists in support of Dr. Cheng. *See* Ex. A.

### CONCLUSION

Dr. Cheng requests the Court set this matter for a hearing, to grant the Motion, revoke the detention order, and release him upon appropriate conditions.

Respectfully Submitted,

**HILDER & ASSOCIATES, P.C.**

/S/ *O. Tate Williams*
Quentin Tate Williams
Texas Bar No. 24013760
Philip H. Hilder
Texas Bar No. 09620050
819 Lovett Blvd.
Houston, Texas 77006
(713) 655-9111–telephone
(713) 655-9112–facsimile
tate@hilderlaw.com
philip@hilderlaw.com

1

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument has been served upon the Assistant United States Attorney for the government herein, via ECF contemporaneous with filing.

/S/ *O. Tate Williams*
Quentin Tate Williams

Exhibit "A"



Committee of
Concerned
Scientists

**Mailing Address**
Carol Valoris, Executive Director
Public Affairs and Administrative Office
PO Box 3708
Silver Spring, MD  20918
Phone (202) 812-8074
CarolValoris@concernedscientists.org
**Headquarters**
655 Evelyn Avenue
East Meadow, NY  11554
www.concernedscientists.org

April 13, 2021

Judge Andrew S. Hanen
U.S. District Court
515 Rusk Street
Houston, Texas 77006

Dear Judge Hanen:

The Committee of Concerned Scientists ("CCS") is an independent organization of scientists, physicians, engineers and scholars devoted to the protection and advancement of human rights and scientific freedom for our colleagues all over the world.  For almost 50 years CCS has been helping persecuted scholars overcome injustice and return to their academic work.  Over the past few years, it has come to our attention that increasing numbers of U.S. scientists who developed research collaborations with Chinese academic institutions have come under scrutiny by the Federal Bureau of Investigation.

Today, we are writing you to address the current situation of Dr. Zhendong Cheng.  Dr. Cheng, a U.S. citizen, has been detained in Federal prison while awaiting trial for the past eight months.  We have worked on several cases involving Chinese-American academics and it is incredibly rare (cannot recall a case) where the accused was retained in prison while awaiting, and during, their trial period.  Most cases were similar in many ways to Dr. Cheng's, but the accused was allowed to remain at home while the proceedings were taking place.  We were puzzled as to why, in this particular case, Dr. Cheng was denied bail despite the danger

**CO-CHAIRS**

Joel L. Lebowitz
*Rutgers University*
Paul H. Plotz, M.D.
Washington, DC
Walter Reich
*George Washington U.*
Eugene Chudnovsky
*Lehman College*
Alexander Greer
*Brooklyn College*

**VICE-CHAIRS**

ASTRONOMY
Arno Penzias*
*New Enterprise Assoc.*

BIOLOGY
Max Gottesman
*Institute of Cancer
Research*

CHEMISTRY
Zafra Lerman
*MIMSAD, Inc.*

COMPUTER SCIENCE
Jack Minker
*University of Maryland*
Rachelle Heller
*The George Washington
University*

ENGINEERING
Philip Sarachik
*NYU Polytechnic School of
Engineering*

MATHEMATICS
Simon Levin
*Princeton University*

MEDICAL SCIENCES
J. Joseph Blum
*Duke University*

**HONORARY BOARD
MEMBERS**
Nancy Andrews
 *Duke University*
David Baltimore*
*Caltech*
Allen J. Bard
*University of Texas*
Stanley Deser
*Brandeis University*

**HONORARY BOARD
MEMBERS (cont.)**

David Gross*
*University of California*
James Langer
*Inst. of Theor. Physics, Sta*
Barbara Lax
*MIT*
Peter D. Lax
*New York University*
John Polanyi*
*University of Toronto*
Stuart Rice
*University of Chicago*
Sir Richard J Roberts*
*New England Biolabs*
Myriam Sarachik
*City College of New York*
Harold Scheraga
*Cornell University*
Maxine Singer
*Carnegie Inst. of
Washington*
Alfred I. Tauber
*Boston University*
Steven Weinberg*
*U. of Texas, Austin*
Myrna Weissman
*Columbia University*

* Nobel Laureate

**EXECUTIVE
DIRECTOR**
Carol Valoris

Dorothy Hirsch (*deceased*)
Executive Director Emerita
Sophie Cook
Executive Director Emerita

Exhibit "A"



to his health from the current pandemic and its prevalence within the prison system. It is our understanding that Dr. Cheng has already contracted COVID while confined, has recovered, but has not fully regained his health.

The pretrial restrictions must be commensurate to the crime, which in the case of Dr. Cheng appears to be the alleged violation of the rules regarding disclosure of complementary sources of funding of his research. We are asking that you reconsider bail for Dr. Cheng.  It is our understanding that there are concerns that he may be a flight risk but we also understand that Dr. Cheng no longer has any passport, has property that he is willing to use for collateral, is willing to wear an ankle monitor, will report regularly to pre-trial monitors, among other safety measures to assure his return to court when scheduled.  There have been other similar cases and those defendants, in similar situations (including at Harvard and MIT), were freed on bond and appeared in court without flight becoming an issue.

To date, Dr. Cheng has now been confined for over eight months.  This has made it difficult for he and his attorneys to work on his case, as many of the documents provided by the government are in Chinese and require his assistance in translation.



Committee of
Concerned
Scientists

We appreciate your willingness to re-evaluate Dr.
Cheng's situation and hope that pre-trial release
will be available to him as soon as possible.

Very sincerely,

Joel L. Lebowitz, Paul H. Plotz, Walter Reich, Eugene M.
Chudnovsky, Alexander Greer
*Co-Chairs, Committee of Concerned Scientists*