| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS | | | |
|---|---|---|---|---|---|
| United States of America | | HOUSTON DIVISION | | | |
| *versus* | | CRIMINAL ACTION NO. H-20-CR-00455 | | | |
| Zhengdong Cheng | | **EXHIBIT LIST** | | | |
| LIST OF: DEFENDANT  TYPE OF HEARING: REVOKE DETENTION ORD. | | COUNSEL: PHILIP H. HILDER, Q. TATE WILLIAMS | | | |
| JUDGE: ANDREW S. HANEN | CLERK: RHONDA HAWKINS | REPORTER: | | | |
| NO. | DESCRIPTION | OFR | OBJ | ADM | DATE |
| 1. | Pretrial Report | | | | |
| 2. | Addendum to Pretrial Report | | | | |
| 3. | Deed for 2417 Norham | | | | |
| 4. | Deed of Trust for 2417 Norham | | | | |
| 5. | Release of Lien for 2417 Norham | | | | |
| 6. | BCAD Report for 2417 Norham | | | | |
| 7. | Deed for 715 Pasler | | | | |
| 8. | Deed of Trust for 715 Pasler | | | | |
| 9. | Release of Lien for 715 Pasler | | | | |
| 10. | BCAD Report for 715 Pasler | | | | |
| 11. | Deed for 610 Hartford | | | | |
| 12. | BCAD Report for 610 Hartford | | | | |
| 13. | Deeds for 3805 Westfield | | | | |
| 14. | BCAD Report for 3805 Westfield | | | | |
| 15. | RCFL Evidence List | | | | |
| 16. | Agreement to Forfeit Real Property | | | | |
| 17. | Letters from Potential Sureties and Custodians | | | | |
| 18. | Organizational Support Letters | | | | |
| 19. | | | | | |
| 20. | | | | | |
| 21. | | | | | |
| 22. | | | | | |