(山西)

① ⊗ • Shangxi Univ (No)
• USTC (2009) c
• Sichuan
✓ • Sustech (disclosed, sabatic) 2017 clear...
② ⊗ • Shanghai Univ
(call.. ⊗) ✓ • GUDT (2011) (桂山) (disclosed)
✓ • Loudi Normal (人文科技)