FD-941 (2-26-01)

# CONSENT TO SEARCH COMPUTER(S)

I, __Zhengdong ~~Dong~~ Cheng__, have been asked by Special Agents of the Federal Bureau of Investigation (FBI) to permit a complete search by the FBI or its designees of any and all computers, any electronic and/or optical data storage ~~password~~ and/or retrieval system or medium, and any related computer peripherals, described below: __• Ipad - 661007 (2) Phone - SAMSUNG NOTE (1) • Phone - (4651) Huawei     Same password as Huawei__

CPU Make, Model & Serial Number (if available)

__• hard drive x2      • lenovo computer -__

Storage or Retrieval Media, Computer Peripherals

__15 mins or less__

and located at __Airport__, which I own, possess, control, and/or have access to, for any evidence of a crime or other violation of the law. The required passwords, logins, and/or specific directions for computer entry are as follows: __see above__

I have been advised of my right to refuse to consent to this search, and I give permission for this search, freely and voluntarily, and not as the result of threats or promises of any kind.

I authorize those Agents to take any evidence discovered during this search, together with the medium in/on which it is stored, and any associated data, hardware, software and computer peripherals.

__08/23/2020__
Date

__[signature: Zhengdong Cheng]__
Signature

__08/23/2020__
Date

__[signature]__
Signature of Witness

__Michael Collier__
Printed Full Name of Witness

__Airport__
Location