

**Going places together**



**Exhibit**

**F**

Passenger: Cheng Zhengdong Mr (ADT)

Booking ref: VM8OH5

Ticket number: 157 2393379393

Issuing office:

QATAR AIRWAYS CONTACT CENTRE, AMERICAS CONTACT CENTRE, FT LAUDERDALE, USA

**Telephone**: +1-877-777-2827

**Date**: 13Aug2020

# ELECTRONIC TICKET RECEIPT

*Qatar Airways may request additional payment verification for itineraries paid for with credit cards*

| From | To | Flight | Departure | Arrival | Last check-in |
|------|----|--------|-----------|---------|---------------|
| **DOHA** HAMAD INTERNATIONAL | **DALLAS** DALLAS FT WORTH INTL<br>Terminal: D | QR729 | **07:50**<br>23Aug2020 | **15:30**<br>23Aug2020 | |
| Class: D<br>Seat: 03A<br>Baggage (4): 2PC<br>Fare basis: DLQAR1SE | Operated by: QATAR AIRWAYS<br>Marketed by: QATAR AIRWAYS<br>Booking status (1): OK | | | | Duration: 15:40 |
| **DALLAS** DALLAS FT WORTH INTL<br>Terminal: 0 | **COLLEGE STATION** EASTERWOOD FIELD | AA3545 | **16:58**<br>23Aug2020 | **17:54**<br>23Aug2020 | |
| Class: Y<br>Seat:<br>Baggage (4): 2PC<br>Fare basis: DLQAR1SE | Operated by: AMERICAN AIRLINES<br>Marketed by: AMERICAN AIRLINES<br>Booking status (1): OK | | | | Duration: 00:56 |
| **COLLEGE STATION** EASTERWOOD FIELD | **DALLAS** DALLAS FT WORTH INTL<br>Terminal: 0 | AA3927 | **14:33**<br>30Aug2020 | **15:27**<br>30Aug2020 | |
| Class: Y<br>Seat:<br>Baggage (4): 2PC<br>Fare basis: CLQAR1FE | Operated by: AMERICAN AIRLINES<br>Marketed by: AMERICAN AIRLINES<br>Booking status (1): OK | | | NVB (2): 26Aug2020 | Duration: 00:54 |
| **DALLAS** DALLAS FT WORTH INTL<br>Terminal: D | **DOHA** HAMAD INTERNATIONAL | QR730 | **18:10**<br>30Aug2020 | **16:40**<br>31Aug2020 | |
| Class: C<br>Seat: 02D<br>Baggage (4): 2PC<br>Fare basis: CLQAR1FE | Operated by: QATAR AIRWAYS<br>Marketed by: QATAR AIRWAYS<br>Booking status (1): OK | | | NVB (2): 26Aug2020 | Duration: 14:30 |

**(1) OK = Confirmed (2) NVB = Not valid before (3) NVA = Not valid after (4) Each passenger can check in a specific amount of baggage at no extra cost as indicated above in the column baggage. Each piece of baggage may not exceed 32 kilos**

# Purchase Conditions:

- For more information on baggage rules and restrictions on Qatar Airways flights, please visit qatarairways.com/en/baggage.html
- Baggage allowance may differ for flights operated by another carrier. Please visit qatarairways.com/en/partners-codeshare.html
- Should you wish to change your booking and the original purchased fare or booking class is not available for your new flights, a difference of fare will be collected on top of the change fee if the rule permits changes.
- If you have a stopover in Doha, please visit qatarairways.com/en/hia-hamad-international-airport/transit-accomodation.html
- An additional non-refundable administration/service fee applies to ticket issuance and reissuance.
- When a ticket is booked with a combination of fares, the most restrictive rules will apply.
- Quoted fares are not guaranteed until payment is received and tickets are issued.
- Where applicable, all uncollected local airport tax(es) will be paid separately at the time of check-in.
- Additional card transaction fees may apply and is dependent on the card issuer.
- You should carry a copy of this booking confirmation while you travel as it may be required for immigration purposes.
- Remember to check your immigration and health requirements before you travel and ensure you carry the required travel documents.
- We accept all major credit and debit cards, subject to local regulations. Please note that Qatar Airways may require you to submit additional payment information online to verify the identity of the card holder.
- Please be advised that in the event of any taxes, fees or charges, which you have paid to us at the time of the ticket issuance are abolished or reduced such that they no longer apply to you, or a lesser amount is due, or you have not used the relevant portion of the ticket, you will be entitled to claim a refund.
- For Qatar Airways Terms and Conditions, visit qatarairways.com/en/legal.html
- For Qatar Airways full conditions of Carriage, visit qatarairways.com/en/legal/conditions-of-carriage.html
- For Qatar Airways General Conditions of Contract and Notice, visit qatarairways.com/content/dam/documents/legal/conditions-of-contract

Baggage Policy

DOHCLL

| **1st Checked Bag**: | Free of Charge | UPTO70LB 32KG BAGGAGE |
|---|---|---|
| **2nd Checked Bag**: | Free of Charge | UPTO70LB 32KG BAGGAGE |

CLLDOH

| **1st Checked Bag**: | Free of Charge | UPTO70LB 32KG BAGGAGE |
|---|---|---|
| **2nd Checked Bag**: | Free of Charge | UPTO70LB 32KG BAGGAGE |

CARRY-ON BAG:

| DFWCLL: MAX 2PC | Free of Charge | CARRY ON UP TO 40 LI 101 LCM AND/OR CARRY ON UP TO 45 LI 115 LCM |
|---|---|---|
| CLLDFW: MAX 2PC | Free of Charge | CARRY ON UP TO 40 LI 101 LCM AND/OR CARRY ON UP TO 45 LI 115 LCM |

