UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **VS.** | § | Criminal No. 4:20-cr-00455 |
| | § | |
| **ZHENGDONG CHENG** | § | |

**ORDER**

The Court has considered Defendant's Opposed Motion to Suppress, the response, reply, and evidence.

If necessary, a hearing is set for _____, 2021 at _____ a.m./p.m.

If GRANTED, the oral and written statements obtained from Defendant on August 23, 2021, and the search of his electronic devices, including the results, derived therefrom are suppressed and inadmissible.

SIGNED at Houston, Texas, on the _____ day of _____, 2021.

_____
UNITED STATES DISTRICT JUDGE