UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § | NO. 4:20-cr-455 |
| ZHENGDONG CHENG | § § | |

___

**DEFENDANT'S UNOPPOSED MOTION
FOR LEAVE TO FILE ADDITIONAL
PRETRIAL MOTIONS**
___

TO THE HONORABLE ANDREW HANEN, UNITED STATES DISTRICT JUDGE:

Defendant, ZHENGDONG CHENG moves this Court for permission to file additional and motions as necessary.

### A.    Procedural History

1. The current motion deadline is May 14, 2021. ECF. No. 22.

2. Defendant's *Unopposed Motion for Continuance* was orally granted on May 6, 2021, no new scheduling order has been issued. *See* "Docket Text" for May 6, 2021.

3. Accordingly, Defendant files this motion in an abundance of caution.

### B.    Request for Leave to File Motions as Necessary

4. Defense counsel sent a Rule 16 discovery request to the Government which has, since last fall, provided or made available voluminous discovery. This been described in pleadings and discussed with the Court on several occasions. *See, e.g.,* ECF No. 19 and No. 37.

5. In accordance with the Court's Criminal Procedure 6.H., Defendant will not file any discovery motions until an actual dispute arises.

6.      Similarly, review of discovery materials may reveal or substantiate an issue that necessitates a different written motion.

## Prayer

WHEREFORE, PREMISES CONSIDERED, ZHENGDONG CHENG, Defendant, requests that this motion be granted and he be granted leave to file additional motions as necessary.

Respectfully Submitted,

**HILDER & ASSOCIATES, P.C.**

/S/ *Q. Tate Williams*
Quentin Tate Williams
Texas Bar No. 24013760
Philip H. Hilder
Texas Bar No. 09620050
819 Lovett Blvd.
Houston, Texas 77006
(713) 655-9111–telephone
(713) 655-9112–facsimile
tate@hilderlaw.com
philip@hilderlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been served upon the Assistant United States Attorney for the government herein, via ECF contemporaneous with filing.

/S/ *Q. Tate Williams*
Quentin Tate Williams

## CERTIFICATE OF CONFERENCE

I hereby certify that on May 14, 2021, I Assistant United States Attorney McIntyre indicated by email the government is unopposed.

/S/ *Q. Tate Williams*
Quentin Tate Williams