United States District Court
Southern District of Texas
**ENTERED**
May 17, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| VS. | § NO. 4:20-cr-00455 |
| | § |
| ZHENGDONG CHENG | § |

## ORDER

Came to be considered Defendant's *Unopposed Motion for Leave to File Additional Pretrial Motions*. After considering the matter, the Court is of the opinion that the Motion should be:

☑ GRANTED   ☐ DENIED

SIGNED on ____May 17____, 2020.

THE HON. ANDREW HANEN
UNITED STATES DISTRICT JUDGE