United States District Court
Southern District of Texas
**ENTERED**
June 09, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § § | CRIMINAL ACTION NO. 4:20-CR-455 |
| ZHENDONG CHENG | § | |

**SCHEDULING ORDER**

At the hearing held on May 6, 2021, the Court granted the Unopposed Motion to Continue Trial (Doc. No. 37) on the record. The Court enters the following new schedule:

MOTIONS will be filed no later than — **October 29, 2021**

RESPONSES will be filed no later than — **November 12, 2021**

PRETRIAL CONFERENCE will be held — **November 22, 2021**
before Judge Andrew S. Hanen, Courtroom 9C at **8:30 a.m.**

JURY SELECTION and TRIAL is scheduled — **November 30, 2021**
before Judge Andrew S. Hanen, Courtroom 9C at **9:00 a.m.**

**DEFENDANT'S PRESENCE IS REQUIRED AT ALL SETTINGS**

SIGNED at Houston, Texas, this 9th day of June 2021.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE