UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.   Case Number: 4:20–cr–00455

Zhendong Cheng

NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Andrew M Edison

**PLACE:**

United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:**  9/9/2021

**TIME:** 10:00 AM

**TYPE OF PROCEEDING:** Bond Hearing

Date:   September 3, 2021

Nathan Ochsner, Clerk