# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

UNITED STATES OF AMERICA

v.  Case Number: 4:20−cr−00455

Zhendong Cheng

---

## NOTICE OF RESETTING

**A proceeding has been reset in this case as to Zhendong Cheng as set forth below.**

**Before the Honorable Dena Hanovice Palermo**

**PLACE:**
Courtroom 704
United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 9/13/2021

**TIME:** 02:00 PM

**TYPE OF PROCEEDING:** Bond Hearing

---

Date: September 7, 2021    Nathan Ochsner, Clerk