UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | CRIMINAL NO. 4:20-cr-00455 |
| | § | |
| ZHENGDONG CHENG | § | |
|     Defendant. | § | |

## NOTICE OF APPEARANCE

Please take notice that Assistant United States Attorney Jon Muschenheim will be assisting as counsel for the United States of America.

Respectfully submitted,

JENNIFER B. LOWERY
Acting United States Attorney

s/ Jon Muschenheim
Jon Muschenheim
Texas Bar No. 14741650
SDTX Bar No. 9246
Assistant United States Attorney
United States Attorney's Office
800 Shoreline Blvd., Suite 500
Corpus Christi, TX 78401
Telephone: 361-888-3111