UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.  Case Number: 4:20−cr−00455

Zhendong Cheng

NOTICE OF SETTING

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.

**Before the Honorable**

Andrew S Hanen

**PLACE:**
Courtroom 9C
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 10/14/2021

**TIME:** 10:00 AM

**TYPE OF PROCEEDING:** Suppression Hearing

**NOTE: ALL COUNSEL OF RECORD RECEIVING THIS NOTICE ARE ORDERED TO NOTIFY ALL OTHER COUNSEL IN THIS CASE OF THE CONTENTS OF THIS NOTICE.**

Date:   September 28, 2021

Nathan Ochsner, Clerk