| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|
| United States of America | | HOUSTON DIVISION |
| *versus* | | CRIMINAL ACTION NO. H-20-CR-00455 |
| Zhengdong Cheng | | **EXHIBIT LIST** |
| LIST OF: DEFENDANT | | COUNSEL: PHILIP H. HILDER, |
| TYPE OF HEARING: MOTION TO SUPPRESS | | Q. TATE WILLIAMS |
| JUDGE: ANDREW S. HANEN | CLERK: RHONDA HAWKINS | REPORTER: |

| NO. | DESCRIPTION | OFR | OBJ | ADM | DATE |
|---|---|---|---|---|---|
| 1. | Video Recording of Custodial Interrogation | | | | |
| 2. | Verbatim Transcription of Video Recording | | | | |
| 3. | Declaration of Zhengdong Cheng | | | | |
| 4. | Advice of Rights | | | | |
| 5. | Consent to Search Computer | | | | |
| 6. | Handwritten Notes | | | | |
| 7. | Electronic Ticket Receipt | | | | |