AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | | |
|---|---|---|
| United States of America | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   4:20-cr-00455 |
| Zhendong Cheng | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Zhendong Cheng                                                                                                                      .

Date:     10/13/2021

Stephanie K. McGuire
*Attorney's signature*

Stephanie K. McGuire
*Printed name and bar number*
TBN:  1100520
Hilder & Associates, P.C.
819 Lovett Boulevard
Houston, Texas 77006

*Address*

stephanie@hilderlaw.com
*E-mail address*

(713) 655-9111
*Telephone number*

(713) 655-9112
*FAX number*