| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|
| United States of America | HOUSTON DIVISION |
| *versus* | CRIMINAL ACTION No. H-20-455 |
| Zhendong Cheng | EXHIBIT LIST |
| LIST OF:<br>TYPE OF HEARING: MOTION TO SUPPRESS | COUNSEL: AUSA CAROLYN FERKO |
| JUDGE: ANDREW S. HANEN    CLERK: RHONDA HAWKINS | REPORTER: |

| No. | DESCRIPTION | OFR | OBJ | ADM | DATE |
|---|---|---|---|---|---|
| 1. | Video Recording of Interview | | | ✓ | 10/14/2021 |
| 2. | Transcription of Video Recording (Part 1 &2) | | | ✓ | 10/14/2021 |
| 3. | FD-395 Form: Advice of Rights -signed | | | ✓ | 10/14/2021 |
| 4. | Consent to Search Computer(s) Form-signed | | | ✓ | 10/14/2021 |
| 5. | Handwritten Notes | | | ✓ | 10/14/2021 |
| 6. | FBI RCFL Report 8.24.2020 | | | ✓ | 10/14/2021 |
| 7. | Search Warrant Signed by Judge Edison-Luggage | | | ✓ | 10/14/2021 |
| 8. | Search Warrant Signed by Judge Edison-Apple I-Pad | | | ✓ | 10/14/2021 |
| 9. | Search Warrant Signed by Judge Edison-Huawei phone | | | ✓ | 10/14/2021 |
| 10. | Search Warrant Signed by Judge Edison-Samsung Phone | | | ✓ | 10/14/2021 |
| 11. | Search Warrant Signed by Judge Edison-Hard Drive #1 | | | ✓ | 10/14/2021 |
| 12. | Search Warrant Signed by Judge Edison-Hard Drive 2 | | | ✓ | 10/14/2021 |
| 13. | Search Warrant Signed by Judge Edison-IBM ThinkPad | | | ✓ | 10/14/2021 |
| 14. | Criminal Complaint | | | | |
| 15. | | | | | |

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|
| United States of America | HOUSTON DIVISION |
| *versus* | CRIMINAL ACTION No. H-20-CR-00455 |
| Zhengdong Cheng | **EXHIBIT LIST** |
| LIST OF: DEFENDANT<br>TYPE OF HEARING: MOTION TO SUPPRESS | COUNSEL: PHILIP H. HILDER,<br>Q. TATE WILLIAMS |
| JUDGE: ANDREW S. HANEN  CLERK: RHONDA HAWKINS | REPORTER: |

| No. | Description | Ofr | Obj | Adm | Date |
|---|---|---|---|---|---|
| 1. | Video Recording of Custodial Interrogation | | | ✓ | 10/14/2021 |
| 2. | Verbatim Transcription of Video Recording | | | ✓ | 10/14/2021 |
| 3. | Declaration of Zhengdong Cheng | | ✓ | ✓ | 10/14/2021 |
| 4. | Advice of Rights | | | ✓ | 10/14/2021 |
| 5. | Consent to Search Computer | | | ✓ | 10/14/2021 |
| 6. | Handwritten Notes | | | ✓ | 10/14/2021 |
| 7. | Electronic Ticket Receipt | | | ✓ | 10/14/2021 |