United States District Court
Southern District of Texas
**ENTERED**
February 28, 2022
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **VS.** | § | No. 4:20-cr-00455 |
| | § | |
| **ZHENGDONG CHENG** | § | |

## ORDER

The Unopposed Motion for Continuance is hereby GRANTED. It is therefore

ORDERED that the Scheduling is amended as follows:

MOTIONS will be filed no later than July 15, 2022.

RESPONSES will be filed no later than July 22, 2022

PRETRIAL CONFERENCE will be held August 8, 2022
   before Judge Andrew S. Hanen, in Courtroom 9C, at 8:30 a.m.

JURY SELECTION and TRIAL is set for August 15, 0222 at 9:00AM
   before Judge Andrew S. Hanen, in Courtroom 9C

SIGNED on this 28 day of February 2022.

Andrew S. Hanen
United States District Judge