United States District Court
Southern District of Texas
**ENTERED**
July 15, 2022
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § | |
| **VS.** | § § | No. 4:20-cr-00455 |
| **ZHENGDONG CHENG** | § | |

**ORDER**

The Agreed Motion for Continuance is hereby GRANTED. It is therefore ORDERED that the Scheduling Order is amended as follows:

MOTIONS will be filed no later than October 7, 2022.

RESPONSES will be filed no later than October 21, 2022

PRETRIAL CONFERENCE will be held November 7, 2022 before
Judge Andrew S. Hanen, in Courtroom 9C, at 8:30 a.m.

JURY SELECTION and TRIAL is set for November 14, 2022 at 9:00 AM, Courtroom 9C, before the Honorable Andrew S. Hanen.

SIGNED on this 12 day of July, 2022.

Andrew S. Hanen
United States District Judge