BAGGAGE PROHIBITED:
DOHDFW: OVER100LB 45KG BAGGAGE
DOHDFW: PET IN CABIN
DFWCLL: OVER100LB 45KG BAGGAGE
DFWCLL: PET IN CABIN
CLLDFW: OVER100LB 45KG BAGGAGE
CLLDFW: PET IN CABIN
DFWDOH: OVER100LB 45KG BAGGAGE
DFWDOH: PET IN CABIN

LB = Weight In Pounds, KG = Weight In Kilos, LI = Linear Inches, LCM = Linear Centimeters, MAX = Maximum Allowed, PC = Number of Pieces
Baggage allowance and charges are provided for information only. Additional discounts may apply depending on advance purchase or Flyer-specific factors (e.g. Frequent flyer status, military, Credit card used for purchase, early purchase over the internet, etc.) Most carriers' e-tickets have expiration dates and conditions of use. Check the carrier's fare rules for more information.

## PAYMENT DETAILS

**Fare Calculation**: DOH QR X/DFW AA CLL Q DOHCLL5.00
4782.96AA X/DFW QR DOH Q CLLDOH5.00
5098.90NUC9891.86END ROE3.640000 XF
DFW4.5CLL4.5DFW4.5

## FARE DETAILS

| **Fare**: | QAR 36010.00 |
|---|---|

| **Form of payment**: | EXT | | **Fare equivalent**: | USD 9889.00 |
|---|---|---|---|---|

**Form of payment**:       EXT

**Endorsements**: /C1-4 NON END/CHNG PENALTIES AS PER RULE -BG QR

| | |
|---|---|
| **Fare equivalent**: | USD 9889.00 |
| **Taxes**: | USD 3.96XA |
| | USD 7.00XY |
| | USD 5.89YC |
| | USD 11.20AY |
| | USD 9.61G4 |
| | USD 2.05PZ |
| | USD 2.05PZ |
| | USD 10.98QA |
| | USD 13.50XF |
| **Carrier Imposed Fees**: | USD 296.58YQ |
| | USD 16.48YR |
| **Total Amount**: | **USD 10268.30** |

The carriage of certain hazardous materials, like aerosols, fireworks, and flammable liquids, aboard the aircraft is forbidden. If you do not understand these restrictions, further information may be obtained from your airline.


Complement your journey
Make your travel experience truly unforgettable with a wide range of world-class services.
qatarairways.com/Complementyourjourney
QATAR AIRWAYS
oneworld

## LEGAL AND PASSENGER NOTICES

### ELECTRONIC TICKET

## Emergency Exit Seat:

Terms and conditions for booking an emergency exit seat please visit qatarairways.com/exitseat

## Notice:

- To make a change in your reservations, you can use the "Manage You Booking" option on booking.qatarairways.nsp/views/retrievepnr.xhtml or contact the nearest Qatar Airways Office at qatarairways.com/en/worldwide-offices.html
- To check Qatar Airways flights' status, visit us at fs.qatarairways.com.fltstatus/pages/flight_status.jsf
- For feedback and complaints, visit us at qatarairways.com.en/contact-us.html or mail to us your complaints at Qatar Airways Customer Care, PO Box 22550 Doha, Qatar

## Travel Alerts:

### Singapore

Customers travelling to Singapore are requested to submit their arrival details online up to 14 days in advance. They may do so by downloading the SG arrival Card mobile app or visit the following website.

### Japan

To check Animal Quarantine Service Notification, visit https://qatarairways.zendesk.com/hc/en-us/sections/201161488-Travel-Alerts

### Canada - Air Passenger Protection Regulations

**English:**

- If you are denied boarding, your flight is cancelled or delayed for at least two hours, or your baggage is lost or damaged, you may be entitled to certain standards of treatment and compensation under the *Air Passenger Protection Regulations*. For more information about your passenger rights please contact your air carrier or visit the Canadian Transportation Agency's website

**French:**

- Si l'embarquement vous est refusé, ou si votre vol est annulé ou retardé d'au moins deux heures ou si vos bagages sont perdus ou endommagés, vous pourriez avoir droit selon le *Règlement sur la protection des passagers aériens*, à certains avantages au titre des normes de traitement applicables et à une indemnité. Pour de plus amples renseignements sur vos droits, veuillez communiquer avec votre transporteur aérien ou visiter le [site Web de l'Office des transports du Canada](). (Section 35, Regulations)
- To check Canada Air Tariff and Conditions of Carriage, visit [https://www.qatarairways.com/content/dam/documents/legal/general-rules-canada.pdf](https://www.qatarairways.com/content/dam/documents/legal/general-rules-canada.pdf)

## Data Protection Notice:

Your personal data will be processed in accordance with the applicable carrier's privacy policy and, if your booking is made via a reservation system provider ("GDS"), with its privacy policy. These are available at [https://www.iatatravelcentre.com/privacy.html](https://www.iatatravelcentre.com/privacy.html) or from the carrier or GDS Directly. You should read this documentation, which applies to your booking and specifies, for example, how your personal data is collected, stored, used, disclosed and transferred (applicable for interline carriage).

## Infant Bassinet Information:

The following conditions will apply to customers travelling on Qatar Airways operated flights who have requested for a bassinet seat of the infant:

- The maximum body weight of an infant should not exceed 11kgs (24lbs)
- The Infant must be less than 2 years old, and
- The Infant must fit within the confines of the baby bassinet

